SETH E. PIERCE (SBN 186576)
  sep@msk.com
BRADLEY J. MULLINS (SBN 274219)
  bym@msk.com
REBECCA BENYAMIN (SBN 334130)
  rebecca.benyamin@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Fabletics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENNIS BATEMAN, CHRISTIAN BURES, MEGAN CARTER, JOHN FORGAS, LANCE GOBLE, DANIEL GOLEZ, ELIZABETH GOSEIN-VASQUEZ, THOMAS HAMILTON, KELLI LANGTON, JESSICA SIAS, and MAX REINISCH, individually and on behalf of all others similarly situated;, <br><br> Plaintiffs, <br><br> v. <br><br> FABLETICS, INC., <br><br> Defendant. | CASE NO. 2:25-cv-02200 SVW (AJRx) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT FABLETICS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION** |

Mitchell Silberberg & Knupp LLP

20733085.1

On May 19, 2025, Defendant Fabletics, Inc. ("Fabletics") filed a Motion to Compel Arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, and, alternatively, the California Arbitration Act, California Code of Civil Procedure § 1280, *et seq.*, or the Florida Arbitration Code, ch. 682, Fla. Stat. (2003), as applicable, for an order compelling the individual arbitration of all of Plaintiffs' claims against Fabletics.  Additionally, Fabletics seeks an order dismissing Plaintiffs' class allegations, and staying the remainder of this lawsuit.

The Court, having considered Fabletics' Motion, hereby GRANTS the Motion and ORDERS as follows:

1. This action shall go to binding arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*;

2. Plaintiffs' class allegations are dismissed; and

3. The remainder of the action is stayed pending completion of the arbitration.

IT IS SO ORDERED.

Dated: _____

The Honorable Stephen V. Wilson
United States District Court Judge