SETH E. PIERCE (SBN 186576)
  sep@msk.com
BRADLEY J. MULLINS (SBN 274219)
  bym@msk.com
REBECCA BENYAMIN (SBN 334130)
  rebecca.benyamin@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Fabletics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DENNIS BATEMAN, CHRISTIAN BURES, MEGAN CARTER, JOHN FORGAS, LANCE GOBLE, DANIEL GOLEZ, ELIZABETH GOSEIN-VASQUEZ, THOMAS HAMILTON, KELLI LANGTON, JESSICA SIAS, and MAX REINISCH, individually and on behalf of all others similarly situated;, <br><br> Plaintiffs, <br><br> v. <br><br> FABLETICS, INC., <br><br> Defendant. | CASE NO. 2:25-cv-02200 SVW (AJRx) <br><br> The Honorable Stephen V. Wilson <br><br> **DECLARATION OF MATT FOJUT IN SUPPORT OF DEFENDANT FABLETICS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION** <br><br> *[Notice of Motion and Motion; Declaration of Bradley J. Mullins, and [Proposed] Order Filed Concurrently Herewith]* <br><br> Time:      July 28, 2025 <br> Date:      1:30 p.m. <br> Location:  Courtroom 10A |

Mitchell
Silberberg &
Knupp LLP

20736351.2

1    I, MATT FOJUT, declare as follows:

2    1.    The facts testified hereto are based on my personal knowledge (unless otherwise stated) and, if called as a witness, I could and would testify competently thereto under oath.  I make this declaration in support of Defendant Fabletics, Inc.'s ("Fabletics") Motion to Compel Arbitration in the above-captioned matter.

2.    I am currently employed as the General Counsel for Fabletics, Inc..  In that role, I am knowledgeable of customer-facing aspects of Fabletics' business, and I have comprehensive knowledge of Fabletics' business model and operating systems.  I have been employed by Fabletics, Inc. since 2010.

3.    In my position as General Counsel, I have access to and personal knowledge of the matters and information set forth in this declaration.  The data from which the information set forth in this declaration was determined is maintained in the regular course of Fabletics' business.

4.    Fabletics is an active lifestyle brand that primarily sells men's and women's active wear, including sportswear, footwear, and accessories.  Fabletics has an e-commerce store located at www.fabletics.com, and also operates more than 100 retail stores in 35 states across the United States.

5.    Fabletics offers a VIP Membership Program.  Consumers do not need to join the VIP Membership Program to purchase products from Fabletics – either online or at its retail locations.  However, joining the VIP Membership Program entitles members to multiple benefits, including: (i) 20-50% discounts off of its retail prices; (ii) a monthly membership credit that can be exchanged for one item, a two-piece outfit, or a multi-piece bundle (a "Promotional Membership Credit"); (iii) free shipping; and (iv) early access to exclusive products.  There is a monthly fee associated with the VIP Membership Program, but VIP Members can skip a month (or months) if they do not want to pay the fee.  For example, Fabletics' records reflect that one of the named Plaintiffs, Kelli Langton, utilized this skip a

DECLARATION OF MATT FOJUT ISO MOTION TO COMPEL ARBITRATION

month feature at least 27 times while a VIP Member.  VIP Members can skip a month or cancel on-line, and Fabletics also provides 24/7 customer service (by phone or chat) to facilitate such requests.  Members who skip the month do not get all VIP Membership benefits that month, but also are not required to pay the monthly membership fee.  Many members use this function on a regular basis.  In addition, unused membership credits expire after twelve months, but members are notified before expiration, and, historically, Fabletics has reactivated expired credits upon request.

6.    According to my review of Fabletics' business records, Plaintiffs first created VIP accounts with Fabletics between, at earliest, October 27, 2019 and, at latest, January 24, 2024.

7.    Since at least 2015, all consumers who purchase any product (either online or at a retail location) and want the VIP Membership Program discount have to actively accept the Terms and Conditions of the VIP Membership Program (the "Terms") in order to complete their purchase.  Directly below the "Review Order" page was the statement: "I accept the terms of the Fabletics VIP Membership Program."  Attached hereto as **Exhibit A** is a true and correct copy of the checkout flow a customer would see when purchasing a product.  This checkout flow has not substantively changed between 2019 and the present.

8.    As illustrated in Exhibit A, the checkout flow is designed so that the words "Fabletics VIP Membership Program" appears in blue and is hyperlinked to the Fabletics Terms in effect at all relevant times.  If and when the customer clicks on any of the blue words, the Terms are displayed on a new page and readily reviewed via scrolling or printing out the Terms.

9.    While the Fabletics Terms have been slightly modified over time, the arbitration provision contained in the Fabletics Terms has remained largely the same.

10. Attached hereto as **Exhibit B** is a true and correct copy of the text of the 2019 Fabletics Terms.

11. Attached hereto as **Exhibit C** is a true and correct copy of the text of the 2020 Fabletics Terms.

12. Attached hereto as **Exhibit D** is a true and correct copy of the text of the 2021 Fabletics Terms.

13. Attached hereto as **Exhibit E** is a true and correct copy of the text of the 2022 Fabletics Terms.

14. Attached hereto as **Exhibit F** is a true and correct copy of the text of the 2023 Fabletics Terms.

15. Attached hereto as **Exhibit G** is a true and correct copy of the text of the 2024 Fabletics Terms.

16. Other than Exhibits B though G, no other versions of the Fabletics Terms' arbitration provision were in effect between 2019 and 2024.

17. While a customer need not become a VIP member to purchase products from Fabletics, if they want the discount and other benefits of VIP members, they are required to accept the Fabletics Terms then in effect. Failure to accept the terms of the VIP Membership Program would result in an error page, instructing the consumer that they must accept the Fabletics Terms to proceed. Attached hereto as **Exhibit H** is a true and correct copy of the error page that would appear if a customer clicked the box to join Fabletics' VIP Membership Program but failed to accept the terms of the VIP Membership Program before checking out.

18. Before joining the VIP Membership Program and agreeing to its Terms, Plaintiffs were free to scroll through the Terms at their leisure, and to seek the input of an attorney or trusted advisor if they so chose. They were equally free not to continue with joining the VIP Membership Program, which, as stated above,

DECLARATION OF MATT FOJUT ISO MOTION TO COMPEL ARBITRATION

Mitchell Silberberg & Knupp LLP

20736351.2

was not required in order to purchase a product.  If they elected to proceed, however, Plaintiffs had to manifest their consent to the Terms by checking the box "I accept."

19.    Because Plaintiffs each created VIP accounts between 2019, at earliest, and 2024, at latest, each necessarily accepted the Fabletics Terms in effect at the time of account creation, all of which are reflected in Exhibits B though G and all of which contain a mandatory arbitration provision.

20.    The alternative dispute resolution provisions in the Terms afford customers the opportunity to opt out of the arbitration provision if they so desire. Instructions are included in the same paragraph specifying the right to opt out.  Opt out requests are business records of the company, and maintained in the ordinary course of business.  I have reviewed Fabletics opt out files; no opt out request was ever received from any of the Plaintiffs.

21.    Fabletics' business is conducted throughout the United States; it is directly involved in interstate commerce.  Fabletics engages in a multistate business, as it has more than 100 retail stores across 35 states, and online customers in every state.  Attached hereto as **Exhibit I** is a screenshot from Fabletics' website showing its retail store locations.

22.    Fabletics' website operates over the internet.  Users not only sign-up for a VIP account online, but they also shop online.  Transactions conducted via the Fabletics website involve instrumentalities of interstate commerce including the Internet.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June __19__, 2025, at ___El Segundo___, California.

**DECLARATION OF MATT FOJUT ISO MOTION TO COMPEL ARBITRATION**

1

2    _____
     Matt Fojut

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF MATT FOJUT ISO MOTION TO COMPEL ARBITRATION**

# EXHIBIT A

# FLW Checkout Flow

First Time Visitor Homepage



First Time Visitor Homepage for FLW



It's up to you: skip by the 5th of every month to avoid a $59.95 charge for your membership benefits, which includes a monthly Member Credit.

## OUR BEST SELLERS

Bottom of First Time Visitor Homepage for FLW

# HOW FLEXIBLE VIP MEMBERSHIP WORKS

As part of the paid flexible VIP Membership Program, you will always save up to 20-50% on full priced styles and get access to members-only exclusives.

**YOU WILL BE BILLED MONTHLY FOR YOUR MEMBERSHIP BENEFITS**

On the 6th of each month, you'll be charged $59.95 for your exclusive membership benefits. These benefits unlock our best savings with a Member Credit & exclusive products. Credits expire after 12 months.

**OPTION TO SKIP ANY MONTH**

Membership is flexible. You always have the option to skip between the 1st - 5th of each month and not be charged.

**CANCEL ANY TIME ONLINE**

Cancel anytime online or by calling our Customer Service Representatives at (844) 322-5384. Open 24/7.

SHOP NOW

 FABLETICS

Style Quiz







## Registration Page



Post-Registration Page



NEW VIP OFFER | GET ANY 2 ITEMS FOR $24 + 70% OFF SITEWIDE

Help & Contact

Torrance, CA

WOMEN  MEN  SCRUBS  YITTY  MEMBERSHIP  ABOUT US

Search

Hi, Test!

ENJOY YOUR EXCLUSIVE NEW VIP OFFERS

VIP Offers Expire in 59:48

## Personalized Picks for You

Sort  Featured

Filtered by:                                Clear all

XXS | 2 (Size Bottom)  ✕
XXS | 2 (Size Top)  ✕    XXS | 2 (Size Bra)  ✕

Size (3)                                          +

Color                                             +

Activity                                          +






## Product Grid



**WOMEN   MEN   SCRUBS   YITTY   MEMBERSHIP   ABOUT US**

Search

Hi, Test!

## Personalized Picks for You

Sort   Featured

**Filtered by:**                    Clear all

XXS | 2 (Size Bottom) ✕
XXS | 2 (Size Top) ✕    XXS | 2 (Size Bra) ✕

Size (3)    +

Color    +

Activity    +



Define PowerHold® High-Waisted 7/8 Legging
NEW VIP OFFER: 70% OFF
$20.98 or 2 FOR $24
KHLOE'S PICK

On-The-Go PowerHold® High-Waisted Legging
NEW VIP OFFER: 70% OFF
$22.48 or 2 FOR $24

Define PowerHold® High-Waisted Legging
NEW VIP OFFER: 70% OFF
$20.98 or 2 FOR $24
KHLOE'S PICK

PDP



## PDP (Cont.)



Add to Cart



Page before Shopping Cart

**FABLETICS**

CONTINUE TO CHECKOUT



## Wait... you're only $25.95 away from FREE shipping

YOU'RE HERE

FREE SHIPPING!



Feather Tech+ Racerback Tank
NEW VIP OFFER: 70% OFF
$11.98   $39.95


MOVE TO CART

Principal Built-In Bra Tank
NEW VIP OFFER: 70% OFF
$17.98   $59.95

MOVE TO CART



Perfect Storm Train Jacket
NEW VIP OFFER: 70% OFF
$29.98   $99.95

MOVE TO CART



Hot Shot Pleated Skirt
NEW VIP OFFER: 70% OFF
$19.48   $64.95

MOVE TO CART

## Shopping Cart



You're $25.95 away from FREE standard shipping!

**2 ITEMS FOR $24**    $12.00
Define PowerHold® High-Waisted Legging    Reg $69.95
Size: XXS / Regular | 27  Color: Black

🛒 HOT ITEM! Sold 331 times in the last 48 hours

Move to Favorites

**2 ITEMS FOR $24**    $12.00
Define PowerHold® High-Waisted Legging    Reg $69.95
Size: XXS / Regular | 27  Color: Black

Move to Favorites



Add Promo Code or Gift Card    Apply

Subtotal    $139.90
Discounts    -$115.90

Order Total    $24.00
Tax and shipping finalized at checkout

**CONTINUE TO CHECKOUT ▶**

Or use express checkout

**PayPal Checkout**

* We will be using the shipping address you have in the PayPal account

| JOIN VIP Order Total: $24.00 | NO, I DO NOT WANT VIP SAVINGS OR PERKS Order total: $139.90 |

Up to 50% off non-member prices

**Free Shipping* and Free Returns**
Returns and exchanges are easy, and shipping is always free on orders over $49.95

**VIP Reward Points**
Earn points towards free Fabletics gear with every purchase and product review

**Fabletics FIT Workout App**
Included with VIP membership. Achieve fitness goals with programs and classes from yoga, HIIT, and more!

**How Fabletics VIP Membership Works**
One Membership. Two Brands. All Access.
As a Fabletics VIP you automatically enjoy the same VIP perks and prices as our new sister shape wear brand, YITTY.

**Skip Any Month**
Log into your account between the 1st and the 5th of the month to "Skip the Month" to avoid a $59.95 monthly charge. You can skip as many months as you like!

**No Obligation To Buy, Cancel Anytime**
If you do not Skip by the 5th, your credit card or payment method will be charged $59.95 on the 6th, until you cancel. Your $59.95 membership charge unlocks member benefits, including exclusive products and a promotional Member Credit, which can be redeemed for any item or outfit priced up to $100, before the credit expires in 12 months. Cancel at any time by calling 1-844-Fabletics (1-844-322-5384) or online.

### YOU'LL ALSO LOVE









NEW VIP OFFER: 70% OFF
**On-The-Go PowerHold® High-Waisted Legging**
Color: Tonal Camo
$25.48 or 2 FOR $24

Move to Cart

NEW VIP OFFER: 70% OFF
**Gigi Velour Bodysuit**
Color: Deep Navy
$20.98 or 2 FOR $24

Move to Cart

NEW VIP OFFER: 70% OFF
**Anywhere Motion365+ High-Waisted Pocket Legging**
Color: Deep Navy
$26.98 or 2 FOR $24

Move to Cart

NEW VIP OFFER: 70% OFF
**Anywhere Motion365+ High-Waisted Pocket Legging**
Color: Midnight
$26.98 or 2 FOR $24

Move to Cart

**CONTINUE TO CHECKOUT ▶**

## Shipping Page



## Billing Page



## Final Checkout Page



**SHIPPING INFORMATION**

TEST TEST
800 Apollo St
El Segundo, CA 90245
United States
(310) 683-0940

**EDIT SHIPPING INFO**

**SELECT DELIVERY METHOD**

| ● | Standard (6-10 business days) | $4.95 |
| ○ | Expedited (2-3 business days) | $15.95 |

**PAYMENT INFORMATION**
All transactions are secure and encrypted

**PAYMENT METHOD**
amex ending in ███

**BILLING ADDRESS**
Same as Shipping

**EDIT PAYMENT INFO**

**REVIEW ORDER**

| Subtotal | $139.90 |
| **Discounts** | **-$115.90** |
| Shipping | $4.95 |
| Tax (Sales) | $2.28 |
| **Order Total** | **$31.23** |

💎 **VIP Membership Program**
This order enrolls me in a paid VIP membership program. I acknowledge that my credit card will be charged $59.95 for a member credit each month until I cancel if I do not "Skip the Month" between the 1st and the 5th of the month. I have the right to skip as many months as I want online and to not be charged. Credits expire after 12 months. I may cancel my membership at any time online or by calling 1-844-322-5384.

☐ I accept the terms of the Fabletics VIP Membership Program.

☞ Earning **48 rewards points** with this order

🔒 **PLACE ORDER**

**SECURE PAYMENT**
This is a 128-bit SSL encrypted payment.

⚠️ **WARNING:** This product can expose you to chemicals including lead, which is known to the State of California to cause cancer and/or birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov

# EXHIBIT B

# FABLETICS TERMS OF SERVICE, USE AND PURCHASE

Welcome to Fabletics and FL2! This website located at www.fabletics.com (this "Site") is owned and operated by Fabletics, LLC, a subsidiary of Just Fabulous, Inc. (the "Company") and JFGC, LLC ("JFGC" and, collectively with the Company, "Fabletics"). Fabletics provides website features and other products and services to you when you visit, shop or purchase items from this Site, access this Site from your mobile devices, or use software provided by Fabletics in connection with any of the foregoing (collectively, "Fabletics Services"). Fabletics provides its products and services subject to these Terms of Service.

**By using the Fabletics Services, you agree to these conditions. Please read them carefully.**

By accessing or using this Site, mobile application or other Fabletics product or service on any computer, mobile phone, tablet, console or other device (collectively, "Device"), you acknowledge and agree that you have read, understand and agree to be bound by these Terms of Service and any other applicable law, whether or not you are a registered member of Fabletics. You must be at least 18 years old to use this Site or Services. Fabletics may change these Terms of Service at any time without notice. When we make changes, we will post them here. Your continued use of the Fabletics Services or enrollment as a Fabletics VIP Member shall be considered your acceptance to the revised Terms of Service. If you do not agree to these Terms of Service, please do not use this Site or any Fabletics Services and immediately cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384).

## ELECTRONIC COMMUNICATIONS
When you use any Fabletics Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this Site or through the other Fabletics Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## FABLETICS MEMBERSHIP
Fabletics provides a monthly membership program that grants you access to style experts and the latest athletic wear trends. To get started, simply take our Style Personality Quiz. Next, you must register and create a member account through this Site ("Account"). After you have successfully created an Account, you will have the option to select your favorite item(s) from the 'My Outfits' section of your Account ("Outfits"). There is no registration fee and no obligation to purchase. Our Fabletics style experts will continue to determine which athletic wear outfits best match your workouts and style. If you choose to create an Account, you agree to provide and maintain true, accurate, current and complete information about yourself as prompted by the Fabletics registration form. Registration data and certain other information about you are governed by our Privacy Policy.

## VIP MEMBERSHIP PROGRAM
Fabletics offers members the opportunity to participate in its membership rewards program (the "VIP Membership Program"). To become a Fabletics VIP Member, simply purchase any Fabletics or FL2 item on this Site or through an applicable Service and you will be automatically enrolled in the Fabletics VIP Membership Program (including the monthly, automatic purchase feature). As a Fabletics VIP Member, our experts will send you a customized selection of Fabletics or FL2 outfits on the 1st day of every month. You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience. As a valued Fabletics VIP Member, you will enjoy exclusive VIP Member-only pricing and dedicated promotions. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384).

## HOW VIP MEMBERSHIP WORKS
Upon enrollment in the VIP Membership Program, you will receive new monthly customized selections of merchandise on the first (1st) day of every month.? **You must make a purchase or log into your account and select the 'Skip the Month' option between the 1st and 5th day of the month. If you do**

**not make a purchase and do not 'Skip the Month' your credit card will be charged an automatic monthly membership fee of $49.95 for a member credit on the 6th until you cancel.** ?You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384). Each Fabletics credit will be applied to your Account and can be redeemed toward the purchase of Fabletics or FL2 items (totaling $49.95 or higher) during your purchase checkout in any future month. You may 'Skip' as many months as you like, there is no obligation to buy. Even if you decide to 'Skip' any month, you may return to your Account at any time to make a purchase. As discussed below, any unused membership credits will be automatically converted into an electronic Fabletics gift card twelve (12) months following issuance. The electronic gift cards never expire and work the same as membership credits, except that they are transferrable and can be used to purchase Fabletics or FL2 items of any price.

You may cancel your Fabletics VIP Membership Account at any time. If you wish to cancel your Account, simply call our Fashion Consultants at 1-844-Fabletics (1-844-322-5384) from 9am to 9 pm (EDT), 7 days a week. There is no cancellation fee. Please be advised that your Account may only be canceled by the registered Fabletics VIP Member or the holder of the valid credit card on file related to your Account.

**VIP MEMBER PERKS - VIP PRICING**
As a Fabletics VIP Member, you will be able to purchase Fabletics and FL2 Outfits starting at $49.95, including, but not limited to a pre-determined combination of, tops, sports bras, pants, shorts, athletic wear accessories and other items. The site also offers a range of products, including, but not limited to, tops, sports bras, shorts and more for less than $49.95. In order to bring you this fabulous pricing, we must charge a $4.95 shipping fee for all orders under $49.95, after applicable discounts. For all orders $49.95 or over, shipping is always free.

In addition, the site will occasionally collaborate with premier trendsetting partners to offer specialty items at exclusive members-only prices. In order to bring you the most fabulous fashion trends which are not offered anywhere else, these exclusive specialty items may be offered at prices above $49.95.

You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience.

**MEMBERSHIP CREDITS AND GIFT CARDS**
Any membership credits issued to you will be automatically converted into electronic gift cards ("JF Gift Cards") if they are unused following the twelve (12) month anniversary of issuance. As described below, JF Gift Cards function almost identically to membership credits, and both constitute prepaid promotional certificates that are provided to VIP Members in connection with the VIP Membership Program. JF Gift Cards can be used by you to purchase identified merchandise at a price below the regular retail price if you are a VIP Member at the time of redemption. Non VIP Members can also use JF Gift Cards to purchase Fabletics merchandise at the regular retail price. Additionally, JF Gift Cards are freely transferrable and can be broken and applied across multiple purchases on this Site or the Fabletics Services.

As of May 1, 2015, JFGC shall be the sole issuer and legal obligor with respect to all gift cards, including any membership credits issued prior to such date and converted into gift cards. JFGC is responsible for the management and operation of the membership credit conversion and gift card program. A converted membership credit or gift card constitutes a contract between you and JFGC. By agreeing to be bound by these Terms of Service, you expressly release the Company from any liability with respect to your converted membership credits and gift cards. You acknowledge that any such liability is the sole responsibility of JFGC.

Membership credits and gift cards are not refundable or redeemable for cash. Membership credits and gift cards can only be used toward purchasing Fabletics or FL2 items on the Site or through the Fabletics Services. Membership credits may only be redeemed in one transaction and are non-transferrable. Fabletics gift cards may be redeemed in multiple transactions and are transferrable. Once you use the Fabletics gift card any remaining value from the gift card will be automatically credited back to your

Account under the "store credit" section. You may transfer Fabletics gift cards to family members or friends who may want to try Fabletics or FL2.

Your Account reflects the balance of VIP Membership credits. The Account balance will be adjusted as VIP Membership credits are converted to JF Gift Cards. Membership credits and gift cards do not expire. However, JFGC expressly reserves the right to impose inactivity or dormancy fees on membership credits and gift cards in some or all states, and may begin imposing such fees at any time by providing at least thirty (30) days' advance notice, which notice shall be given by posting revised Terms of Service on this Site. The risk of loss and title to such gift cards passes to the purchaser upon JFGC's electronic transmission to the recipient.

**JFCG LIMITATION OF LIABILITY**
JFGC MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO MEMBERSHIP CREDITS OR GIFT CARDS INCLUDING, WITHOUT LIMITATION, ANY EXPRESS OR IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN THE EVENT THAT A MEMBERSHIP CREDIT OR GIFT CARD IS NON-FUNCTIONAL, YOUR SOLE REMEDY, AND OUR SOLE LIABILITY, SHALL BE THE REPLACEMENT OF SUCH MEMBERSHIP CREDIT OR GIFT CARD. CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OR CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU.

If you have any questions regarding our gift card policies please send all inquiries to JFGC, LLC, 1590 Rosecrans Avenue, Suite D-337, Manhattan Beach, CA 90266, Attention: Customer Service, or contact our representatives at 855-202-3566 or email us at support@jfgiftcard.com.

**SHIPPING**
Shipping and handling charges are based on your subtotal order amount, calculated after applicable discounts and before sales tax. Rates are calculated as follows:

**Standard Shipping**

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, APO | Australia |
|---|---|---|---|
| $49.95 and over | FREE 4-10 Business Days | $9.00 7-10 Business Days | $5.95** (New VIP Member Courtesy Rate) $9.95** 7-10 Business Days |
| Under $49.95 | $4.95 Flat Rate 4-10 Business Days | $9.00 7-10 Business Days | $5.95** (New VIP Member Courtesy Rate) $9.95** 7-10 Business Days |

**Rush Shipping**

27

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, APO | Australia |
|---|---|---|---|
| $49.95 and over | $8.95 2-3 Business Days | N/A | N/A |
| Under $49.95 | $8.95 2-3 Business Days | N/A | N/A |

*All delivery times above are based on average in-transit time. Orders shipped to Canada, P.O. Boxes and APOs/FPOs do not qualify for Rush Shipping.

**All orders shipped to Australia will incur a flat rate charge of $9.95 USD except for first time orders placed as a new VIP member, which will have a shipping rate charge of $5.95 USD. The shipping charge of $5.95 USD is a one-time courtesy rate for the initial order placed as a new VIP member from Australia only. All other subsequent VIP member orders from Australia will contain a $9.95 USD flat shipping charge.

Please note shipments arriving to Alaska, Hawaii, APO locations or Australia may be subject to longer transit times (up to 30 days) due to the carrier or location of station. At this time, expedited shipping is not available for Alaska, Hawaii, APO locations or Australia. All US orders are shipped FedEx via USPS and your order will be delivered by your local postal carrier. All Australia orders will be shipped via DHL.?

As soon as your order ships, you will be provided with a tracking number via email. You can also find your order details and tracking information on the Order History tab within the My Account section.

**RETURNS & EXCHANGES**
Fabletics strives to provide an amazing shopping experience and superior customer service. If for any reason you are not content with your order, we gladly accept returns and exchanges for US and Canada orders within 30 days from the date of shipment and in new, unused condition with original packaging. Exchanges are not available in Australia, and orders can only be returned. Some items purchased through special promotions may be final sale, and therefore not eligible for exchanges or returns (please refer to promotion disclaimers for the terms of each offer).

Accessories must be returned with all pieces included and intact, and apparel must also be returned unworn, with all tags still attached.

In the US, Fabletics offers 3 easy return options: (1) return for Fabletics membership or store credit for free; (2) exchange for another item for free; (3) return for a refund. Return shipping and handling for non-contiguous US territories, including Alaska, Hawaii, Puerto Rico and APOs, is $9.00.

In Australia, Fabletics offers 2 easy return options: (1) return for Fabletics membership or store credit for free; (2) return for a refund. Exchanges are not offered in Australia. If you would like to exchange an item, please return the item and place a new order. Please note: new orders are subject to standard shipping rates.

Please note that any membership or store credit used to pay for an order will be returned as store credit and will not be eligible for a refund to a credit card. Also, please note reward points associated with the

purchase will be deducted from your account if you do choose a refund. Items redeemed through the rewards program are not eligible for returns or exchanges.

**Shipping Your Returns/Exchanges**

Returns and exchanges are easy! Just print your free return label and return packing slip by visiting the Order History page under My Account.

To make a return or exchange, please follow these steps:

• Obtain a Return Merchandise Authorization (RMA) number. You can obtain a RMA number online by clicking on the link in the 'My Order History' section in your Account or you can obtain a RMA number by calling our Fashion Consultants by dialing our toll free number at 1-844-Fabletics (1-844-322-5384). Our Fashion Consultants will email you our pre-paid return shipping label.

• Send the item back in the original, undamaged box and packaging.

• Attach the pre-paid return shipping label to your shipment and drop it off at any USPS or FedEx location.

**RISK OF LOSS/TITLE**

The risk of loss and title for products purchased on the Site or through the Fabletics Services passes to the purchaser upon our delivery to the carrier. Replacement of products and credits to your account for shipped merchandise claimed as not received are subject to our investigation. We will adjust your account at our discretion. Fabletics does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Fabletics does not take title to the refunded item.

**SALES TAX**

Fabletics is not required by law to collect sales and/or use taxes in all states, nor does it actually collect such taxes in all states.   However, Fabletics reserves the right to collect sales tax in any other jurisdictions if it believes that such collection is required by law.

For states imposing sales or use taxes, your purchase may be subject to use tax unless it is specifically exempt from taxation. Your purchase is not exempt merely because it is made over the Internet or by other remote means. Many states require purchasers to file a sales/use tax return at the end of the year reporting all of the taxable purchases that were not taxed and to pay tax on those purchases.   You may have a tax obligation in states where Fabletics does not collect sales tax. Details of how to report these taxes may be found at the websites of your respective taxing authorities.

**PAYMENT INFORMATION**

To make purchases through the Fabletics Services or to become a Fabletics VIP you must submit credit card information. You represent and warrant to Fabletics that such information is true and that you are authorized to use the payment instrument. You will promptly update your Account information with any changes (for example, a change in your billing address or credit card expiration date) that may occur. You authorize Fabletics to use any updated credit card information submitted by your credit card company directly to Fabletics. If you dispute any charges, you must inform Fabletics within thirty (30) days upon receipt of Fabletics' invoice. We reserve the right to change Fabletics prices, fees or the number of Member Credits required to purchase items. Your continued use of the Fabletics Services after the price change becomes effective constitutes your agreement to pay the changed amount.

**ACCOUNT CONFIDENTIALITY AND ACCESS**

You are solely responsible for maintaining the confidentiality of your Account, all activities occurring under your Account and all access to and use of the Fabletics Services by anyone using your Account, whether

or not such activities and access are actually authorized by you, including but not limited to all communications, transactions and obligations. You agree to accept responsibility for all activities that occur under your account and password. Fabletics shall not be liable or responsible for any loss or damage arising from any unauthorized use, access or any other breach of security of your Account, including but not limited to your member sign-in password and email address. You acknowledge and accept that your use of the Fabletics Services is in compliance with these Terms of Service. You further acknowledge and accept that Fabletics shall have no obligation to investigate the authorization or source of any Account activity, including purchase activity following a proper log-in to this Site or any Services, which is defined as a matching and current member sign-in and user password. You shall notify Fabletics immediately of any unauthorized access to your Account or any other unauthorized use of any Fabletics Services.

You agree that Fabletics may, without prior notice, immediately terminate, limit your access to or suspend your Account based on any of the following: (a) breach or violation of these Terms of Service; (b) upon request by law enforcement; (c) unforeseeable technical or security issues or problems; (d) extended periods of inactivity; or (e) fraudulent, deceptive or illegal activity, or any other activity which Fabletics believes is harmful to its business interests; or (f) for no reason. You agree that any termination, limitation of access and/or suspension shall be made in the Fabletics' sole discretion and that Fabletics shall not be liable to you or any third party for the termination, limitation of access and/or suspension of your Account.

**PROHIBITED USES**

Any and all Fabletics Services may be used only for lawful purposes and are available only for your personal, noncommercial use, which shall be limited to viewing this Site, purchasing products, providing information to Fabletics, and downloading product information for your personal review. You are responsible for your own communications, including the transmission, posting, and uploading of information and are responsible for the consequences of such communications. Fabletics specifically prohibits any use of the Fabletics Service, and requires all users to agree not to use the Fabletics Services, for any of the following:

• Posting any information which is incomplete, false, inaccurate or not your own;

• Creating multiple accounts for the same user;

• Accessing data not intended for you or logging on to a Fabletics server or account, which you are not authorized to access;

• Engaging in conduct that would constitute a criminal offense, giving rise to civil liability or otherwise violate any city, state, national or international law or regulation that would fail to comply with accepted Internet protocol;

• Communicating, transmitting, or posting material that is copyrighted or otherwise owned by a third party unless you are the copyright owner or have the permission of the owner to post it;

• Communicating, transmitting, or posting material that reveals trade secrets, unless you own them or have the permission of the owner;

• Communicating, transmitting, or posting material that infringes on any other intellectual property, privacy or publicity right of another;

• Communicating, transmitting, or transferring (by any means) information or software derived from the site to foreign countries or certain foreign nations in violation of any applicable export control laws;

• Attempting to interfere in any way with this Site's network security, or attempting to use this Site's service to gain unauthorized access to any other computer system;

• Communicating, transmitting, or posting material that is in violation of applicable laws or regulations;

30

• Attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization (or succeeding in such an attempt);

• Attempting to interfere or interfering with the operation of this Site, Fabletics' provision of services to any other visitors to this Site, Fabletics hosting provider or networks, including, without limitation, via means of submitting a virus to this Site, overloading, "flooding", "mailbombing" or "crashing" this Site;

• Forging any TCP/IP packet header or any part of the header information in any e-mail or transmission or posting to this Site.

**USER CONTENT**

Any and all content, comments, feedback, suggestions, ideas, concepts, photos, questions or other communications (collectively, "User Content") that you submit or post through any Fabletics Services shall be deemed non-confidential and non-proprietary. By submitting or posting any User Content, you grant to Fabletics and its affiliates a perpetual, irrevocable, royalty-free, worldwide, sublicensable and transferable license to copy, publish, translate, modify, create derivative works from, distribute, reproduce, display, or use the User Content in any commercial or non-commercial manner whatsoever. Fabletics will be free to use any ideas, concepts, know-how or techniques contained in such User Content for any purpose whatsoever, including but not limited to developing, manufacturing and marketing products that incorporate or otherwise rely upon such information. Fabletics shall have no obligation to monitor User Content, use or display User Content, compensate you for submitting User Content, or respond to any User Content. Fabletics retains the right, in its sole discretion and without prior notice, to remove, revise or refuse to post any User Content for any reason or no reason.

By connecting to Fabletics with a third-party service (e.g., Facebook or Twitter), you give us permission to access and use your information from that service as permitted by that service, and to store your log-in credentials for that service. For more information on the types of information we collect from these third-party services, please read our Privacy Policy.

If you utilize your Facebook account to access and use the social features available through the Fabletics Services, you can choose whether or not you wish to share content or information related to your Account on Facebook. You agree that Fabletics is not responsible for any content or information related to your Account once it is shared and posted on Facebook. If you use the Fabletics Services and its social features, you agree to respect other users of the Fabletics Services in your interactions with them. Fabletics reserves the right, in its absolute discretion, to disable your account if it believes that you are violating any term or condition set forth herein.

By submitting User Content, you represent and warrant that the User Content does not (i) contain false or misleading information, (ii) infringe on the intellectual property rights of any third party, (iii) contain any libelous, defamatory, obscene, offensive, threatening or otherwise harassing content, (iv) contain any addresses, email addresses, phone numbers or any contact information, or (v) contain computer viruses, worms or other harmful files. You are solely responsible for the User Content and you hereby agree to indemnify and hold Fabletics and its employees, agents and affiliates harmless from any and all damages, claims, expenses, costs or fees arising from or in connection with a breach of any of the foregoing representations or your violation of any law or rights of a third party.

**PRODUCT INFORMATION**

Prices, descriptions and availability of products are subject to change without notice. Errors may be corrected when discovered, and Fabletics reserves the right to revoke any stated offer in order to correct any errors or inaccuracies. Although Fabletics has made every effort to display our products and their colors as accurately as possible, the displayed colors of the products depend upon the monitor of the user, and Fabletics cannot guarantee that the user's monitor will accurately portray the actual colors of the products. Products displayed may be out-of-stock or discontinued, and prices are subject to change. Fabletics is not responsible for typographical errors regarding price or any other matter.

**PURCHASE CANCELLATIONS**

All orders placed through any Fabletics Services are subject to Fabletics' acceptance. This means that Fabletics may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your credit card has already been charged for an order that is later cancelled, Fabletics will issue you a refund.

**INTELLECTUAL PROPERTY RIGHTS**

All content, graphics, text, code and software used on or incorporated into this Site and/or any Fabletics Service, and the arrangement or integration of all such content, graphics, code and software, are subject to copyrights held by or licensed to Fabletics and all rights thereto are specifically reserved. As between you and Fabletics, (or any other company whose marks appear on any of the Fabletics Services), Fabletics (or the respective company) is the owner and/or authorized user of any registered or unregistered trademark, trade name and/or service mark appearing on any of the Fabletics Services, and is the copyright owner or licensee of the materials and content contained therein, unless otherwise indicated. The Fabletics logos, designs, titles, phrases, product names, photographs, images, videos and content and the copyrights, trademarks, service marks, trade dress and/or other intellectual property in such materials (collectively, " Intellectual Property") are owned by Fabletics and may be registered in the United States and internationally. You agree not to display or use the Fabletics Intellectual Property in any manner without Fabletics' prior written permission. Nothing contained on this Site or in any of the Fabletics Services should be construed to grant any license or right to use any Fabletics Intellectual Property without the prior written consent of Fabletics.

Except as otherwise provided herein, use of the Fabletics Services does not grant you a license to any materials, content or features you may access on this Site or via the Fabletics Services and you may not modify, rent, lease, loan, sell, distribute or create derivative works of such materials and content, features or materials, in whole or in part. Any commercial use of the Fabletics Services is strictly prohibited, except as otherwise approved by us. You may not download or save a copy of any of the materials and content or screens for any purpose except as otherwise provided by Fabletics. If you make use of the Fabletics Services, other than as provided herein, in doing so you may violate copyright and other laws of the United States and/or other countries, as well as applicable state laws, and you may be subject to liability for such unauthorized use. The information contained in the Fabletics Services including, without limitation, all site design, text, graphics, interfaces, and the selection and arrangements is protected by law including, but not limited to, copyright law.

**DISCLAIMER OF WARRANTIES; LIMITATION OF LIABILITY**

Fabletics publishes information within the Fabletics Services as a convenience to its visitors. While Fabletics attempts to provide accurate and timely information, there may be inadvertent technical or factual inaccuracies and typographical errors. We reserve the right to make corrections and changes to the Fabletics Services at any time without notice. The Fabletics products described in the Fabletics Services may not be available in your region. Fabletics does not claim that the information on this Site is appropriate to your jurisdiction or that the products described in the Fabletics Services will be available for purchase in all jurisdictions.

YOUR USE OF THE FABLETICS SERVICES ARE AT YOUR SOLE RISK. THE FABLETICS SERVICES AND THE PRODUCTS OFFERED THROUGH THE FABLETICS SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, FABLETICS DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

FABLETICS MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, THAT THE OPERATION OF THIS SITE OR ANY OF THE FABLETICS SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT ANY DEFECTS WILL BE CORRECTED, OR THAT THE SITE OR THE SERVER THAT MAKES THE SITE AVAILABLE ARE FREE OF VIRUSES OR OTHER

HARMFUL COMPONENTS, OR AS TO THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, OR ANY OF THE FABLETICS SERVICES, IN TERMS OF THEIR CORRECTNESS, ACCURACY, ADEQUACY, USEFULNESS, TIMELINESS, RELIABILITY OR OTHERWISE, UNLESS OTHERWISE SPECIFIED IN WRITING.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE OR THE FABLETICS SERVICES OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH FABLETICS, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE AND CONSEQUENTIAL DAMAGES, EVEN IF FABLETICS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE OR THE FABLETICS SERVICES ISSUED AGAINST YOU BY THIRD PARTY FINANICAL INSTITUTIONS SUCH AS BANKS OR CREDIT CARD COMPANIES. FABLETICS SHALL NOT BE LIABLE FOR ANY OVERDRAFT, LATE OR ANY OTHER CHARGES ISSUED AGAINST YOU BY A BANK OR CREDIT CARD.

CERTAIN STATE LAWS MAY NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU AND YOU MAY HAVE ADDITIONAL RIGHTS.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE FABLETICS SERVICES, OR WITH ANY OF THESE TERMS OF SERVICE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USE OF THE FABLETICS SERVICES. IF A PRODUCT OFFERED THROUGH THE FABLETICS SERVICES IS NOT AS DESCRIBED, YOUR SOLE REMEDY IS TO RETURN IT IN ACCORDANCE WITH THE RETURN POLICY SET FORTH IN DETAIL IN THESE TERMS OF SERVICE.

Fabletics makes no warranties of any kind regarding any third party sites to which you may be directed or hyperlinked from the Fabletics Services. Hyperlinks are included solely for your convenience, and Fabletics makes no representations or warranties with regard to the accuracy, availability, suitability or safety of information provided in such third party sites. Fabletics does not endorse, warrant or guarantee any products or services offered or provided by or on behalf of third parties through the Fabletics Services.

**INDEMNITY AND RELEASE**
You agree to indemnify and hold Fabletics and its parent, subsidiaries, affiliates, officers, agents and employees harmless from any and all liabilities, claims, demands, actions, suits, losses, obligations, judgments, proceedings, damages, expenses and costs (including reasonable attorneys' fees), based upon, arising from or related to (a) information or content submitted, transmitted or otherwise made available on or through the Fabletics Services by you or any other person accessing the Fabletics Services using your Account; (b) the use of, or connection to, the Fabletics Services by you or any other person accessing this Site using your Account (including negligent or wrongful conduct); or (c) your breach or attempted breach of these Terms of Service.

**DISPUTES AND DISPUTE RESOLUTION**
GOVERNING LAW
Use of the Fabletics Services, membership in the Fabletics VIP Membership Program, any purchases made through the Fabletics Services, and any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics Services, Fabletics VIP Membership Program and/or your Account, or products purchased through the Fabletics Services shall be governed by the laws of your home state of residence without respect to its choice (or conflict) of laws rules.

Any claim or cause of action you may have with respect to Fabletics or the Fabletics Services must be commenced within one (1) year after the claim or cause of action arose.

CLASS ACTION WAIVER

Both you and Fabletics waive the right to bring any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics VIP Membership Program and/or your Account, or products purchased through the Fabletics Services as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any such claim brought by anyone else. (This waiver, and the similar waiver specified for arbitration proceedings, are generally referred to herein as "the class action waiver.")

FORUM SELECTION/JURISDICTION

Jurisdiction and venue for any dispute shall be in Los Angeles, California. Each party submits to personal jurisdiction and venue in that forum for any and all purposes.

AGREEMENT TO PRE-ARBITRATION NOTIFICATION

These Terms of Service provide for final, binding arbitration of all disputed claims (discussed immediately below). Fabletics and you agree, however, that it would be advantageous to discuss and hopefully resolve any disputes before arbitration proceedings or any other proceedings authorized herein are initiated. In the event of a dispute, the claimant whether you or Fabletics shall send a letter to the other side briefly summarizing the claim and the request for relief. If Fabletics is the claimant, the letter shall be sent, via email, to the email account listed in your Account. If you are the claimant, the letter shall be sent to Fabletics, LLC, Attn: General Counsel, 800 Apollo Street, El Segundo, California 90245. If the dispute is not resolved within 60 days after the letter is sent, the claimant may proceed to initiate arbitration proceedings or any other proceedings authorized herein.

AGREEMENT TO ARBITRATE CLAIMS

Except to the limited extent noted below, use of the Fabletics Services, membership in the Fabletics VIP Membership Program, any purchases made through the Fabletics Services, and any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics VIP Membership Program, or products purchased through the Fabletics Services shall be resolved by final and binding arbitration between you and Fabletics.

The arbitration shall take place in Los Angeles County, California in accordance with the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures of the American Arbitration Association. Unless either party or the arbitrator requests a hearing, the parties will submit their arguments and evidence to the arbitrator in writing. The arbitrator will make an award based only on the documents. This is called a Desk Arbitration. If any party makes a written request for a hearing within ten days after the American Arbitration Association acknowledges receipt of a claimant's demand for arbitration (or the arbitrator requests a hearing), the parties shall participate in a telephone hearing. In no event shall the parties be required to travel to Los Angeles to participate in the arbitration.

If you decide to commence arbitration, the provider will require to you to pay a filing fee (which currently is $125 for claims under $10,000). If your filing fee is more than $125, Fabletics will reimburse you for any excess fee promptly after it receives notice of your arbitration. If the arbitrator ultimately rules in your favor, Fabletics will also reimburse you for the $125 base filing fee.

If the arbitrator rules in your favor in any respect on the merits of your claim and issues you an award that is greater than the value of Fabletics' last written settlement offer made before an arbitrator was selected (or greater than zero if no offer was made), then Fabletics will pay you the amount of the award or $350, whichever is greater (in addition to reimbursing you for the base filing fee).

This arbitration agreement is subject to the Federal Arbitration Act and is enforceable pursuant to its terms on a self-executing basis. Either party may seek enforcement of this provision in any court of competent jurisdiction.

The arbitrator shall determine any and all challenges to the arbitrability of a claim. The arbitral award shall be judicially enforceable. Any court of competent jurisdiction may, and upon request shall, enter judgment on the arbitral award. Either party may seek confirmation (judgment on the award) and/or enforcement in any court of competent jurisdiction.

Notwithstanding any provision in the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures to the contrary, and with the exception of Desk Arbitrations, the Federal Rules of Evidence shall govern the admissibility of evidence in any arbitral proceeding.

Both you and Fabletics waive the right to bring any claim covered by this dispute resolution provision as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any claim covered by this dispute resolution provision brought by anyone else.

Notwithstanding any provision in the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures to the contrary, the arbitrator shall not have the authority or any jurisdiction to hear the arbitration as a class, consolidated, representative, or private attorney general action or to consolidate, join, or otherwise combine the claims of different persons into one proceeding.

If a proposed class, consolidated, representative, collective, or private attorney general action arbitration is initiated notwithstanding the above prohibition and it is finally determined by the arbitrator (or a court of competent jurisdiction) that the waiver specified herein is not enforceable, then the arbitration proceedings shall be bifurcated as follows and notwithstanding any provision in the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures to the contrary: 1. The issue of arbitrability shall be determined by the Arbitrator pursuant to the applicable rules and substantive law. 2. Assuming the Arbitrator concludes that the arbitration may proceed, said arbitration shall be stayed, and the issue of whether to certify any alleged or putative class for a class action (or other representative) proceeding shall be presented to and decided by a court of competent jurisdiction. The arbitrator shall not have authority or jurisdiction to decide class certification (or any similar representative action) issues. The decision to certify or not certify a class action (or to otherwise permit the action to proceed on a representative basis) shall be appealable in the judicial proceedings consistent with the rules and law governing the appeals of interlocutory decisions or class certification (or similar) rulings specifically, if appropriate. 3. Once any issues regarding class certification (and/or similar representative requirements) have been finally decided by the court, the arbitrator will have authority to decide the substantive claims on an individual or a class (or other representative) basis, as may be determined and directed by the court.

**APPEAL RIGHTS**
The arbitrator(s) shall not have the power to commit errors of law or legal reasoning, make clearly erroneous factual findings, or abuse his or her discretion, and the award may be vacated or corrected on appeal to a court of competent jurisdiction for any such error.

**OPTING-OUT OF DISPUTE RESOLUTION PROCEDURE AND CLASS ACTION WAIVER**
You may elect to opt out (exclude yourself) from the final, binding arbitration procedure and the class action waiver specified in these Terms of Service by doing the following: within 15 days of setting up your Account, you must send a letter to Fabletics, LLC., c/o Legal Department, 800 Apollo Street, El Segundo, California 90245 that specifies (1) your name, (2) your account number or account member name, (3) your mailing address, and (4) your request to be excluded from the final, binding arbitration procedure and class action waiver specified in these Terms of Service. All other Terms shall continue to apply to your Account, including the requirement to participate in pre-dispute mediation. Notwithstanding any provision in these Terms of Service to the contrary, we agree that, if Fabletics makes any future change to the dispute resolution procedure and class action waiver provisions (other than a change to Fabletics' address), you may reject any such change by sending a letter to Fabletics within 15 days of the change to the address provided above. By rejecting any future change, you are agreeing that you will arbitrate any dispute between us in accordance with the language of this provision. Your letter must be postmarked by

the applicable 15-day deadline to be effective. You are not required to send the letter by confirmed mail or return receipt requested, but it is recommended that you do so. Your request to be excluded will only be effective and enforceable if you can prove that the request was postmarked within the applicable 15-day deadline.

**NOTICE FOR CALIFORNIA USERS**

Under California Civil Code sections 1798.83-1798.84, California residents are entitled to ask us for a notice describing what categories of personal customer information Fabletics shares with third parties or corporate affiliates for those third parties or corporate affiliates' direct marketing purposes. That notice will identify the categories of information shared and will include a list of the third parties and affiliates with which it was shared, along with their names and addresses. If you are a California resident and would like a copy of this notice, please submit a written request to the following address: General Counsel, 800 Apollo Street, El Segundo, CA, 90245. In your request, please specify that you want a "Your Fabletics California Privacy Rights Notice". Please allow 30 days for a response.

**GENERAL INFORMATION**

These Terms of Service constitute the entire agreement between you and Fabletics and govern your use of the Fabletics Services, and they supersede any prior agreements between you and Fabletics. You also may be subject to additional terms and conditions that are applicable to certain parts of the Fabletics Services. Fabletics may terminate this Agreement and deny you access to the Fabletics Services at any time, immediately and without notice, if in Fabletics' sole discretion you fail to comply with any provision of these Terms of Service.

You agree that no joint venture, partnership, employment, or agency relationship exists between Fabletics and you as a result of this Agreement or your use of the Fabletics Services.

The failure of Fabletics to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision. The invalidity of any term, condition or provision in these Terms of Service shall not affect the enforceability of those portions of the Terms deemed enforceable by applicable courts of law.

You may not assign the Terms or any of your rights or obligations under the Terms without Fabletics' express written consent. The Terms inure to the benefit of Fabletics' successors, assigns and licensees. The section titles in these Terms of Service are for convenience only and have no legal or contractual effect.

Updated: July 1, 2017

# EXHIBIT C

# FABLETICS TERMS OF SERVICE, USE AND PURCHASE

Welcome to Fabletics! This website located at www.fabletics.com (this "Site") is owned and operated by Fabletics, LLC, a subsidiary of TechStyle, Inc. (the "Company") (collectively with the Company, "Fabletics"). Fabletics provides website features and other products and services to you when you visit, shop or purchase items from this Site, access this Site from your mobile devices, or use software provided by Fabletics in connection with any of the foregoing (collectively, "Fabletics Services"). Fabletics provides its products and services subject to these Terms of Service.

**By using the Fabletics Services, you agree to these conditions. Please read them carefully.** By accessing or using this Site, mobile application or other Fabletics product or service on any computer, mobile phone, tablet, console or other device (collectively, "Device"), you acknowledge and agree that you have read, understand and agree to be bound by these Terms of Service and any other applicable law, whether or not you are a registered member of Fabletics. You must be at least 18 years old to use this Site or Services. Fabletics may change these Terms of Service at any time without notice. When we make changes, we will post them here. Your continued use of the Fabletics Services or enrollment as a Fabletics VIP Member shall be considered your acceptance to the revised Terms of Service. If you do not agree to these Terms of Service, please do not use this Site or any Fabletics Services and immediately cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or visiting us online to cancel.

**ELECTRONIC COMMUNICATIONS** When you use any Fabletics Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this Site or through the other Fabletics Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

**FABLETICS MEMBERSHIP** Fabletics provides a monthly membership program that grants you access to style experts and the latest athletic wear trends. To get started, simply take our Style Personality Quiz. Next, you must register and create a member account through this Site ("Account"). After you have successfully created an Account, you will have the option to select your favorite item(s) from the 'My Outfits' section of your Account ("Outfits"). There is no registration fee and no obligation to purchase. Our Fabletics style experts will continue to determine which athletic wear outfits best match your workouts and style. If you choose to create an Account, you agree to provide and maintain true, accurate, current and complete information about yourself as prompted by the Fabletics registration form. Registration data and certain other information about you are governed by our Privacy Policy.

**VIP MEMBERSHIP PROGRAM** Fabletics offers members the opportunity to participate in its membership program (the "VIP Membership Program"). To become a Fabletics VIP Member, you must checkout as a VIP member when making a Fabletics purchase on this Site or through an applicable Service. As a Fabletics VIP Member, our experts will send you a customized selection of Fabletics products on the 1st day of every month. You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience. As a valued Fabletics VIP Member, you will enjoy exclusive VIP Member-only pricing and dedicated promotions. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or by using live chat or online cancel options in your Account.

**HOW VIP MEMBERSHIP WORKS** Upon enrollment in the VIP Membership Program, you will receive new monthly customized selections of merchandise on the first (1st) day of every month. You must log into your account and select the 'Skip the Month' option between the 1st and the 5th of each month. If you do not 'Skip the Month' between the 1st and the 5th of the month your credit card or payment method will be charged an automatic monthly membership fee of $49.95 for a member credit on the 6th until you cancel. All member credits will expire 12 months after the date of issuance. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-

844-322-5384), or online, using live chat or visiting your Account page. Each Fabletics member credit will be applied to your Account and can be redeemed for any individual item or two-piece outfits up to $80. These outfits and items may be valued below or above $49.95. You may 'Skip' as many months as you like, there is no obligation to buy. Even if you decide to 'Skip' any month, you may return to your Account at any time to make a purchase.

You may cancel your Fabletics VIP Membership Account at any time. If you wish to cancel your Account, simply call our Fashion Consultants at 1-844-Fabletics (1-844-322-5384), 7 days a week. You may also cancel your VIP Membership Account online by contacting us via online live chat or visiting your Account page. There is no cancellation fee. Any remaining member credits on your Account will expire 12 months after the date on which they were issued. You may use any remaining unexpired member credits after cancellation for any individual item or two-piece outfits up to $80, but you will no longer have access to discounted VIP member only pricing for any items purchased without a member credit. Please be advised that your Account may only be canceled by the registered Fabletics VIP Member or the holder of the valid credit card or payment method on file related to your Account.

**VIP MEMBER PERKS - VIP PRICING** As a Fabletics VIP Member, you will be able to purchase Fabletics items and outfits at reduced prices with your payment card or by using VIP member credits In order to bring you this fabulous pricing, we must charge a $4.95 shipping fee for all orders under $49.95, after applicable discounts. For all orders $49.95 or over, shipping is always free.

In addition, the site will occasionally collaborate with premier trendsetting partners to offer specialty items at exclusive members-only prices. In order to bring you the most fabulous fashion trends which are not offered anywhere else, these exclusive specialty items may be offered at prices above $49.95.

You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience.

With your Fabletics VIP Membership, you may access the Fabletics Fitness App available at the Apple App Store. Access to the Fabletics Fitness App is contingent on maintaining an active VIP Membership. If you cancel your VIP Membership or your VIP Membership is terminated for any reason, you will no longer be able to use the services offered on the Apps.

**MOBILE APPLICATIONS** To use or access the Services through the Fabletics Fitness App, you will need a supported mobile device with adequate software. Fabletics cannot guarantee the Fabletics Fitness App will be compatible with, or available on, your device. It is your responsibility to ensure your mobile device's functionality. Further, your mobile phone company's normal messaging, data, and other rates and fees will still apply and you shall be responsible for any such charges. Please check with your Internet or mobile phone provider for information on possible data usage charges.

By downloading or using the Fabletics Fitness App, you expressly agree we may communicate with you regarding transactions you have initiated on the Services or respond to your communications to us through the Services by SMS, MMS, text message or other electronic means directed to your device and that certain information about your usage of the Fabletics Fitness App may be communicated to us automatically from your device. Fabletics will not send you direct marketing messages without your prior express consent and you can opt out of receiving any marketing messages at any time. In addition, Fabletics may require you to accept updates to the Fabletics Fitness App that you have installed on your mobile device. You acknowledge and agree that Fabletics may update the Apps and the Services without notification to you.

Fabletics hereby grants you a limited, personal, non-exclusive, non-transferable, non-sublicensable, revocable license to: (1) access and use the Fabletics Services and related content; (2) access and use the software and the Fabletics Fitness App downloaded directly from a legitimate marketplace solely for your personal use for lawful purposes. With respect to any open source code or software that may be incorporated in the Fabletics Fitness App, your license shall be subject to such open source or third-party license, if any, authorizing use of such code.

**APP STORE** The following terms apply to the third-party platform from which you accessed or downloaded the Fabletics Fitness App, e.g., the Apple App Store ("App Store"). You acknowledge that this Agreement is between you and Fabletics and not with the App Store. Fabletics, not the App Store, is solely responsible for the Services, the content thereof, maintenance, support services, and warranty therefor, and addressing any claims relating thereto.

**NOT MEDICAL ADVICE** You expressly acknowledge and agree that Fabletics is not providing medical advice via the Services. All content provided through the Services, whether provided by Fabletics or third parties including from any personal trainers, shall not be used as a substitute for professional medical consultation, advice, diagnosis or treatment from a physician or other healthcare professional. You should consult with your physician or other healthcare professional before engaging in any physical activity, exercise program or making any dietary changes. If you have any concerns or questions about your health, you should always consult with a physician or other healthcare professional.

To the extent permitted by applicable law, Fabletics is not responsible for any health problems, injuries or damages that may result from your use of, or inability to use, the Fabletics Services, which includes but is not limited to, any training programs, activities, dietary recommendations, consultations, products, events or other information you learn through the Fabletics Services. Do not ignore or delay in obtaining professional medical advice or treatment because of information accessed through the Site, the Fabletics Fitness App or Services. If think you are experiencing a medical emergency, stop using the Fabletics Service and immediately contact a medical professional or your local emergency services.

You expressly acknowledge and agree that the exercise activities offered through the Services carry certain inherent and significant risks of property damage, bodily injury, or death. If you engage in any exercise programs or physical activity through the Fabletics Services, you agree that you do so at your own risk and that you voluntarily assume all known and unknown risks associated with these activities, even if caused in whole or part by the action, inaction, or negligence of Fabletics or by the action, inaction, or negligence of others. Fabletics assumes no responsibility for any act, omission, activity, product or service of any personal trainer featured through the Services. Fabletics does not guarantee any results in connection with the Services.

**SHIPPING** Shipping and handling charges are based on your subtotal order amount, calculated after applicable discounts and before sales tax. Rates are calculated as follows:

**Standard Shipping**

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, APO | Australia |
|---|---|---|---|
| $49.95 and over | FREE 4-10 Business Days | $9.00 7-10 Business Days | $5.95** (New VIP Member Courtesy Rate) $9.95** 7-10 Business Days |
| Under $49.95 | $4.95 Flat Rate 4-10 Business Days | $9.00 7-10 Business Days | $5.95** (New VIP Member |

40

|  |  |  | Courtesy Rate) $9.95** 7-10 Business Days |
|---|---|---|---|

**Rush Shipping**

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, APO | Australia |
|---|---|---|---|
| $49.95 and over | $8.95 2-3 Business Days | N/A | N/A |
| Under $49.95 | $8.95 2-3 Business Days | N/A | N/A |

*All delivery times above are based on average in-transit time. Orders shipped to Canada, P.O. Boxes and APOs/FPOs do not qualify for Rush Shipping.

**All orders shipped to Australia will incur a flat rate charge of $9.95 USD except for first time orders placed as a new VIP member, which will have a shipping rate charge of $5.95 USD. The shipping charge of $5.95 USD is a one-time courtesy rate for the initial order placed as a new VIP member from Australia only. All other subsequent VIP member orders from Australia will contain a $9.95 USD flat shipping charge.

Please note shipments arriving to Alaska, Hawaii, APO locations or Australia may be subject to longer transit times (up to 30 days) due to the carrier or location of station. At this time, expedited shipping is not available for Alaska, Hawaii, APO locations or Australia. All US orders are shipped FedEx via USPS and your order will be delivered by your local postal carrier. All Australia orders will be shipped via DHL.?

As soon as your order ships, you will be provided with a tracking number via email. You can also find your order details and tracking information on the Order History tab within the My Account section.

**RETURNS & EXCHANGES** Fabletics strives to provide an amazing shopping experience and superior customer service. If for any reason you are not content with your order, we gladly accept returns and exchanges for US and Canada orders within 45 days from the date of shipment and in new, unused condition with original packaging. Exchanges are not available in Australia, and orders can only be returned. Some items purchased through special promotions may be final sale, and therefore not eligible for exchanges or returns (please refer to promotion disclaimers for the terms of each offer).

Accessories must be returned with all pieces included and intact, and apparel must also be returned unworn, with all tags still attached.

In the US, Fabletics offers 3 easy return options: (1) return for Fabletics membership or store credit for free; (2) exchange for another item for free; (3) return for a refund. Return shipping and handling for non-contiguous US territories, including Alaska, Hawaii, Puerto Rico and APOs, is $9.00.

In Australia, Fabletics offers 2 easy return options: (1) return for Fabletics membership or store credit for free; (2) return for a refund. Exchanges are not offered in Australia. If you would like to exchange an item, please return the item and place a new order. Please note: new orders are subject to standard shipping rates.

Please note that any membership or store credit used to pay for an order will be returned as store credit and will not be eligible for a refund to a credit card. Also, please note reward points associated with the purchase will be deducted from your account if you do choose a refund. Items redeemed through the rewards program are not eligible for returns or exchanges.

**Shipping Your Returns/Exchanges** Returns and exchanges are easy! Just print your free return label and return packing slip by visiting the Order History page under My Account.

To make a return or exchange, please follow these steps:

• Obtain a Return Merchandise Authorization (RMA) number. You can obtain a RMA number online by clicking on the link in the 'My Order History' section in your Account or you can obtain a RMA number by calling our Fashion Consultants by dialing our toll free number at 1-844-Fabletics (1-844-322-5384). Our Fashion Consultants will email you our pre-paid return shipping label.

• Send the item back in the original, undamaged box and packaging.

• Attach the pre-paid return shipping label to your shipment and drop it off at any USPS or FedEx location.

**RISK OF LOSS/TITLE** The risk of loss and title for products purchased on the Site or through the Fabletics Services passes to the purchaser upon our delivery to the carrier. Replacement of products and credits to your account for shipped merchandise claimed as not received are subject to our investigation. We will adjust your account at our discretion. Fabletics does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Fabletics does not take title to the refunded item.

**SALES & USE TAXES** Fabletics is not required by law to collect sales and/or use taxes in all states. However, Fabletics reserves the right to collect sales tax in any jurisdictions if it believes that such collection is required by law. Fabletics also reserves the right to collect fees associated with tariff taxes and surcharges.

For states imposing sales or use taxes, your purchase may be subject to use tax unless it is specifically exempt from taxation. Your purchase is not exempt merely because it is made over the Internet or by other remote means. Many states require purchasers to file a sales/use tax return at the end of the year reporting all of the taxable purchases that were not taxed and to pay tax on those purchases. You may have a tax obligation in states where Fabletics does not collect sales tax. Details of how to report these taxes may be found at the websites of your respective taxing authorities

**PAYMENT INFORMATION** To make purchases through the Fabletics Services or to become a Fabletics VIP you must submit credit card information or another valid payment method that is acceptable to Fabletics. You represent and warrant to Fabletics that such information is true and that you are authorized to use the payment instrument. You will promptly update your Account information with any changes (for example, a change in your billing address or credit card expiration date) that may occur. You authorize Fabletics to use any updated credit card information submitted by your credit card company directly to Fabletics. If you dispute any charges, you must inform Fabletics within thirty (30) days upon receipt of Fabletics' invoice. We reserve the right to change Fabletics prices, fees or the number of Member Credits required to purchase items. Your continued use of the Fabletics Services after the price change becomes effective constitutes your agreement to pay the changed amount.

**ACCOUNT CONFIDENTIALITY AND ACCESS** You are solely responsible for maintaining the

confidentiality of your Account, all activities occurring under your Account and all access to and use of the Fabletics Services by anyone using your Account, whether or not such activities and access are actually authorized by you, including but not limited to all communications, transactions and obligations. You agree to accept responsibility for all activities that occur under your account and password. Fabletics shall not be liable or responsible for any loss or damage arising from any unauthorized use, access or any other breach of security of your Account, including but not limited to your member sign-in password and email address. You acknowledge and accept that your use of the Fabletics Services is in compliance with these Terms of Service. You further acknowledge and accept that Fabletics shall have no obligation to investigate the authorization or source of any Account activity, including purchase activity following a proper log-in to this Site or any Services, which is defined as a matching and current member sign-in and user password. You shall notify Fabletics immediately of any unauthorized access to your Account or any other unauthorized use of any Fabletics Services.

You agree that Fabletics may, without prior notice, immediately terminate, limit your access to or suspend your Account based on any of the following: (a) breach or violation of these Terms of Service; (b) upon request by law enforcement; (c) unforeseeable technical or security issues or problems; (d) extended periods of inactivity; or (e) fraudulent, deceptive or illegal activity, or any other activity which Fabletics believes is harmful to its business interests; or (f) for no reason. You agree that any termination, limitation of access and/or suspension shall be made in the Fabletics' sole discretion and that Fabletics shall not be liable to you or any third party for the termination, limitation of access and/or suspension of your Account.

**PROHIBITED USES** Any and all Fabletics Services may be used only for lawful purposes and are available only for your personal, noncommercial use, which shall be limited to viewing this Site, using the Apps, purchasing products, providing information to Fabletics, and downloading product information for your personal review. You shall not use the Services to sell a product or service, increase traffic to your own website or a third-party website for commercial reasons or otherwise undertake any endeavor aimed at deriving revenue. You are responsible for your own communications, including the transmission, posting, and uploading of information and are responsible for the consequences of such communications. Fabletics specifically prohibits any use of the Fabletics Service, and requires all users to agree not to use the Fabletics Services, for any of the following:

• Posting any information which is incomplete, false, inaccurate or not your own;

• Creating multiple accounts for the same user;

• Accessing data not intended for you or logging on to a Fabletics server or account, which you are not authorized to access;

• Engaging in conduct that would constitute a criminal offense, giving rise to civil liability or otherwise violate any city, state, national or international law or regulation that would fail to comply with accepted Internet protocol;

• Communicating, transmitting, or posting material that is copyrighted or otherwise owned by a third party unless you are the copyright owner or have the permission of the owner to post it;

• Communicating, transmitting, or posting material that reveals trade secrets, unless you own them or have the permission of the owner;

• Communicating, transmitting, or posting material that infringes on any other intellectual property, privacy or publicity right of another;

• Communicating, transmitting, or transferring (by any means) information or software derived from the site to foreign countries or certain foreign nations in violation of any applicable export control laws;

• Attempting to interfere in any way with this Site's or the Apps' network security, or attempting to use this Site's or the Apps' service to gain unauthorized access to any other computer system;

• Communicating, transmitting, or posting material that is in violation of applicable laws or regulations;

• Attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization (or succeeding in such an attempt);

• Attempting to interfere or interfering with the operation of this Site, or the Apps, Fabletics' provision of services to any other visitors or users to this Site or the Apps, Fabletics hosting provider or networks, including, without limitation, via means of submitting a virus to this Site or the Apps, overloading, "flooding", "mailbombing" or "crashing" this Site or the Apps;

• Forging any TCP/IP packet header or any part of the header information in any e-mail or transmission or posting to this Site or the Apps.

**USER CONTENT** Any and all content, comments, feedback, advice, suggestions, ideas, concepts, photos, questions or other communications (collectively, "User Content") that you submit or post through any Fabletics Services shall be deemed non-confidential and non-proprietary. By submitting or posting any User Content, you grant to Fabletics and its affiliates a perpetual, irrevocable, royalty-free, worldwide, sublicensable and transferable license to copy, publish, translate, modify, create derivative works from, distribute, reproduce, display, or use the User Content in any commercial or non-commercial manner whatsoever. Fabletics will be free to use any ideas, concepts, know-how or techniques contained in such User Content for any purpose whatsoever, including but not limited to developing, manufacturing and marketing products that incorporate or otherwise rely upon such information. Fabletics shall have no obligation to monitor User Content, use or display User Content, compensate you for submitting User Content, or respond to any User Content. You are solely responsible for your use of any User Content you post, including the transmission, accuracy and completeness of the User Content. In addition, relying on any User Content by other users is at your own risk. To the extent permitted by applicable law, under no circumstances will Fabletics be responsible or liable for any loss or damage resulting from your reliance on information, advice or other User Content provided by any user of our Services. Fabletics retains the right, in its sole discretion and without prior notice, to remove, revise or refuse to post any User Content for any reason or no reason.

By connecting to Fabletics with a third-party service (e.g., Facebook or Twitter), you give us permission to access and use your information from that service as permitted by that service, and to store your log-in credentials for that service. For more information on the types of information we collect from these third-party services, please read our Privacy Policy.

If you utilize your Facebook account to access and use the social features available through the Fabletics Services, you can choose whether or not you wish to share content or information related to your Account on Facebook. You agree that Fabletics is not responsible for any content or information related to your Account once it is shared and posted on Facebook. If you use the Fabletics Services and its social features, you agree to respect other users of the Fabletics Services in your interactions with them. Fabletics reserves the right, in its absolute discretion, to disable your account if it believes that you are violating any term or condition set forth herein.

By submitting User Content, you represent and warrant that the User Content does not (i) contain false or misleading information, (ii) infringe on the intellectual property rights of any third party, (iii) contain any libelous, defamatory, obscene, offensive, threatening or otherwise harassing content, (iv) contain any addresses, email addresses, phone numbers or any contact information, or (v) contain computer viruses, worms or other harmful files. You are solely responsible for the User Content and you hereby agree to indemnify and hold Fabletics and its employees, agents and affiliates harmless from any and all damages, claims, expenses, costs or fees arising from or in connection with a breach of any of the foregoing representations or your violation of any law or rights of a third party.

**PRODUCT INFORMATION** Prices, descriptions and availability of products are subject to change without notice. Errors may be corrected when discovered, and Fabletics reserves the right to revoke any stated

offer in order to correct any errors or inaccuracies. Although Fabletics has made every effort to display our products and their colors as accurately as possible, the displayed colors of the products depend upon the monitor of the user, and Fabletics cannot guarantee that the user's monitor will accurately portray the actual colors of the products. Products displayed may be out-of-stock or discontinued, and prices are subject to change. Fabletics is not responsible for typographical errors regarding price or any other matter.

**PURCHASE CANCELLATIONS** All orders placed through any Fabletics Services are subject to Fabletics' acceptance. This means that Fabletics may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your credit card or payment method has already been charged for an order that is later cancelled, Fabletics will issue you a refund.

**INTELLECTUAL PROPERTY RIGHTS** All content, graphics, text, code and software used on or incorporated into this Site and/or any Fabletics Service, and the arrangement or integration of all such content, graphics, code and software, are subject to copyrights held by or licensed to Fabletics and all rights thereto are specifically reserved. As between you and Fabletics, (or any other company whose marks appear on any of the Fabletics Services), Fabletics (or the respective company) is the owner and/or authorized user of any registered or unregistered trademark, trade name and/or service mark appearing on any of the Fabletics Services, and is the copyright owner or licensee of the materials and content contained therein, unless otherwise indicated. The Fabletics logos, designs, titles, phrases, product names, photographs, images, videos and content and the copyrights, trademarks, service marks, trade dress and/or other intellectual property in such materials (collectively, " Intellectual Property") are owned by Fabletics and may be registered in the United States and internationally. You agree not to display or use the Fabletics Intellectual Property in any manner without Fabletics' prior written permission. Nothing contained on this Site or in any of the Fabletics Services should be construed to grant any license or right to use any Fabletics Intellectual Property without the prior written consent of Fabletics.

Except as otherwise provided herein, use of the Fabletics Services does not grant you a license to any materials, content or features you may access on this Site or via the Fabletics Services and you may not modify, rent, lease, loan, sell, distribute or create derivative works of such materials and content, features or materials, in whole or in part. Any commercial use of the Fabletics Services is strictly prohibited, except as otherwise approved by us. You may not download or save a copy of any of the materials and content or screens for any purpose except as otherwise provided by Fabletics. If you make use of the Fabletics Services, other than as provided herein, in doing so you may violate copyright and other laws of the United States and/or other countries, as well as applicable state laws, and you may be subject to liability for such unauthorized use. The information contained in the Fabletics Services including, without limitation, all site design, text, graphics, interfaces, and the selection and arrangements is protected by law including, but not limited to, copyright law.

**DISCLAIMER OF WARRANTIES; LIMITATION OF LIABILITY** Fabletics publishes information within the Fabletics Services as a convenience to its visitors. While Fabletics attempts to provide accurate and timely information, there may be inadvertent technical or factual inaccuracies and typographical errors. We reserve the right to make corrections and changes to the Fabletics Services at any time without notice. The Fabletics products described in the Fabletics Services may not be available in your region. Fabletics does not claim that the information on this Site or the Apps is appropriate to your jurisdiction or that the products described in the Fabletics Services will be available for purchase in all jurisdictions.

YOUR USE OF THE FABLETICS SERVICES ARE AT YOUR SOLE RISK. THE FABLETICS SERVICES AND THE PRODUCTS OFFERED THROUGH THE FABLETICS SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, FABLETICS DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

FABLETICS MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, THAT THE OPERATION OF THIS SITE OR ANY OF THE FABLETICS SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT ANY DEFECTS WILL BE CORRECTED, OR THAT THE SITE, APPS OR THE SERVER THAT MAKES THE SITE AND APPS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, OR AS TO THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, OR ANY OF THE FABLETICS SERVICES, IN TERMS OF THEIR CORRECTNESS, ACCURACY, ADEQUACY, USEFULNESS, TIMELINESS, RELIABILITY OR OTHERWISE, UNLESS OTHERWISE SPECIFIED IN WRITING.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH FABLETICS, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE AND CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION FOR ANY LOST PROFITS, DATA, OR USE EVEN IF FABLETICS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY INJURIES OR DAMAGES SUSTAINED FROM YOUR PHYSICAL ACTIVITIES, EVEN IF CAUSED IN WHOLE OR PART BY THE ACTION, INACTION OR NEGLIGENCE OF FABLETICS OR OTHERS.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE, THE APPS OR THE FABLETICS SERVICES ISSUED AGAINST YOU BY THIRD PARTY FINANICAL INSTITUTIONS SUCH AS BANKS OR CREDIT CARD COMPANIES. FABLETICS SHALL NOT BE LIABLE FOR ANY OVERDRAFT, LATE OR ANY OTHER CHARGES ISSUED AGAINST YOU BY A BANK OR CREDIT CARD.

CERTAIN STATE LAWS MAY NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU AND YOU MAY HAVE ADDITIONAL RIGHTS.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE FABLETICS SERVICES, OR WITH ANY OF THESE TERMS OF SERVICE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USE OF THE FABLETICS SERVICES. IF A PRODUCT OFFERED THROUGH THE FABLETICS SERVICES IS NOT AS DESCRIBED, YOUR SOLE REMEDY IS TO RETURN IT IN ACCORDANCE WITH THE RETURN POLICY SET FORTH IN DETAIL IN THESE TERMS OF SERVICE.

Fabletics makes no warranties of any kind regarding any third party sites to which you may be directed or hyperlinked from the Fabletics Services. Hyperlinks are included solely for your convenience, and Fabletics makes no representations or warranties with regard to the accuracy, availability, suitability or safety of information provided in such third party sites. Fabletics does not endorse, warrant or guarantee any products or services offered or provided by or on behalf of third parties through the Fabletics Services.

**INDEMNITY AND RELEASE** You agree to indemnify and hold Fabletics and its parent, subsidiaries, affiliates, officers, agents and employees harmless from any and all liabilities, claims, demands, actions, suits, losses, obligations, judgments, proceedings, damages, expenses and costs (including reasonable attorneys' fees), based upon, arising from or related to (a) information or content submitted, transmitted or otherwise made available on or through the Fabletics Services by you or any other person accessing the Fabletics Services using your Account; (b) the use of, or connection to, the Fabletics Services by you or any other person accessing this Site or the Apps using your Account (including negligent or wrongful conduct); including any exercise activities provided by personal trainers or interaction with any users of

the Service or (c) your breach or attempted breach of these Terms of Service.

**DISPUTES AND DISPUTE RESOLUTION** <u>GOVERNING LAW</u> Use of the Fabletics Services, membership in the Fabletics VIP Membership Program, any purchases made through the Fabletics Services, and any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics Services, Fabletics VIP Membership Program and/or your Account, or products purchased through the Fabletics Services shall be governed by the laws of your home state of residence without respect to its choice (or conflict) of laws rules.

Any claim or cause of action you may have with respect to Fabletics or the Fabletics Services must be commenced within one (1) year after the claim or cause of action arose.

<u>CLASS ACTION WAIVER</u> Both you and Fabletics waive the right to bring any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics VIP Membership Program and/or your Account, or products purchased through the Fabletics Services as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any such claim brought by anyone else. (This waiver, and the similar waiver specified for arbitration proceedings, are generally referred to herein as "the class action waiver.")

<u>FORUM SELECTION/JURISDICTION</u> Jurisdiction and venue for any dispute shall be in Los Angeles, California. Each party submits to personal jurisdiction and venue in that forum for any and all purposes.

<u>AGREEMENT TO PRE-ARBITRATION NOTIFICATION</u> These Terms of Service provide for final, binding arbitration of all disputed claims (discussed immediately below). Fabletics and you agree, however, that it would be advantageous to discuss and hopefully resolve any disputes before arbitration proceedings or any other proceedings authorized herein are initiated. In the event of a dispute, the claimant whether you or Fabletics shall send a letter to the other side briefly summarizing the claim and the request for relief. If Fabletics is the claimant, the letter shall be sent, via email, to the email account listed in your Account. If you are the claimant, the letter shall be sent to Fabletics, LLC, Attn: General Counsel, 800 Apollo Street, El Segundo, California 90245. If the dispute is not resolved within 60 days after the letter is sent, the claimant may proceed to initiate arbitration proceedings or any other proceedings authorized herein.

<u>AGREEMENT TO ARBITRATE CLAIMS</u> Except to the limited extent noted below, use of the Fabletics Services, membership in the Fabletics VIP Membership Program, any purchases made through the Fabletics Services, and any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics VIP Membership Program, or products purchased through the Fabletics Services shall be resolved by final and binding arbitration between you and Fabletics.

The arbitration shall take place in Los Angeles County, California in accordance with the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures of the American Arbitration Association. Unless either party or the arbitrator requests a hearing, the parties will submit their arguments and evidence to the arbitrator in writing. The arbitrator will make an award based only on the documents. This is called a Desk Arbitration. If any party makes a written request for a hearing within ten days after the American Arbitration Association acknowledges receipt of a claimant's demand for arbitration (or the arbitrator requests a hearing), the parties shall participate in a telephone hearing. In no event shall the parties be required to travel to Los Angeles to participate in the arbitration.

If you decide to commence arbitration, the provider will require to you to pay a filing fee (which currently is $125 for claims under $10,000). If your filing fee is more than $125, Fabletics will reimburse you for any excess fee promptly after it receives notice of your arbitration. If the arbitrator ultimately rules in your favor, Fabletics will also reimburse you for the $125 base filing fee.

If the arbitrator rules in your favor in any respect on the merits of your claim and issues you an award that

is greater than the value of Fabletics' last written settlement offer made before an arbitrator was selected (or greater than zero if no offer was made), then Fabletics will pay you the amount of the award or $350, whichever is greater (in addition to reimbursing you for the base filing fee).

This arbitration agreement is subject to the Federal Arbitration Act and is enforceable pursuant to its terms on a self-executing basis. Either party may seek enforcement of this provision in any court of competent jurisdiction.

The arbitrator shall determine any and all challenges to the arbitrability of a claim. The arbitral award shall be judicially enforceable. Any court of competent jurisdiction may, and upon request shall, enter judgment on the arbitral award. Either party may seek confirmation (judgment on the award) and/or enforcement in any court of competent jurisdiction.

Notwithstanding any provision in the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures to the contrary, and with the exception of Desk Arbitrations, the Federal Rules of Evidence shall govern the admissibility of evidence in any arbitral proceeding.

Both you and Fabletics waive the right to bring any claim covered by this dispute resolution provision as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any claim covered by this dispute resolution provision brought by anyone else.

Notwithstanding any provision in the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures to the contrary, the arbitrator shall not have the authority or any jurisdiction to hear the arbitration as a class, consolidated, representative, or private attorney general action or to consolidate, join, or otherwise combine the claims of different persons into one proceeding.

If a proposed class, consolidated, representative, collective, or private attorney general action arbitration is initiated notwithstanding the above prohibition and it is finally determined by the arbitrator (or a court of competent jurisdiction) that the waiver specified herein is not enforceable, then the arbitration proceedings shall be bifurcated as follows and notwithstanding any provision in the Commercial Arbitration Rules and the Consumer-Related Disputes Supplementary Procedures to the contrary: 1. The issue of arbitrability shall be determined by the Arbitrator pursuant to the applicable rules and substantive law. 2. Assuming the Arbitrator concludes that the arbitration may proceed, said arbitration shall be stayed, and the issue of whether to certify any alleged or putative class for a class action (or other representative) proceeding shall be presented to and decided by a court of competent jurisdiction. The arbitrator shall not have authority or jurisdiction to decide class certification (or any similar representative action) issues. The decision to certify or not certify a class action (or to otherwise permit the action to proceed on a representative basis) shall be appealable in the judicial proceedings consistent with the rules and law governing the appeals of interlocutory decisions or class certification (or similar) rulings specifically, if appropriate. 3. Once any issues regarding class certification (and/or similar representative requirements) have been finally decided by the court, the arbitrator will have authority to decide the substantive claims on an individual or a class (or other representative) basis, as may be determined and directed by the court.

**APPEAL RIGHTS** The arbitrator(s) shall not have the power to commit errors of law or legal reasoning, make clearly erroneous factual findings, or abuse his or her discretion, and the award may be vacated or corrected on appeal to a court of competent jurisdiction for any such error.

**OPTING-OUT OF DISPUTE RESOLUTION PROCEDURE AND CLASS ACTION WAIVER** You may elect to opt out (exclude yourself) from the final, binding arbitration procedure and the class action waiver specified in these Terms of Service by doing the following: within 15 days of setting up your Account, you must send a letter to Fabletics, LLC., c/o Legal Department, 800 Apollo Street, El Segundo, California 90245 that specifies (1) your name, (2) your account number or account member name, (3) your mailing address, and (4) your request to be excluded from the final, binding arbitration procedure and class action waiver specified in these Terms of Service. All other Terms shall continue to apply to your Account,

including the requirement to participate in pre-dispute mediation. Notwithstanding any provision in these Terms of Service to the contrary, we agree that, if Fabletics makes any future change to the dispute resolution procedure and class action waiver provisions (other than a change to Fabletics' address), you may reject any such change by sending a letter to Fabletics within 15 days of the change to the address provided above. By rejecting any future change, you are agreeing that you will arbitrate any dispute between us in accordance with the language of this provision. Your letter must be postmarked by the applicable 15-day deadline to be effective. You are not required to send the letter by confirmed mail or return receipt requested, but it is recommended that you do so. Your request to be excluded will only be effective and enforceable if you can prove that the request was postmarked within the applicable 15-day deadline.

**NOTICE FOR CALIFORNIA USERS** Under California Civil Code sections 1798.83-1798.84, California residents are entitled to ask us for a notice describing what categories of personal customer information Fabletics shares with third parties or corporate affiliates for those third parties or corporate affiliates' direct marketing purposes. That notice will identify the categories of information shared and will include a list of the third parties and affiliates with which it was shared, along with their names and addresses. If you are a California resident and would like a copy of this notice, please submit a written request to the following address: General Counsel, 800 Apollo Street, El Segundo, CA, 90245. In your request, please specify that you want a "Your Fabletics California Privacy Rights Notice". Please allow 30 days for a response.

**GENERAL INFORMATION** These Terms of Service constitute the entire agreement between you and Fabletics and govern your use of the Fabletics Services, and they supersede any prior agreements between you and Fabletics. You also may be subject to additional terms and conditions that are applicable to certain parts of the Fabletics Services. Fabletics may terminate this Agreement and deny you access to the Fabletics Services at any time, immediately and without notice, if in Fabletics' sole discretion you fail to comply with any provision of these Terms of Service.

You agree that no joint venture, partnership, employment, or agency relationship exists between Fabletics and you as a result of this Agreement or your use of the Fabletics Services.

The failure of Fabletics to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision. The invalidity of any term, condition or provision in these Terms of Service shall not affect the enforceability of those portions of the Terms deemed enforceable by applicable courts of law.

You may not assign the Terms or any of your rights or obligations under the Terms without Fabletics' express written consent. The Terms inure to the benefit of Fabletics' successors, assigns and licensees. The section titles in these Terms of Service are for convenience only and have no legal or contractual effect.

Updated: December 1, 2020

# EXHIBIT D

# FABLETICS TERMS OF SERVICE, USE AND PURCHASE

Welcome to Fabletics! This website located at www.fabletics.com (this "Site") is owned and operated by Fabletics, LLC, a subsidiary of Fabletics, Inc. (the "Company") (collectively with the Company, "Fabletics"). Fabletics provides website features and other products and services to you when you visit, shop or purchase items from this Site, access this Site from your mobile devices, or use software provided by Fabletics in connection with any of the foregoing (collectively, "Fabletics Services"). Fabletics provides its products and services subject to these Terms of Service.

**By using the Fabletics Services, you agree to these conditions. Please read them carefully. These Terms of Service include a mutual arbitration agreement, class action waiver, and limitations on liability.**

By accessing or using this Site, mobile application or other Fabletics product or service on any computer, mobile phone, tablet, console or other device (collectively, "Device"), you acknowledge and agree that you have read, understand and agree to be bound by these Terms of Service and any other applicable law, whether or not you are a registered member of Fabletics. You must be at least 18 years old to use this Site or Services. Fabletics may change these Terms of Service at any time without notice. When we make changes, we will post them here. Your continued use of the Fabletics Services or enrollment as a Fabletics VIP Member shall be considered your acceptance to the revised Terms of Service. If you do not agree to these Terms of Service, please do not use this Site or any Fabletics Services and immediately cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or visiting us online to cancel.

## ELECTRONIC COMMUNICATIONS

When you use any Fabletics Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this Site or through the other Fabletics Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## SMS MESSAGING

When you provide your phone number and opt-in to Fabletics' text message marketing program (the "Messaging Service"), you agree to receive recurring automated promotional and personalized marketing text (e.g., SMS and MMS) messages (e.g., cart reminders) from Fabletics, including text messages that may be sent using an automatic telephone dialing system, to the mobile telephone number you provided when signing up or any other number that you designate. Consent to receive automated marketing text messages is not a condition of any purchase. Reply HELP for help and STOP to cancel. Message & Data rates may apply.

Message frequency will vary. Fabletics reserves the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. Fabletics also reserves the right to change the short code or phone number from which messages are sent and we will notify you when we do so.

Not all mobile devices or handsets may be supported and our messages may not be deliverable in all areas. Fabletics, its service providers and the mobile carriers supported by the program are not liable for delayed or undelivered messages.

We are able to deliver messages to the following mobile phone carriers: Major carriers: AT&T, Verizon Wireless, Sprint, T-Mobile, MetroPCS, U.S. Cellular, Alltel, Boost Mobile, Nextel, and Virgin Mobile. Minorcarriers: 1stPoint Communications, Aerialink, Alaska Communications Systems (ACS), Appalachian Wireless (EKN), Arctic Slope Telephone Cooperative Association, ATNI (Commnet/Choice Wireless),

Bandwidth (Republic Wireless), Bell Mobility, Bluegrass Cellular, BreakAway Wireless, BrightlinkIP, Cambridge Telephone Company, Carolina West Wireless, Cellcom, Cellone Nation, Cellular One of East Central IL (ECIT), Cellular One of Northeast Arizona, Cellular One of Northeast Pennsylvania, Chariton Valley, Cincinnati Bell Wireless, Claro (Puerto Rico), Cooper Valley, Coral Wireless (Mobi PCS), Cordova Wireless, COX, Cricket Wireless, Cross, C-Spire, Custer Tel, Digital Communications Consulting (DCC/OTZ Telecommunications), Duet, Element Mobile (Flat Wireless), Enflick (TextNow), Epic Touch (Elkhart Telephone), Fido Mobile, Fizz Mobile, Freedom Mobile, GCI, Golden State, Google Voice, GTA, Hawkeye (Chat Mobility), Hawkeye (NW Missouri), Illinois Valley Cellular, Indigo Wireless, Inland Cellular,Inteliquent (Layered/Onvoy/UNREAL/FreedomPop), iWireless (Iowa Wireless), James Valley, Keystone Wireless (Immix Wireless/PC Man), Mosaic (Consolidated or CTC Telecom), MTPCS, NE Colorado, Nemont CDMA (Sagebrush Cellular), Nemont UMTS, Nex-Tech Wireless, NTelos, Nucla-Naturita Tel, Open Mobile (Puerto Rico), Orange, Panhandle Communications, Peerless Networks, Pine Cellular, Pinger (Textfree), Pioneer, Plateau (Texas RSA 3 Ltd), Plivo, PTCI (Panhandle Telephone Coop.), PTI Pacifica (IT&E), Revol, RINA, Rogers Wireless, Sasktel, Simmetry (TMP Corporation), Shelcomm, Silver Star Communications, Snake River PCS (Eagle Tel), SouthernLINC, Standing Rock, Strata Networks, Telnyx, Telus Mobiity, TextMe, Thumb Cellular, Triangle Wireless, Trilogy, Truphone, TSG Global (Flextalk), Tychron, Union Wireless, United Wireless, Viaero Wireless, Videotron Mobile, Viva, Viya, Washington RSA No. 8, West Central (WCC or 5 Star Wireless), and Zipwhip.

Text the keyword STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode to cancel. After texting STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode you will receive one additional message confirming that your request has been processed. You acknowledge that our text message platform may not recognize and respond to unsubscribe requests that do not include the STOP, END, CANCEL, UNSUBSCRIBE or QUIT keyword commands and agree that Fabletics and its service providers will have no liability for failing to honor such requests. If you unsubscribe from one of our text message programs, you may continue to receive text messages from Fabletics through any other programs you have joined until you separately unsubscribe from those programs. Text the keyword HELP to our shortcode to return customer care contact information. If you are experiencing any problems with the Messaging Service, you may call us at 1-844-322-5384 or contact us through live chat available 9am - 9pm (EST), 7 days a week.

## FABLETICS MEMBERSHIP

Fabletics provides a monthly membership program that provides you access to the latest athletic wear trends and many other perks. To get started, simply take our Lifestyle Quiz. Next, you must register and create a member account through this Site ("Account"). After you have successfully created an Account, you will have the option to select your favorite item(s) from the 'My Outfits' section of your Account ("Outfits"). There is no registration fee and no obligation to purchase. Our Fabletics style experts will continue to determine which athletic wear outfits best match your workouts and style. If you choose to create an Account, you agree to provide and maintain true, accurate, current and complete information about yourself as prompted by the Fabletics registration form. Registration data and certain other information about you are governed by our Privacy Policy.

## VIP MEMBERSHIP PROGRAM

Fabletics offers members the opportunity to participate in its monthly membership program (the "VIP Membership Program"). To become a Fabletics VIP Member, you must checkout as a VIP member when making a Fabletics purchase on this Site or through an applicable Service. As a Fabletics VIP Member, our experts will send you a customized selection of Fabletics products on the 1st day of every month. You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience. As a valued Fabletics VIP Member, you will enjoy numerous perks and benefits such as exclusive VIP Member-only pricing, dedicated promotions, access to the Fabletics FIT app, free shipping on orders over $49.95, free returns and exchanges within 45 days and access to VIP events and parties. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or by using live chat or online cancel options in your Account.

## HOW VIP MEMBERSHIP WORKS

Upon enrollment in the VIP Membership Program, you will receive new monthly customized selections of merchandise on the first (1st) day of every month. You must log into your account and select the 'Skip the Month' option between the 1st and the 5th of each month. If you do not 'Skip the Month' between the 1st and the 5th of the month your credit card or payment method will be charged an automatic monthly membership fee of $49.95 on the 6th (until you cancel) for enhanced monthly benefits, including a promotional member credit. All promotional member credits will expire 12 months after the date of issuance. Promotional membership credits are non-transferable and cannot be redeemed for cash or store credit. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384), or online, using live chat or visiting your Account page.

Each Fabletics promotional member credit will be applied to your Account and can be redeemed for any individual item or two-piece outfits up to $80. These outfits and items may be valued below or above $49.95. You may 'Skip' as many months as you like, there is no obligation to buy. Even if you decide to 'Skip' any month, you may return to your Account at any time to make a purchase. If you 'Skip' any month, you will not have access to certain exclusive benefits for the remainder of that month, including access to select styles, promotions and product pricing.

You may cancel your Fabletics VIP Membership Account at any time. If you wish to cancel your Account, simply call our Fashion Consultants at 1-844-Fabletics (1-844-322-5384), 7 days a week. You may also cancel your VIP Membership Account online by contacting us via online live chat or visiting your Account page. There is no cancellation fee. Any remaining promotional member credits on your Account will expire 12 months after the date on which they were issued. You may use any remaining unexpired promotional member credits after cancellation for any individual item or two-piece outfits up to $80, but you will no longer have access to discounted VIP member only pricing for any items purchased without a promotional member credit. Please be advised that your Account may only be canceled by the registered Fabletics VIP Member or the holder of the valid credit card or payment method on file related to your Account.

### VIP MEMBER PERKS - VIP PRICING

As a Fabletics VIP Member, you have access to perks such as 20 to 50% off retail pricing on almost all items, free shipping on orders over $49.95, access to the Fabletics FIT app (a $14.95 monthly value), free returns and exchanges within 45 days, access to VIP events and parties, a free magazine subscription with purchase over $60, and loyalty points on all orders.

The monthly $49.95 membership fee charge also unlocks additional membership perks and benefits. The membership charge grants you access to an exclusive section of the Fabletics website with exclusive product offerings, a special dedicated customer service line and support, special promotions and sales, and a promotional credit that can be redeemed for any individual item or outfit up to $80. Free shipping also applies to any purchases made with promotional credits. Additional membership benefits related to the monthly membership charge coming soon!

You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience.

### MOBILE APPLICATIONS

With your Fabletics VIP Membership, you may access the Fabletics Fitness App available at the Apple App Store. Access to the Fabletics Fitness App is contingent on maintaining an active VIP Membership. If you cancel your VIP Membership or your VIP Membership is terminated for any reason, you will no longer be able to use the services offered on the Apps. To use or access the Services through the Fabletics Fitness App, you will need a supported mobile device with adequate software. Fabletics cannot guarantee the Fabletics Fitness App will be compatible with, or available on, your device. It is your responsibility to ensure your mobile device's functionality. Further, your mobile phone company's normal messaging,

data, and other rates and fees will still apply and you shall be responsible for any such charges. Please check with your Internet or mobile phone provider for information on possible data usage charges.

By downloading or using the Fabletics Fitness App, you expressly agree we may communicate with you regarding transactions you have initiated on the Services or respond to your communications to us through the Services by SMS, MMS, text message or other electronic means directed to your device and that certain information about your usage of the Fabletics Fitness App may be communicated to us automatically from your device. Fabletics will not send you direct marketing messages without your prior express consent and you can opt out of receiving any marketing messages at any time. In addition, Fabletics may require you to accept updates to the Fabletics Fitness App that you have installed on your mobile device. You acknowledge and agree that Fabletics may update the Apps and the Services without notification to you.

Fabletics hereby grants you a limited, personal, non-exclusive, non-transferable, non-sublicensable, revocable license to: (1) access and use the Fabletics Services and related content; (2) access and use the software and the Fabletics Fitness App downloaded directly from a legitimate marketplace solely for your personal use for lawful purposes. With respect to any open source code or software that may be incorporated in the Fabletics Fitness App, your license shall be subject to such open source or third-party license, if any, authorizing use of such code.

## APP STORE

The following terms apply to the third-party platform from which you accessed or downloaded the Fabletics Fitness App, e.g., the Apple App Store ("App Store"). You acknowledge that this Agreement is between you and Fabletics and not with the App Store. Fabletics, not the App Store, is solely responsible for the Services, the content thereof, maintenance, support services, and warranty therefor, and addressing any claims relating thereto.

## NOT MEDICAL ADVICE

You expressly acknowledge and agree that Fabletics is not providing medical advice via the Services. All content provided through the Services, whether provided by Fabletics or third parties including from any personal trainers, shall not be used as a substitute for professional medical consultation, advice, diagnosis or treatment from a physician or other healthcare professional. You should consult with your physician or other healthcare professional before engaging in any physical activity, exercise program or making any dietary changes. If you have any concerns or questions about your health, you should always consult with a physician or other healthcare professional.

To the extent permitted by applicable law, Fabletics is not responsible for any health problems, injuries or damages that may result from your use of, or inability to use, the Fabletics Services, which includes but is not limited to, any training programs, activities, dietary recommendations, consultations, products, events or other information you learn through the Fabletics Services. Do not ignore or delay in obtaining professional medical advice or treatment because of information accessed through the Site, the Fabletics Fitness App or Services. If think you are experiencing a medical emergency, stop using the Fabletics Service and immediately contact a medical professional or your local emergency services.

You expressly acknowledge and agree that the exercise activities offered through the Services carry certain inherent and significant risks of property damage, bodily injury, or death. If you engage in any exercise programs or physical activity through the Fabletics Services, you agree that you do so at your own risk and that you voluntarily assume all known and unknown risks associated with these activities, even if caused in whole or part by the action, inaction, or negligence of Fabletics or by the action, inaction, or negligence of others. Fabletics assumes no responsibility for any act, omission, activity, product or service of any personal trainer featured through the Services. Fabletics does not guarantee any results in connection with the Services.

## RISK OF LOSS/TITLE

The risk of loss and title for products purchased on the Site or through the Fabletics Services passes to the purchaser upon our delivery to the carrier. Replacement of products and credits to your account for shipped merchandise claimed as not received are subject to our investigation. We will adjust your account at our discretion. Fabletics does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Fabletics does not take title to the refunded item. Certain products may be shipped from Mexico, and for such goods consumers consent to and authorize G-Broker, Inc., as the US customs broker and G-Broker, Inc., shall act as the consumers agent to transact business with U.S. Customs and Border Protection agency to clear merchandise and account for applicable duties and taxes.

## SALES & USE TAXES

Fabletics is not required by law to collect sales and/or use taxes in all states. However, Fabletics reserves the right to collect sales tax in any jurisdictions if it believes that such collection is required by law. Fabletics also reserves the right to collect fees associated with tariff taxes and surcharges.

For states imposing sales or use taxes, your purchase may be subject to use tax unless it is specifically exempt from taxation. Your purchase is not exempt merely because it is made over the Internet or by other remote means. Many states require purchasers to file a sales/use tax return at the end of the year reporting all of the taxable purchases that were not taxed and to pay tax on those purchases. You may have a tax obligation in states where Fabletics does not collect sales tax. Details of how to report these taxes may be found at the websites of your respective taxing authorities.

## PAYMENT INFORMATION

To make purchases through the Fabletics Services or to become a Fabletics VIP you must submit credit card information or another valid payment method that is acceptable to Fabletics. You represent and warrant to Fabletics that such information is true and that you are authorized to use the payment instrument. You will promptly update your Account information with any changes (for example, a change in your billing address or credit card expiration date) that may occur. You authorize Fabletics to use any updated credit card information submitted by your credit card company directly to Fabletics. If you dispute any charges, you must inform Fabletics within thirty (30) days upon receipt of Fabletics' invoice. We reserve the right to change Fabletics prices, fees or the number of Member Credits required to purchase items. Your continued use of the Fabletics Services after the price change becomes effective constitutes your agreement to pay the changed amount.

## ACCOUNT CONFIDENTIALITY AND ACCESS

You are solely responsible for maintaining the confidentiality of your Account, all activities occurring under your Account and all access to and use of the Fabletics Services by anyone using your Account, whether or not such activities and access are actually authorized by you, including but not limited to all communications, transactions and obligations. You agree to accept responsibility for all activities that occur under your account and password. Fabletics shall not be liable or responsible for any loss or damage arising from any unauthorized use, access or any other breach of security of your Account, including but not limited to your member sign-in password and email address. You acknowledge and accept that your use of the Fabletics Services is in compliance with these Terms of Service. You further acknowledge and accept that Fabletics shall have no obligation to investigate the authorization or source of any Account activity, including purchase activity following a proper log-in to this Site or any Services, which is defined as a matching and current member sign-in and user password. You shall notify Fabletics immediately of any unauthorized access to your Account or any other unauthorized use of any Fabletics Services.

You agree that Fabletics may, without prior notice, immediately terminate, limit your access to or suspend your Account based on any of the following: (a) breach or violation of these Terms of Service; (b) upon

request by law enforcement; (c) unforeseeable technical or security issues or problems; (d) extended periods of inactivity; or (e) fraudulent, deceptive or illegal activity, or any other activity which Fabletics believes is harmful to its business interests; or (f) for no reason. You agree that any termination, limitation of access and/or suspension shall be made in the Fabletics' sole discretion and that Fabletics shall not be liable to you or any third party for the termination, limitation of access and/or suspension of your Account.

## PROHIBITED USES

Any and all Fabletics Services may be used only for lawful purposes and are available only for your personal, noncommercial use, which shall be limited to viewing this Site, using the Apps, purchasing products, providing information to Fabletics, and downloading product information for your personal review. You shall not use the Services to sell a product or service, increase traffic to your own website or a third-party website for commercial reasons or otherwise undertake any endeavor aimed at deriving revenue. You are responsible for your own communications, including the transmission, posting, and uploading of information and are responsible for the consequences of such communications. Fabletics specifically prohibits any use of the Fabletics Service, and requires all users to agree not to use the Fabletics Services, for any of the following:

• Posting any information which is incomplete, false, inaccurate or not your own;

• Creating multiple accounts for the same user;

• Accessing data not intended for you or logging on to a Fabletics server or account, which you are not authorized to access;

• Engaging in conduct that would constitute a criminal offense, giving rise to civil liability or otherwise violate any city, state, national or international law or regulation that would fail to comply with accepted Internet protocol;

• Communicating, transmitting, or posting material that is copyrighted or otherwise owned by a third party unless you are the copyright owner or have the permission of the owner to post it;

• Communicating, transmitting, or posting material that reveals trade secrets, unless you own them or have the permission of the owner;

• Communicating, transmitting, or posting material that infringes on any other intellectual property, privacy or publicity right of another;

• Communicating, transmitting, or transferring (by any means) information or software derived from the site to foreign countries or certain foreign nations in violation of any applicable export control laws;

• Attempting to interfere in any way with this Site's or the Apps' network security, or attempting to use this Site's or the Apps' service to gain unauthorized access to any other computer system;

• Communicating, transmitting, or posting material that is in violation of applicable laws or regulations;

• Attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization (or succeeding in such an attempt);

• Attempting to interfere or interfering with the operation of this Site, or the Apps, Fabletics' provision of services to any other visitors or users to this Site or the Apps, Fabletics hosting provider or networks, including, without limitation, via means of submitting a virus to this Site or the Apps, overloading, "flooding", "mailbombing" or "crashing" this Site or the Apps;

• Forging any TCP/IP packet header or any part of the header information in any e-mail or transmission or posting to this Site or the Apps.

## USER CONTENT

Any and all content, comments, feedback, advice, suggestions, ideas, concepts, photos, questions or other communications (collectively, "User Content") that you submit or post through any Fabletics Services shall be deemed non-confidential and non-proprietary. By submitting or posting any User Content, you grant to Fabletics and its affiliates a perpetual, irrevocable, royalty-free, worldwide, sublicensable and transferable license to copy, publish, translate, modify, create derivative works from, distribute, reproduce, display, or use the User Content in any commercial or non-commercial manner whatsoever. Fabletics will be free to use any ideas, concepts, know-how or techniques contained in such User Content for any purpose whatsoever, including but not limited to developing, manufacturing and marketing products that incorporate or otherwise rely upon such information. Fabletics shall have no obligation to monitor User Content, use or display User Content, compensate you for submitting User Content, or respond to any User Content. You are solely responsible for your use of any User Content you post, including the transmission, accuracy and completeness of the User Content. In addition, relying on any User Content by other users is at your own risk. To the extent permitted by applicable law, under no circumstances will Fabletics be responsible or liable for any loss or damage resulting from your reliance on information, advice or other User Content provided by any user of our Services. Fabletics retains the right, in its sole discretion and without prior notice, to remove, revise or refuse to post any User Content for any reason or no reason.

By connecting to Fabletics with a third-party service (e.g., Facebook or Twitter), you give us permission to access and use your information from that service as permitted by that service, and to store your log-in credentials for that service. For more information on the types of information we collect from these third-party services, please read our Privacy Policy.

If you utilize your Facebook account to access and use the social features available through the Fabletics Services, you can choose whether or not you wish to share content or information related to your Account on Facebook. You agree that Fabletics is not responsible for any content or information related to your Account once it is shared and posted on Facebook. If you use the Fabletics Services and its social features, you agree to respect other users of the Fabletics Services in your interactions with them. Fabletics reserves the right, in its absolute discretion, to disable your account if it believes that you are violating any term or condition set forth herein.

By submitting User Content, you represent and warrant that the User Content does not (i) contain false or misleading information, (ii) infringe on the intellectual property rights of any third party, (iii) contain any libelous, defamatory, obscene, offensive, threatening or otherwise harassing content, (iv) contain any addresses, email addresses, phone numbers or any contact information, or (v) contain computer viruses, worms or other harmful files. You are solely responsible for the User Content and you hereby agree to indemnify and hold Fabletics and its employees, agents and affiliates harmless from any and all damages, claims, expenses, costs or fees arising from or in connection with a breach of any of the foregoing representations or your violation of any law or rights of a third party.

## PRODUCT INFORMATION

Prices, descriptions and availability of products are subject to change without notice. Errors may be corrected when discovered, and Fabletics reserves the right to revoke any stated offer in order to correct any errors or inaccuracies. Although Fabletics has made every effort to display our products and their colors as accurately as possible, the displayed colors of the products depend upon the monitor of the user, and Fabletics cannot guarantee that the user's monitor will accurately portray the actual colors of the products. Products displayed may be out-of-stock or discontinued, and prices are subject to change. Fabletics is not responsible for typographical errors regarding price or any other matter.

## PURCHASE CANCELLATIONS

All orders placed through any Fabletics Services are subject to Fabletics' acceptance. This means that

Fabletics may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your credit card or payment method has already been charged for an order that is later cancelled, Fabletics will issue you a refund.

## INTELLECTUAL PROPERTY RIGHTS

All content, graphics, text, code and software used on or incorporated into this Site and/or any Fabletics Service, and the arrangement or integration of all such content, graphics, code and software, are subject to copyrights held by or licensed to Fabletics and all rights thereto are specifically reserved. As between you and Fabletics, (or any other company whose marks appear on any of the Fabletics Services), Fabletics (or the respective company) is the owner and/or authorized user of any registered or unregistered trademark, trade name and/or service mark appearing on any of the Fabletics Services, and is the copyright owner or licensee of the materials and content contained therein, unless otherwise indicated. The Fabletics logos, designs, titles, phrases, product names, photographs, images, videos and content and the copyrights, trademarks, service marks, trade dress and/or other intellectual property in such materials (collectively, " Intellectual Property") are owned by Fabletics and may be registered in the United States and internationally. You agree not to display or use the Fabletics Intellectual Property in any manner without Fabletics' prior written permission. Nothing contained on this Site or in any of the Fabletics Services should be construed to grant any license or right to use any Fabletics Intellectual Property without the prior written consent of Fabletics.

Except as otherwise provided herein, use of the Fabletics Services does not grant you a license to any materials, content or features you may access on this Site or via the Fabletics Services and you may not modify, rent, lease, loan, sell, distribute or create derivative works of such materials and content, features or materials, in whole or in part. Any commercial use of the Fabletics Services is strictly prohibited, except as otherwise approved by us. You may not download or save a copy of any of the materials and content or screens for any purpose except as otherwise provided by Fabletics. If you make use of the Fabletics Services, other than as provided herein, in doing so you may violate copyright and other laws of the United States and/or other countries, as well as applicable state laws, and you may be subject to liability for such unauthorized use. The information contained in the Fabletics Services including, without limitation, all site design, text, graphics, interfaces, and the selection and arrangements is protected by law including, but not limited to, copyright law.

## DISCLAIMER OF WARRANTIES; LIMITATION OF LIABILITY

Fabletics publishes information within the Fabletics Services as a convenience to its visitors. While Fabletics attempts to provide accurate and timely information, there may be inadvertent technical or factual inaccuracies and typographical errors. We reserve the right to make corrections and changes to the Fabletics Services at any time without notice. The Fabletics products described in the Fabletics Services may not be available in your region. Fabletics does not claim that the information on this Site or the Apps is appropriate to your jurisdiction or that the products described in the Fabletics Services will be available for purchase in all jurisdictions.

YOUR USE OF THE FABLETICS SERVICES ARE AT YOUR SOLE RISK. THE FABLETICS SERVICES AND THE PRODUCTS OFFERED THROUGH THE FABLETICS SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, FABLETICS DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

FABLETICS MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, THAT THE OPERATION OF THIS SITE OR ANY OF THE FABLETICS SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT ANY DEFECTS WILL BE CORRECTED, OR THAT THE SITE, APPS OR THE SERVER THAT MAKES THE SITE AND APPS AVAILABLE ARE FREE OF

VIRUSES OR OTHER HARMFUL COMPONENTS, OR AS TO THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, OR ANY OF THE FABLETICS SERVICES, IN TERMS OF THEIR CORRECTNESS, ACCURACY, ADEQUACY, USEFULNESS, TIMELINESS, RELIABILITY OR OTHERWISE, UNLESS OTHERWISE SPECIFIED IN WRITING.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH FABLETICS, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE AND CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION FOR ANY LOST PROFITS, DATA, OR USE EVEN IF FABLETICS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY INJURIES OR DAMAGES SUSTAINED FROM YOUR PHYSICAL ACTIVITIES, EVEN IF CAUSED IN WHOLE OR PART BY THE ACTION, INACTION OR NEGLIGENCE OF FABLETICS OR OTHERS.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE, THE APPS OR THE FABLETICS SERVICES ISSUED AGAINST YOU BY THIRD PARTY FINANICAL INSTITUTIONS SUCH AS BANKS OR CREDIT CARD COMPANIES. FABLETICS SHALL NOT BE LIABLE FOR ANY OVERDRAFT, LATE OR ANY OTHER CHARGES ISSUED AGAINST YOU BY A BANK OR CREDIT CARD.

CERTAIN STATE LAWS MAY NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU AND YOU MAY HAVE ADDITIONAL RIGHTS.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE FABLETICS SERVICES, OR WITH ANY OF THESE TERMS OF SERVICE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USE OF THE FABLETICS SERVICES. IF A PRODUCT OFFERED THROUGH THE FABLETICS SERVICES IS NOT AS DESCRIBED, YOUR SOLE REMEDY IS TO RETURN IT IN ACCORDANCE WITH THE RETURN POLICY SET FORTH IN DETAIL IN THESE TERMS OF SERVICE.

Fabletics makes no warranties of any kind regarding any third party sites to which you may be directed or hyperlinked from the Fabletics Services. Hyperlinks are included solely for your convenience, and Fabletics makes no representations or warranties with regard to the accuracy, availability, suitability or safety of information provided in such third party sites. Fabletics does not endorse, warrant or guarantee any products or services offered or provided by or on behalf of third parties through the Fabletics Services.

**INDEMNITY AND RELEASE**

You agree to indemnify and hold Fabletics and its parent, subsidiaries, affiliates, officers, agents and employees harmless from any and all liabilities, claims, demands, actions, suits, losses, obligations, judgments, proceedings, damages, expenses and costs (including reasonable attorneys' fees), based upon, arising from or related to (a) information or content submitted, transmitted or otherwise made available on or through the Fabletics Services by you or any other person accessing the Fabletics Services using your Account; (b) the use of, or connection to, the Fabletics Services by you or any other person accessing this Site or the Apps using your Account (including negligent or wrongful conduct); including any exercise activities provided by personal trainers or interaction with any users of the Service or (c) your breach or attempted breach of these Terms of Service.

**DISPUTE RESOLUTION AND MUTUAL ARBITRATION AGREEMENT**

GOVERNING LAW

Use of the Fabletics Services, membership in the Fabletics VIP Membership Program, any purchases made through the Fabletics Services, and any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics Services, Fabletics VIP Membership Program and/or your Account, or products purchased through the Fabletics Services (collectively, "Disputes") shall be governed by the laws of your home state of residence without respect to its choice (or conflict) of laws rules.

All Disputes between Fabletics and you must be commenced within one (1) year after the claim or cause of action arose.

FORUM SELECTION/JURISDICTION

Jurisdiction and venue for all Disputes shall be in Los Angeles, California. Each party submits to personal jurisdiction and venue in that forum for any and all purposes.

AGREEMENT TO PRE-ARBITRATION NOTIFICATION

These Terms of Service provide for final, binding arbitration of all Disputes (discussed immediately below). Fabletics and you agree, however, that it would be advantageous to discuss and hopefully resolve any Disputes before arbitration proceedings or any other proceedings authorized herein are initiated. In the event of a Dispute, the claimant whether you or Fabletics shall send a letter to the other side briefly summarizing the claim and the request for relief. If Fabletics is the claimant, the letter shall be sent, via email, to the email account listed in your Account. If you are the claimant, the letter shall be sent to Fabletics, LLC, Attn: General Counsel, 800 Apollo Street, El Segundo, California 90245. The parties agree that, before either party demands arbitration against the other, we will personally meet and confer, via telephone or videoconference, in a good-faith effort to resolve informally the Dispute. If you are represented by counsel, your counsel may participate in the conference, but you shall also fully participate in the conference. Engaging in this informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration. If the Dispute is not resolved within 60 days after the letter is sent, the claimant may proceed to initiate arbitration proceedings or any other proceedings authorized herein. The statute of limitations and any arbitration filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution process required by this paragraph.

AGREEMENT TO ARBITRATE CLAIMS

Except to the limited extent noted below, all Disputes shall be resolved by final, binding, and bilateral arbitration between you and Fabletics.

The arbitration shall take place in Los Angeles County, California and be administered by ADR Services, Inc. and shall be subject to ADR Services' most current version of its Arbitration Rules, available at https://www.adrservices.com/services/arbitration-rules or by calling ADR Services at 310-201-0010. If ADR Services is not available to arbitrate, the parties will mutually select an alternative arbitral forum, and either Party may invoke 9 U.S.C. § 5 to request that a court appoint an arbitration provider. To the extent there is a dispute over which arbitration provider shall administer the arbitration, only a court (and not an arbitrator or arbitration administer) may resolve that dispute, and the arbitration shall be stayed pending the court's ruling.

The arbitration demand must include (1) the name, telephone number, mailing address, username and e-mail address of the party seeking arbitration; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); and (4) the signature of the party seeking arbitration.

Counsel for any party bringing an arbitration demand must also provide a certification that, to the best of counsel's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, (1) the demand for arbitration is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

This arbitration agreement is subject to the Federal Arbitration Act and is enforceable pursuant to its terms on a self-executing basis. The parties agree that these Terms of Service evidence transactions involving interstate commerce. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which you reside shall apply.

The arbitrator (and not a court) shall determine any and all challenges to the arbitrability of a claim, including disputes about the scope, applicability, enforceability, revocability, or validity of this arbitration agreement.  However, all disputes related to the enforceability and applicability of the class action waiver (see below) shall be resolved by a court and not an arbitrator.  In the event that the arbitration agreement is found not to apply to you or to a particular Dispute, either as a result of your decision to opt out of the agreement to arbitrate, or as a result of a decision by the arbitrator or a court order, you and Fabletics agree that that Dispute must be resolved exclusively by a state or federal court located in Los Angeles County, California. The parties agree that all related Disputes that can be arbitrated shall be arbitrated first, and any non-arbitrable Disputes shall be stayed until the completion of the arbitration.

Unless either party or the arbitrator requests a hearing, the parties will submit their arguments and evidence to the arbitrator in writing. The arbitrator will make an award based only on the documents. This is called a Desk Arbitration. If any party makes a written request for a hearing within ten days after ADR Services acknowledges receipt of a claimant's demand for arbitration (or the arbitrator requests a hearing), the parties shall participate in a telephone or video hearing. In no event shall the parties be required to travel to Los Angeles to participate in the arbitration. The arbitrator is authorized to hear motions for summary disposition. Notwithstanding any provision in the ADR Services' rules to the contrary, and with the exception of Desk Arbitrations, the Federal Rules of Evidence shall govern the admissibility of evidence in any arbitral proceeding.

The parties agree that all of the arbitration proceedings, including any discovery, hearings, and rulings, shall be confidential to the fullest extent permitted by law.

The award shall be binding only among the parties and shall have no preclusive effect in any other arbitration or other proceeding involving a different party. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have.

If at any time the arbitrator or arbitration administrator fails to enforce the terms of this arbitration agreement, either party may seek to enjoin the arbitration proceeding in a court of competent jurisdiction, and the arbitration shall automatically be stayed pending the outcome of that proceeding.

The arbitral award shall be judicially enforceable. Any court of competent jurisdiction may, and upon request shall, enter judgment on the arbitral award. Either party may seek confirmation (judgment on the award) and/or enforcement in any court of competent jurisdiction. However, in any award issued in an arbitration conducted in accordance with this arbitration agreement, the arbitrator shall specify a reasonable time within which the final award shall be satisfied, and no party may seek to confirm the award until the time specified for satisfaction has expired. If the final award is satisfied during the specified time, no party shall seek to confirm the award.

ARBITRATION FEES AND COSTS

The fees that shall apply to arbitrations administered by ADR Services are set forth on ADR Services' website, available at https://www.adrservices.com/rate-fee-schedule/. Specifically, the fees set forth in ADR Services' Mass Employment Arbitration Fee Schedule shall apply when twenty (20) or more arbitration claims are filed which: (1) involve the same or similar parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties. In all other circumstances, the fees set forth in ADR Services' General Fee Schedule shall apply, except that Fabletics will pay the portion of the initial case opening fees (if any) that exceeds the filing fee to file the case in a court of competent jurisdiction embracing the location of the arbitration.  If the arbitrator finds that you cannot afford to pay ADR Services' filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from ADR Services, Fabletics will pay them for you.

Unless otherwise prohibited by law or the rules governing the arbitration, all disputes relating to or arising out of the payment of arbitration fees shall be decided only by a court of competent jurisdiction and not by an arbitrator or administrator, and the arbitration shall be stayed pending the resolution of such disputes by a court.  Both parties agree not to oppose or interfere with any negotiations or agreements between the other party and the arbitration administrator, or individual arbitrator, relating to a party's portion of the fees. The arbitrator, however, may disallow any private agreement between an administrator, on the one hand, and the negotiating party, on the other hand, if the arbitrator believes that the private agreement undermines his or her neutrality as arbitrator.

If a party timely serves an offer of judgment under Federal Rule of Civil Procedure 68, and the judgment that the other party finally obtains is not more favorable than the unaccepted offer, then the other party shall pay the costs, including filing fees, incurred after the offer was made.  Further, any finding by an arbitrator that a claim or counterclaim was filed for purposes of harassment or is frivolous under the standards set out in Federal Rule of Civil Procedure 11 shall entitle the other party to recover their attorneys' fees, costs, and expenses.

CLASS ACTION WAIVER (herein the "class action waiver")

Both you and Fabletics waive the right to bring any Dispute as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any such claim brought by anyone else. Nor shall the arbitrator have the authority or any jurisdiction to hear an arbitration as a class, consolidated, representative, or private attorney general action or to consolidate, join, or otherwise combine the claims of different persons into one proceeding. Consistent with their commitment to arbitrate all Disputes on an individualized basis, the parties also waive the right to bring any claims for public injunctive relief. To the extent applicable law prevents the parties from waiving a claim for public injunctive relief, all claims for public injunctive relief shall be heard by the arbitrator. Nothing in these Terms of Service prevent any party from participating in a settlement of a class, consolidated, representative, collective, or private attorney general action.

SEVERABILITY

Except as otherwise provided herein, if any portion of this arbitration agreement is found to be unenforceable or unlawful for any reason, (1) the unenforceable or unlawful provision will be severed from this arbitration agreement, (2) the remainder of the arbitration agreement will be given full force and effect, and (3) severance of the unenforceable or unlawful provision will have no impact on the remainder of the arbitration agreement or the parties' ability to compel arbitration of any remaining claims on an individual basis.  In the event that a claim, cause of action or requested remedy is severed pursuant to this paragraph, then you and Fabletics agree that the claims, causes of action or requested remedies that are not subject to arbitration will be stayed until all arbitrable claims, causes of action and requested remedies are resolved by the arbitrator. If there is a final determination that applicable law precludes enforcement of the class action waiver as to any claim, cause of action or requested remedy, then that claim, cause of action or requested remedy will be severed and may be brought in a court of competent

jurisdiction, but the waiver contained in this paragraph shall be enforced in arbitration on an individual basis as to all other claims, causes of action or requested remedies to the fullest extent possible.

**OPTING-OUT OF DISPUTE RESOLUTION PROCEDURE AND CLASS ACTION WAIVER**

You may elect to opt out (exclude yourself) from the final, binding arbitration procedure and the class action waiver specified in these Terms of Service by doing the following: within 15 days of setting up your Account, you must send a letter to Fabletics, LLC., c/o Legal Department, 800 Apollo Street, El Segundo, California 90245 that specifies (1) your name, (2) your account number or account member name, (3) your mailing address, and (4) your request to be excluded from the final, binding arbitration procedure and class action waiver specified in these Terms of Service. Each opt-out notice may opt out only one person; opt-out notices that attempt to opt out multiple people at the same time will be ineffective.

If you opt out of this arbitration agreement, all other Terms shall continue to apply to your Account, including the requirement to participate in pre-dispute mediation. Opting out of this arbitration agreement has no effect on any previous, other, or future arbitration agreements that you may have with us. Notwithstanding any provision in these Terms of Service to the contrary, we agree that, if Fabletics makes any future change to the dispute resolution procedure and class action waiver provisions (other than a change to Fabletics' address), you may reject any such change by sending a letter to Fabletics within 15 days of the change to the address provided above. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this provision. Your letter must be postmarked by the applicable 15-day deadline to be effective. You are not required to send the letter by confirmed mail or return receipt requested, but it is recommended that you do so. Your request to be excluded will only be effective and enforceable if you can prove that the request was postmarked within the applicable 15-day deadline.

**NOTICE FOR CALIFORNIA USERS**

Under California Civil Code sections 1798.83-1798.84, California residents are entitled to ask us for a notice describing what categories of personal customer information Fabletics shares with third parties or corporate affiliates for those third parties or corporate affiliates' direct marketing purposes. That notice will identify the categories of information shared and will include a list of the third parties and affiliates with which it was shared, along with their names and addresses. If you are a California resident and would like a copy of this notice, please submit a written request to the following address: General Counsel, 800 Apollo Street, El Segundo, CA, 90245. In your request, please specify that you want a "Your Fabletics California Privacy Rights Notice". Please allow 30 days for a response.

**SHIPPING**

Shipping and handling charges are based on your subtotal order amount, calculated after applicable discounts and before sales tax. Rates are calculated as follows:

**Standard Shipping**

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, APO | Australia |
|---|---|---|---|
| $49.95 and over | FREE 6-14 Business Days | $9.00 7-10 Business Days | $5.95** (New VIP Member Courtesy Rate) $9.95** |

| | | | 7-10 Business Days |
|---|---|---|---|
| Under $49.95 | $4.95 Flat Rate<br><br>6-14 Business Days | $9.00<br><br>7-10 Business Days | $5.95**<br><br>(New VIP Member Courtesy Rate)<br><br>$9.95**<br><br>7-10 Business Days |

**Rush Shipping \***

| Subtotal Amount | 48 Contiguous<br><br>United States | Alaska, Hawaii,<br><br>Puerto Rico, APO | Australia |
|---|---|---|---|
| $49.95 and over | $15.95<br><br>2-3 Business Days | N/A | N/A |
| Under $49.95 | $15.95<br><br>2-3 Business Days | N/A | N/A |

\* All delivery times above are based on average in-transit time. Orders shipped to Canada, P.O. Boxes and APOs/FPOs do not qualify for Rush Shipping.

\*\*All orders shipped to Australia will incur a flat rate charge of $9.95 USD except for first time orders placed as a new VIP member, which will have a shipping rate charge of $5.95 USD. The shipping charge of $5.95 USD is a one-time courtesy rate for the initial order placed as a new VIP member from Australia only. All other subsequent VIP member orders from Australia will contain a $9.95 USD flat shipping charge.

Please note shipments arriving to Alaska, Hawaii, APO locations or Australia may be subject to longer transit times (up to 90 days) due to the carrier or location of station. At this time, expedited shipping is not available for Alaska, Hawaii, APO locations or Australia. All US orders are shipped FedEx via USPS and your order will be delivered by your local postal carrier. All Australia orders will be shipped via DHL.

As soon as your order ships, you will be provided with a tracking number via email. You can also find your order details and tracking information on the Order History tab within the My Account section.

**RETURNS & EXCHANGES**

Fabletics strives to provide an amazing shopping experience and superior customer service. If for any reason you are not content with your order, we gladly accept returns and exchanges for US and Canada orders within 45 days from the date of shipment and in new, unused condition with original packaging. Exchanges are not available in Australia, and orders can only be returned. Some items purchased through special promotions may be final sale, and therefore not eligible for exchanges or returns (please refer to promotion disclaimers for the terms of each offer).

Accessories must be returned with all pieces included and intact, and apparel must also be returned unworn, with all tags still attached.

In the US, Fabletics offers 3 easy return options: (1) return for Fabletics membership or store credit for free; (2) exchange for another item for free; (3) return for a refund. Return shipping and handling for non-contiguous US territories, including Alaska, Hawaii, Puerto Rico and APOs, is $9.00.

In Australia, Fabletics offers 2 easy return options: (1) return for Fabletics membership or store credit for free; (2) return for a refund. Exchanges are not offered in Australia. If you would like to exchange an item, please return the item and place a new order. Please note: new orders are subject to standard shipping rates.

Please note that any membership or store credit used to pay for an order will be returned as store credit and will not be eligible for a refund to a credit card. Also, please note reward points associated with the purchase will be deducted from your account if you do choose a refund. Items redeemed through the rewards program are not eligible for returns or exchanges.

### Shipping Your Returns/Exchanges

Returns and exchanges are easy! Just print your free return label and return packing slip by visiting the Order History page under My Account.

To make a return or exchange, please follow these steps:

• Obtain a Return Merchandise Authorization (RMA) number. You can obtain a RMA number online by clicking on the link in the 'My Order History' section in your Account or you can obtain a RMA number by calling our Fashion Consultants by dialing our toll free number at 1-844-Fabletics (1-844-322-5384). Our Fashion Consultants will email you our pre-paid return shipping label.

• Send the item back in the original, undamaged box and packaging.

• Attach the pre-paid return shipping label to your shipment and drop it off at any USPS or FedEx location.

### GENERAL INFORMATION

These Terms of Service constitute the entire agreement between you and Fabletics and govern your use of the Fabletics Services, and they supersede any prior agreements between you and Fabletics. You also may be subject to additional terms and conditions that are applicable to certain parts of the Fabletics Services. Fabletics may terminate this Agreement and deny you access to the Fabletics Services at any time, immediately and without notice, if in Fabletics' sole discretion you fail to comply with any provision of these Terms of Service.

You agree that no joint venture, partnership, employment, or agency relationship exists between Fabletics and you as a result of this Agreement or your use of the Fabletics Services.

The failure of Fabletics to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision. The invalidity of any term, condition or provision in these Terms of Service shall not affect the enforceability of those portions of the Terms deemed enforceable by applicable courts of law.

You may not assign the Terms or any of your rights or obligations under the Terms without Fabletics' express written consent. The Terms inure to the benefit of Fabletics' successors, assigns and licensees. The section titles in these Terms of Service are for convenience only and have no legal or contractual effect.

Updated: December 1, 2020

# EXHIBIT E

# FABLETICS TERMS OF SERVICE, USE AND PURCHASE

Welcome to Fabletics! This website located at www.fabletics.com (this "Site") is owned and operated by Fabletics, LLC, a subsidiary of Fabletics, Inc. (the "Company") (collectively with the Company, "Fabletics"). Fabletics provides website features and other products and services to you when you visit, shop or purchase items from this Site, access this Site from your mobile devices, or use software provided by Fabletics in connection with any of the foregoing (collectively, "Fabletics Services"). Fabletics provides its products and services subject to these Terms of Service.

**By using the Fabletics Services, you agree to these conditions. Please read them carefully. These Terms of Service include a mutual arbitration agreement, class action waiver, and limitations on liability.**

By accessing or using this Site, mobile application or other Fabletics product or service on any computer, mobile phone, tablet, console or other device (collectively, "Device"), you acknowledge and agree that you have read, understand and agree to be bound by these Terms of Service and any other applicable law, whether or not you are a registered member of Fabletics. You must be at least 18 years old to use this Site or Services. Fabletics may change these Terms of Service at any time without notice. When we make changes, we will post them here. Your continued use of the Fabletics Services or enrollment as a Fabletics VIP Member shall be considered your acceptance to the revised Terms of Service. If you do not agree to these Terms of Service, please do not use this Site or any Fabletics Services and immediately cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or visiting us online to cancel.

## ELECTRONIC COMMUNICATIONS

When you use any Fabletics Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this Site or through the other Fabletics Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## SMS MESSAGING

When you provide your phone number and opt-in to Fabletics' text message marketing program (the "Messaging Service"), you agree to receive recurring automated promotional and personalized marketing text (e.g., SMS and MMS) messages (e.g., cart reminders) from Fabletics, including text messages that may be sent using an automatic telephone dialing system, to the mobile telephone number you provided when signing up or any other number that you designate. Consent to receive automated marketing text messages is not a condition of any purchase. Reply HELP for help and STOP to cancel. Message & Data rates may apply.

Message frequency will vary. Fabletics reserves the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. Fabletics also reserves the right to change the short code or phone number from which messages are sent and we will notify you when we do so.

Not all mobile devices or handsets may be supported and our messages may not be deliverable in all areas. Fabletics, its service providers and the mobile carriers supported by the program are not liable for delayed or undelivered messages.

We are able to deliver messages to the following mobile phone carriers: Major carriers: AT&T, Verizon Wireless, Sprint, T-Mobile, MetroPCS, U.S. Cellular, Alltel, Boost Mobile, Nextel, and Virgin Mobile. Minorcarriers: 1stPoint Communications, Aerialink, Alaska Communications Systems (ACS), Appalachian Wireless (EKN), Arctic Slope Telephone Cooperative Association, ATNI (Commnet/Choice Wireless), Bandwidth (Republic Wireless), Bell Mobility, Bluegrass Cellular, BreakAway Wireless, BrightlinkIP, Cambridge Telephone Company, Carolina West Wireless, Cellcom, Cellone Nation, Cellular One of East Central IL (ECIT), Cellular One of Northeast Arizona, Cellular One of Northeast Pennsylvania, Chariton Valley, Cincinnati Bell Wireless, Claro (Puerto Rico), Cooper

Valley, Coral Wireless (Mobi PCS), Cordova Wireless, COX, Cricket Wireless, Cross, C-Spire, Custer Tel, Digital Communications Consulting (DCC/OTZ Telecommunications), Duet, Element Mobile (Flat Wireless), Enflick (TextNow), Epic Touch (Elkhart Telephone), Fido Mobile, Fizz Mobile, Freedom Mobile, GCI, Golden State, Google Voice, GTA, Hawkeye (Chat Mobility), Hawkeye (NW Missouri), Illinois Valley Cellular, Indigo Wireless, Inland Cellular,Inteliquent (Layered/Onvoy/UNREAL/FreedomPop), iWireless (Iowa Wireless), James Valley, Keystone Wireless (Immix Wireless/PC Man), Mosaic (Consolidated or CTC Telecom), MTPCS, NE Colorado, Nemont CDMA (Sagebrush Cellular), Nemont UMTS, Nex-Tech Wireless, NTelos, Nucla-Naturita Tel, Open Mobile (Puerto Rico), Orange, Panhandle Communications, Peerless Networks, Pine Cellular, Pinger (Textfree), Pioneer, Plateau (Texas RSA 3 Ltd), Plivo, PTCI (Panhandle Telephone Coop.), PTI Pacifica (IT&E), Revol, RINA, Rogers Wireless, Sasktel, Simmetry (TMP Corporation), Shelcomm, Silver Star Communications, Snake River PCS (Eagle Tel), SouthernLINC, Standing Rock, Strata Networks, Telnyx, Telus Mobiity, TextMe, Thumb Cellular, Triangle Wireless, Trilogy, Truphone, TSG Global (Flextalk), Tychron, Union Wireless, United Wireless, Viaero Wireless, Videotron Mobile, Viva, Viya, Washington RSA No. 8, West Central (WCC or 5 Star Wireless), and Zipwhip.

Text the keyword STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode to cancel. After texting STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode you will receive one additional message confirming that your request has been processed. You acknowledge that our text message platform may not recognize and respond to unsubscribe requests that do not include the STOP, END, CANCEL, UNSUBSCRIBE or QUIT keyword commands and agree that Fabletics and its service providers will have no liability for failing to honor such requests. If you unsubscribe from one of our text message programs, you may continue to receive text messages from Fabletics through any other programs you have joined until you separately unsubscribe from those programs.Text the keyword HELP to our shortcode to return customer care contact information. If you are experiencing any problems with the Messaging Service, you may call us at 1-844-322-5384 or contact us through live chat available 9am - 9pm (EST), 7 days a week.

## FABLETICS MEMBERSHIP

Fabletics provides a monthly membership program that provides you access to the latest athletic wear trends and many other perks. To get started, simply take our Lifestyle Quiz. Next, you must register and create a member account through this Site ("Account"). After you have successfully created an Account, you will have the option to select your favorite item(s) from the 'My Outfits' section of your Account ("Outfits"). There is no registration fee and no obligation to purchase. Our Fabletics style experts will continue to determine which athletic wear outfits best match your workouts and style. If you choose to create an Account, you agree to provide and maintain true, accurate, current and complete information about yourself as prompted by the Fabletics registration form. Registration data and certain other information about you are governed by our <span style="color:red">Privacy Policy</span>.

## VIP MEMBERSHIP PROGRAM

Fabletics offers members the opportunity to participate in its monthly membership program (the "VIP Membership Program"). To become a Fabletics VIP Member, you must checkout as a VIP member when making a Fabletics purchase on this Site or through an applicable Service. As a Fabletics VIP Member, our experts will send you a customized selection of Fabletics products on the 1st day of every month. You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience. As a valued Fabletics VIP Member, you will enjoy numerous perks and benefits such as exclusive VIP Member-only pricing, dedicated promotions, access to the Fabletics FIT app, free shipping on orders over $49.95, free returns and exchanges within 90 days and access to VIP events and parties. Fabletics VIP Members will also have access to Yitty VIP Membership perks, including VIP Member-only pricing on Yitty products. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or by using live chat or online cancel options in your Account.

## HOW VIP MEMBERSHIP WORKS

Upon enrollment in the VIP Membership Program, you will receive new monthly customized selections of merchandise on the first (1st) day of every month. You must log into your account and select the 'Skip the Month' option between the 1st and the 5th of each month. If you do not 'Skip the Month' between the 1st and the 5th of the

month your credit card or payment method will be charged an automatic monthly membership fee of $54.95 on the 6th (until you cancel) for enhanced monthly benefits, including a promotional member credit. All promotional member credits will expire 12 months after the date of issuance. Promotional membership credits are non-transferable and cannot be redeemed for cash or store credit. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384), or online, using live chat or visiting your Account page.

Each promotional member credit will be applied to your Account and can be redeemed for any individual item or two-piece outfits up to $80 in-store or on the Site, including www.yitty.fabletics.com (the "Yitty Site"). These outfits and items may be valued below or above $54.95. You may 'Skip' as many months as you like, there is no obligation to buy. Even if you decide to 'Skip' any month, you may return to your Account at any time to make a purchase. If you 'Skip' any month, you will not have access to certain exclusive benefits for the remainder of that month, including access to select styles, promotions and product pricing.

You may cancel your Fabletics VIP Membership Account at any time. If you wish to cancel your Account, simply call our Fashion Consultants at 1-844-Fabletics (1-844-322-5384), 7 days a week. You may also cancel your VIP Membership Account online by contacting us via online live chat or visiting your Account page. There is no cancellation fee. Any remaining promotional member credits on your Account will expire 12 months after the date on which they were issued. You may use any remaining unexpired promotional member credits after cancellation for any individual item or two-piece outfits up to $80 in-store or on the Fabletics or Yitty Sites , but you will no longer have access to discounted VIP member only pricing for any items purchased without a promotional member credit. Please be advised that your Account may only be canceled by the registered Fabletics VIP Member or the holder of the valid credit card or payment method on file related to your Account.

## VIP MEMBER PERKS - VIP PRICING

As a Fabletics VIP Member, you have access to perks such as 20 to 50% off retail pricing on almost all items, free shipping on orders over $49.95, access to the Fabletics FIT app (a $14.95 monthly value), free returns and exchanges within 90 days, access to VIP events and parties, a free magazine subscription with purchase over $60, and loyalty points on all orders.

Your Fabletics VIP Membership also includes access to Yitty VIP Membership perks including 20 to 50% off retail pricing on almost all Yitty items on www.yitty.fabletics.com, access to exclusive styles and offers, free shipping on Yitty orders over $49.95, free returns and exchanges within 90 days, and a free magazine subscription with a Yitty purchase over $60.

The monthly $54.95 membership fee charge also unlocks additional membership perks and benefits. The membership charge grants you access to an exclusive section of the Fabletics website with exclusive product offerings, a special dedicated customer service line and support, special promotions and sales, and a promotional credit that can be redeemed for any individual item or outfit up to $80 in-store or on the Fabletics or Yitty Sites. Free shipping also applies to any purchases made with promotional credits. Additional membership benefits related to the monthly membership charge coming soon!

You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience.

## FABLETICS AND YITTY MEMBERSHIPS

When you enroll in the Fabletics VIP Membership Program, you will also be given access to the VIP Membership and related perks on the Yitty Site. For instance, a Fabletics VIP Member will also be able to purchase shapewear on the Yitty Site at exclusive VIP Member pricing.

You may 'Skip the Month' through your Account between the 1st and the 5th of each month on either the Fabletics or Yitty Site and this will 'Skip' your Account for both the Fabletics and Yitty brands for that month. If you do not 'Skip the Month' between the 1st and the 5th of the month on either Sites your credit card or payment method will be charged an automatic monthly membership fee of $54.95 on the 6th (until you cancel) for enhanced monthly

benefits, including a promotional member credit. This promotional member credit can be used on either the Fabletics or Yitty Site or in-store and can be redeemed for any individual item or two-piece outfits up to $80. Promotional member credits will expire 12 months after the date on which they were issued.

You may cancel your Fabletics VIP Membership Account at any time by calling 1-844-322-5384 (available 24/7), contacting us via live chat or visiting your Account page. Please note that canceling your Fabletics VIP Membership will also cancel your Yitty VIP Membership and you will no longer have access to Yitty VIP Member perks.

## MOBILE APPLICATIONS

With your Fabletics VIP Membership, you may access the Fabletics Fitness App available at the Apple App Store. Access to the Fabletics Fitness App is contingent on maintaining an active VIP Membership. If you cancel your Fabletics or Yitty VIP Membership or your Fabletics or Yitty VIP Membership is terminated for any reason, you will no longer be able to use the services offered on the Apps. To use or access the Services through the Fabletics Fitness App, you will need a supported mobile device with adequate software. Fabletics cannot guarantee the Fabletics Fitness App will be compatible with, or available on, your device. It is your responsibility to ensure your mobile device's functionality. Further, your mobile phone company's normal messaging, data, and other rates and fees will still apply and you shall be responsible for any such charges. Please check with your Internet or mobile phone provider for information on possible data usage charges.

By downloading or using the Fabletics Fitness App, you expressly agree we may communicate with you regarding transactions you have initiated on the Services or respond to your communications to us through the Services by SMS, MMS, text message or other electronic means directed to your device and that certain information about your usage of the Fabletics Fitness App may be communicated to us automatically from your device. Fabletics will not send you direct marketing messages without your prior express consent and you can opt out of receiving any marketing messages at any time. In addition, Fabletics may require you to accept updates to the Fabletics Fitness App that you have installed on your mobile device. You acknowledge and agree that Fabletics may update the Apps and the Services without notification to you.

Fabletics hereby grants you a limited, personal, non-exclusive, non-transferable, non-sublicensable, revocable license to: (1) access and use the Fabletics Services and related content; (2) access and use the software and the Fabletics Fitness App downloaded directly from a legitimate marketplace solely for your personal use for lawful purposes. With respect to any open source code or software that may be incorporated in the Fabletics Fitness App, your license shall be subject to such open source or third-party license, if any, authorizing use of such code.

## APP STORE

The following terms apply to the third-party platform from which you accessed or downloaded the Fabletics Fitness App, e.g., the Apple App Store ("App Store"). You acknowledge that this Agreement is between you and Fabletics and not with the App Store. Fabletics, not the App Store, is solely responsible for the Services, the content thereof, maintenance, support services, and warranty therefor, and addressing any claims relating thereto.

## NOT MEDICAL ADVICE

You expressly acknowledge and agree that Fabletics is not providing medical advice via the Services. All content provided through the Services, whether provided by Fabletics or third parties including from any personal trainers, shall not be used as a substitute for professional medical consultation, advice, diagnosis or treatment from a physician or other healthcare professional. You should consult with your physician or other healthcare professional before engaging in any physical activity, exercise program or making any dietary changes. If you have any concerns or questions about your health, you should always consult with a physician or other healthcare professional.

To the extent permitted by applicable law, Fabletics is not responsible for any health problems, injuries or damages that may result from your use of, or inability to use, the Fabletics Services, which includes but is not limited to, any training programs, activities, dietary recommendations, consultations, products, events or other information you learn through the Fabletics Services. Do not ignore or delay in obtaining professional medical advice or treatment because of information accessed through the Site, the Fabletics Fitness App or Services. If think you are

experiencing a medical emergency, stop using the Fabletics Service and immediately contact a medical professional or your local emergency services.

You expressly acknowledge and agree that the exercise activities offered through the Services carry certain inherent and significant risks of property damage, bodily injury, or death. If you engage in any exercise programs or physical activity through the Fabletics Services, you agree that you do so at your own risk and that you voluntarily assume all known and unknown risks associated with these activities, even if caused in whole or part by the action, inaction, or negligence of Fabletics or by the action, inaction, or negligence of others. Fabletics assumes no responsibility for any act, omission, activity, product or service of any personal trainer featured through the Services. Fabletics does not guarantee any results in connection with the Services.

## RISK OF LOSS/TITLE

The risk of loss and title for products purchased on the Site or through the Fabletics Services passes to the purchaser upon our delivery to the carrier. Replacement of products and credits to your account for shipped merchandise claimed as not received are subject to our investigation. We will adjust your account at our discretion. Fabletics does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Fabletics does not take title to the refunded item. Certain products may be shipped from Mexico, and for such goods consumers consent to and authorize G-Broker, Inc., as the US customs broker and G-Broker, Inc., shall act as the consumers agent to transact business with U.S. Customs and Border Protection agency to clear merchandise and account for applicable duties and taxes.

## SALES & USE TAXES

Fabletics is not required by law to collect sales and/or use taxes in all states. However, Fabletics reserves the right to collect sales tax in any jurisdictions if it believes that such collection is required by law. Fabletics also reserves the right to collect fees associated with tariff taxes and surcharges.

For states imposing sales or use taxes, your purchase may be subject to use tax unless it is specifically exempt from taxation. Your purchase is not exempt merely because it is made over the Internet or by other remote means. Many states require purchasers to file a sales/use tax return at the end of the year reporting all of the taxable purchases that were not taxed and to pay tax on those purchases. You may have a tax obligation in states where Fabletics does not collect sales tax. Details of how to report these taxes may be found at the websites of your respective taxing authorities.

Effective July 1, 2022, Colorado imposes a non-refundable retail delivery fee of $0.27 on all deliveries by motor vehicle to a location in Colorado with at least one item of tangible personal property subject to state sales or use tax. Fabletics is liable to collect and remit the fee on each order to be delivered to a Colorado address. The fee applies to the entire order regardless of the number of items in an order and how many shipments are needed to deliver the items ordered. The retail delivery fee is not refundable on orders that are returned for a credit or refund including sales tax.

## PAYMENT INFORMATION

To make purchases through the Fabletics Services or to become a Fabletics VIP you must submit credit card information or another valid payment method that is acceptable to Fabletics. You represent and warrant to Fabletics that such information is true and that you are authorized to use the payment instrument. You will promptly update your Account information with any changes (for example, a change in your billing address or credit card expiration date) that may occur. You authorize Fabletics to use any updated credit card information submitted by your credit card company directly to Fabletics and if there is no updated credit card information Fabletics may use additional payment methods you have provided as a default payment option. If you dispute any charges, you must inform Fabletics within thirty (30) days upon receipt of Fabletics' invoice. We reserve the right to change Fabletics prices, fees or the number of Member Credits required to purchase items. Your continued use of the Fabletics Services after the price change becomes effective constitutes your agreement to pay the changed amount.

## ACCOUNT CONFIDENTIALITY AND ACCESS

You are solely responsible for maintaining the confidentiality of your Account, all activities occurring under your Account and all access to and use of the Fabletics Services by anyone using your Account, whether or not such activities and access are actually authorized by you, including but not limited to all communications, transactions and obligations. You agree to accept responsibility for all activities that occur under your account and password. Fabletics shall not be liable or responsible for any loss or damage arising from any unauthorized use, access or any other breach of security of your Account, including but not limited to your member sign-in password and email address. You acknowledge and accept that your use of the Fabletics Services is in compliance with these Terms of Service. You further acknowledge and accept that Fabletics shall have no obligation to investigate the authorization or source of any Account activity, including purchase activity following a proper log-in to this Site or any Services, which is defined as a matching and current member sign-in and user password. You shall notify Fabletics immediately of any unauthorized access to your Account or any other unauthorized use of any Fabletics Services.

You agree that Fabletics may, without prior notice, immediately terminate, limit your access to or suspend your Account based on any of the following: (a) breach or violation of these Terms of Service; (b) upon request by law enforcement; (c) unforeseeable technical or security issues or problems; (d) extended periods of inactivity; or (e) fraudulent, deceptive or illegal activity, or any other activity which Fabletics believes is harmful to its business interests; or (f) for no reason. You agree that any termination, limitation of access and/or suspension shall be made in the Fabletics' sole discretion and that Fabletics shall not be liable to you or any third party for the termination, limitation of access and/or suspension of your Account.

## PROHIBITED USES

Any and all Fabletics Services may be used only for lawful purposes and are available only for your personal, noncommercial use, which shall be limited to viewing this Site, using the Apps, purchasing products, providing information to Fabletics, and downloading product information for your personal review. You shall not use the Services to sell a product or service, increase traffic to your own website or a third-party website for commercial reasons or otherwise undertake any endeavor aimed at deriving revenue. You are responsible for your own communications, including the transmission, posting, and uploading of information and are responsible for the consequences of such communications. Fabletics specifically prohibits any use of the Fabletics Service, and requires all users to agree not to use the Fabletics Services, for any of the following:

• Posting any information which is incomplete, false, inaccurate or not your own;

• Creating multiple accounts for the same user;

• Accessing data not intended for you or logging on to a Fabletics server or account, which you are not authorized to access;

• Engaging in conduct that would constitute a criminal offense, giving rise to civil liability or otherwise violate any city, state, national or international law or regulation that would fail to comply with accepted Internet protocol;

• Communicating, transmitting, or posting material that is copyrighted or otherwise owned by a third party unless you are the copyright owner or have the permission of the owner to post it;

• Communicating, transmitting, or posting material that reveals trade secrets, unless you own them or have the permission of the owner;

• Communicating, transmitting, or posting material that infringes on any other intellectual property, privacy or publicity right of another;

• Communicating, transmitting, or transferring (by any means) information or software derived from the site to foreign countries or certain foreign nations in violation of any applicable export control laws;

• Attempting to interfere in any way with this Site's or the Apps' network security, or attempting to use this Site's or the Apps' service to gain unauthorized access to any other computer system;

• Communicating, transmitting, or posting material that is in violation of applicable laws or regulations;

• Attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization (or succeeding in such an attempt);

• Attempting to interfere or interfering with the operation of this Site, or the Apps, Fabletics' provision of services to any other visitors or users to this Site or the Apps, Fabletics hosting provider or networks, including, without limitation, via means of submitting a virus to this Site or the Apps, overloading, "flooding", "mailbombing" or "crashing" this Site or the Apps;

• Forging any TCP/IP packet header or any part of the header information in any e-mail or transmission or posting to this Site or the Apps.

## USER CONTENT

Any and all content, comments, feedback, advice, suggestions, ideas, concepts, photos, questions or other communications (collectively, "User Content") that you submit or post through any Fabletics Services shall be deemed non-confidential and non-proprietary. By submitting or posting any User Content, you grant to Fabletics and its affiliates a perpetual, irrevocable, royalty-free, worldwide, sublicensable and transferable license to copy, publish, translate, modify, create derivative works from, distribute, reproduce, display, or use the User Content in any commercial or non-commercial manner whatsoever. Fabletics will be free to use any ideas, concepts, know-how or techniques contained in such User Content for any purpose whatsoever, including but not limited to developing, manufacturing and marketing products that incorporate or otherwise rely upon such information. Fabletics shall have no obligation to monitor User Content, use or display User Content, compensate you for submitting User Content, or respond to any User Content. You are solely responsible for your use of any User Content you post, including the transmission, accuracy and completeness of the User Content. In addition, relying on any User Content by other users is at your own risk. To the extent permitted by applicable law, under no circumstances will Fabletics be responsible or liable for any loss or damage resulting from your reliance on information, advice or other User Content provided by any user of our Services. Fabletics retains the right, in its sole discretion and without prior notice, to remove, revise or refuse to post any User Content for any reason or no reason.

By connecting to Fabletics with a third-party service (e.g., Facebook or Twitter), you give us permission to access and use your information from that service as permitted by that service, and to store your log-in credentials for that service. For more information on the types of information we collect from these third-party services, please read our Privacy Policy.

If you utilize your Facebook account to access and use the social features available through the Fabletics Services, you can choose whether or not you wish to share content or information related to your Account on Facebook. You agree that Fabletics is not responsible for any content or information related to your Account once it is shared and posted on Facebook. If you use the Fabletics Services and its social features, you agree to respect other users of the Fabletics Services in your interactions with them. Fabletics reserves the right, in its absolute discretion, to disable your account if it believes that you are violating any term or condition set forth herein.

By submitting User Content, you represent and warrant that the User Content does not (i) contain false or misleading information, (ii) infringe on the intellectual property rights of any third party, (iii) contain any libelous, defamatory, obscene, offensive, threatening or otherwise harassing content, (iv) contain any addresses, email addresses, phone numbers or any contact information, or (v) contain computer viruses, worms or other harmful files. You are solely responsible for the User Content and you hereby agree to indemnify and hold Fabletics and its employees, agents and affiliates harmless from any and all damages, claims, expenses, costs or fees arising from or in connection with a breach of any of the foregoing representations or your violation of any law or rights of a third party.

## PRODUCT INFORMATION

Prices, descriptions and availability of products are subject to change without notice. Errors may be corrected when discovered, and Fabletics reserves the right to revoke any stated offer in order to correct any errors or inaccuracies.

Although Fabletics has made every effort to display our products and their colors as accurately as possible, the displayed colors of the products depend upon the monitor of the user, and Fabletics cannot guarantee that the user's monitor will accurately portray the actual colors of the products. Products displayed may be out-of-stock or discontinued, and prices are subject to change. Fabletics is not responsible for typographical errors regarding price or any other matter.

## PURCHASE CANCELLATIONS

All orders placed through any Fabletics Services are subject to Fabletics' acceptance. This means that Fabletics may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your credit card or payment method has already been charged for an order that is later cancelled, Fabletics will issue you a refund.

## INTELLECTUAL PROPERTY RIGHTS

All content, graphics, text, code and software used on or incorporated into this Site and/or any Fabletics Service, and the arrangement or integration of all such content, graphics, code and software, are subject to copyrights held by or licensed to Fabletics and all rights thereto are specifically reserved. As between you and Fabletics, (or any other company whose marks appear on any of the Fabletics Services), Fabletics (or the respective company) is the owner and/or authorized user of any registered or unregistered trademark, trade name and/or service mark appearing on any of the Fabletics Services, and is the copyright owner or licensee of the materials and content contained therein, unless otherwise indicated. The Fabletics logos, designs, titles, phrases, product names, photographs, images, videos and content and the copyrights, trademarks, service marks, trade dress and/or other intellectual property in such materials (collectively, "Intellectual Property") are owned by Fabletics and may be registered in the United States and internationally. You agree not to display or use the Fabletics Intellectual Property in any manner without Fabletics' prior written permission. Nothing contained on this Site or in any of the Fabletics Services should be construed to grant any license or right to use any Fabletics Intellectual Property without the prior written consent of Fabletics.

Except as otherwise provided herein, use of the Fabletics Services does not grant you a license to any materials, content or features you may access on this Site or via the Fabletics Services and you may not modify, rent, lease, loan, sell, distribute or create derivative works of such materials and content, features or materials, in whole or in part. Any commercial use of the Fabletics Services is strictly prohibited, except as otherwise approved by us. You may not download or save a copy of any of the materials and content or screens for any purpose except as otherwise provided by Fabletics. If you make use of the Fabletics Services, other than as provided herein, in doing so you may violate copyright and other laws of the United States and/or other countries, as well as applicable state laws, and you may be subject to liability for such unauthorized use. The information contained in the Fabletics Services including, without limitation, all site design, text, graphics, interfaces, and the selection and arrangements is protected by law including, but not limited to, copyright law.

## DISCLAIMER OF WARRANTIES; LIMITATION OF LIABILITY

Fabletics publishes information within the Fabletics Services as a convenience to its visitors. While Fabletics attempts to provide accurate and timely information, there may be inadvertent technical or factual inaccuracies and typographical errors. We reserve the right to make corrections and changes to the Fabletics Services at any time without notice. The Fabletics products described in the Fabletics Services may not be available in your region. Fabletics does not claim that the information on this Site or the Apps is appropriate to your jurisdiction or that the products described in the Fabletics Services will be available for purchase in all jurisdictions.

YOUR USE OF THE FABLETICS SERVICES ARE AT YOUR SOLE RISK. THE FABLETICS SERVICES AND THE PRODUCTS OFFERED THROUGH THE FABLETICS SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, FABLETICS DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF

MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

FABLETICS MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, THAT THE OPERATION OF THIS SITE OR ANY OF THE FABLETICS SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT ANY DEFECTS WILL BE CORRECTED, OR THAT THE SITE, APPS OR THE SERVER THAT MAKES THE SITE AND APPS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, OR AS TO THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, OR ANY OF THE FABLETICS SERVICES, IN TERMS OF THEIR CORRECTNESS, ACCURACY, ADEQUACY, USEFULNESS, TIMELINESS, RELIABILITY OR OTHERWISE, UNLESS OTHERWISE SPECIFIED IN WRITING.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH FABLETICS, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE AND CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION FOR ANY LOST PROFITS, DATA, OR USE EVEN IF FABLETICS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY INJURIES OR DAMAGES SUSTAINED FROM YOUR PHYSICAL ACTIVITIES, EVEN IF CAUSED IN WHOLE OR PART BY THE ACTION, INACTION OR NEGLIGENCE OF FABLETICS OR OTHERS.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE, THE APPS OR THE FABLETICS SERVICES ISSUED AGAINST YOU BY THIRD PARTY FINANICAL INSTITUTIONS SUCH AS BANKS OR CREDIT CARD COMPANIES. FABLETICS SHALL NOT BE LIABLE FOR ANY OVERDRAFT, LATE OR ANY OTHER CHARGES ISSUED AGAINST YOU BY A BANK OR CREDIT CARD.

CERTAIN STATE LAWS MAY NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU AND YOU MAY HAVE ADDITIONAL RIGHTS.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE FABLETICS SERVICES, OR WITH ANY OF THESE TERMS OF SERVICE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USE OF THE FABLETICS SERVICES. IF A PRODUCT OFFERED THROUGH THE FABLETICS SERVICES IS NOT AS DESCRIBED, YOUR SOLE REMEDY IS TO RETURN IT IN ACCORDANCE WITH THE RETURN POLICY SET FORTH IN DETAIL IN THESE TERMS OF SERVICE.

Fabletics makes no warranties of any kind regarding any third party sites to which you may be directed or hyperlinked from the Fabletics Services. Hyperlinks are included solely for your convenience, and Fabletics makes no representations or warranties with regard to the accuracy, availability, suitability or safety of information provided in such third party sites. Fabletics does not endorse, warrant or guarantee any products or services offered or provided by or on behalf of third parties through the Fabletics Services.

## INDEMNITY AND RELEASE

You agree to indemnify and hold Fabletics and its parent, subsidiaries, affiliates, officers, agents and employees harmless from any and all liabilities, claims, demands, actions, suits, losses, obligations, judgments, proceedings, damages, expenses and costs (including reasonable attorneys' fees), based upon, arising from or related to (a) information or content submitted, transmitted or otherwise made available on or through the Fabletics Services by you or any other person accessing the Fabletics Services using your Account; (b) the use of, or connection to, the Fabletics Services by you or any other person accessing this Site or the Apps using your Account (including

negligent or wrongful conduct); including any exercise activities provided by personal trainers or interaction with any users of the Service or (c) your breach or attempted breach of these Terms of Service.

**DISPUTE RESOLUTION AND MUTUAL ARBITRATION AGREEMENT**

<u>GOVERNING LAW</u>

Use of the Fabletics Services, membership in the Fabletics VIP Membership Program, any purchases made through the Fabletics Services, and any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics Services, Fabletics VIP Membership Program and/or your Account, or products purchased through the Fabletics Services (collectively, "Disputes") shall be governed by the laws of your home state of residence without respect to its choice (or conflict) of laws rules.

All Disputes between Fabletics and you must be commenced within one (1) year after the claim or cause of action arose.

<u>FORUM SELECTION/JURISDICTION</u>

Jurisdiction and venue for all Disputes shall be in Los Angeles, California. Each party submits to personal jurisdiction and venue in that forum for any and all purposes.

<u>AGREEMENT TO PRE-ARBITRATION NOTIFICATION</u>

These Terms of Service provide for final, binding arbitration of all Disputes (discussed immediately below). Fabletics and you agree, however, that it would be advantageous to discuss and hopefully resolve any Disputes before arbitration proceedings or any other proceedings authorized herein are initiated. In the event of a Dispute, the claimant whether you or Fabletics shall send a letter to the other side briefly summarizing the claim and the request for relief. If Fabletics is the claimant, the letter shall be sent, via email, to the email account listed in your Account. If you are the claimant, the letter shall be sent to Fabletics, LLC, Attn: General Counsel, 800 Apollo Street, El Segundo, California 90245. The parties agree that, before either party demands arbitration against the other, we will personally meet and confer, via telephone or videoconference, in a good-faith effort to resolve informally the Dispute. If you are represented by counsel, your counsel may participate in the conference, but you shall also fully participate in the conference. Engaging in this informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration. If the Dispute is not resolved within 60 days after the letter is sent, the claimant may proceed to initiate arbitration proceedings or any other proceedings authorized herein. The statute of limitations and any arbitration filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution process required by this paragraph.

<u>AGREEMENT TO ARBITRATE CLAIMS</u>

Except to the limited extent noted below, all Disputes shall be resolved by final, binding, and bilateral arbitration between you and Fabletics.

The arbitration shall take place in Los Angeles County, California and be administered by ADR Services, Inc. and shall be subject to ADR Services' most current version of its Arbitration Rules, available at https://www.adrservices.com/services/arbitration-rules or by calling ADR Services at 310-201-0010. If ADR Services is not available to arbitrate, the parties will mutually select an alternative arbitral forum, and either Party may invoke 9 U.S.C. § 5 to request that a court appoint an arbitration provider. To the extent there is a dispute over which arbitration provider shall administer the arbitration, only a court (and not an arbitrator or arbitration administer) may resolve that dispute, and the arbitration shall be stayed pending the court's ruling.

The arbitration demand must include (1) the name, telephone number, mailing address, username and e-mail address of the party seeking arbitration; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); and (4) the

77

signature of the party seeking arbitration. Counsel for any party bringing an arbitration demand must also provide a certification that, to the best of counsel's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, (1) the demand for arbitration is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

This arbitration agreement is subject to the Federal Arbitration Act and is enforceable pursuant to its terms on a self-executing basis. The parties agree that these Terms of Service evidence transactions involving interstate commerce. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which you reside shall apply.

The arbitrator (and not a court) shall determine any and all challenges to the arbitrability of a claim, including disputes about the scope, applicability, enforceability, revocability, or validity of this arbitration agreement. However, all disputes related to the enforceability and applicability of the class action waiver (see below) shall be resolved by a court and not an arbitrator. In the event that the arbitration agreement is found not to apply to you or to a particular Dispute, either as a result of your decision to opt out of the agreement to arbitrate, or as a result of a decision by the arbitrator or a court order, you and Fabletics agree that that Dispute must be resolved exclusively by a state or federal court located in Los Angeles County, California. The parties agree that all related Disputes that can be arbitrated shall be arbitrated first, and any non-arbitrable Disputes shall be stayed until the completion of the arbitration.

Unless either party or the arbitrator requests a hearing, the parties will submit their arguments and evidence to the arbitrator in writing. The arbitrator will make an award based only on the documents. This is called a Desk Arbitration. If any party makes a written request for a hearing within ten days after ADR Services acknowledges receipt of a claimant's demand for arbitration (or the arbitrator requests a hearing), the parties shall participate in a telephone or video hearing. In no event shall the parties be required to travel to Los Angeles to participate in the arbitration. The arbitrator is authorized to hear motions for summary disposition. Notwithstanding any provision in the ADR Services' rules to the contrary, and with the exception of Desk Arbitrations, the Federal Rules of Evidence shall govern the admissibility of evidence in any arbitral proceeding.

The parties agree that all of the arbitration proceedings, including any discovery, hearings, and rulings, shall be confidential to the fullest extent permitted by law.

The award shall be binding only among the parties and shall have no preclusive effect in any other arbitration or other proceeding involving a different party. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have.

If at any time the arbitrator or arbitration administrator fails to enforce the terms of this arbitration agreement, either party may seek to enjoin the arbitration proceeding in a court of competent jurisdiction, and the arbitration shall automatically be stayed pending the outcome of that proceeding.

The arbitral award shall be judicially enforceable. Any court of competent jurisdiction may, and upon request shall, enter judgment on the arbitral award. Either party may seek confirmation (judgment on the award) and/or enforcement in any court of competent jurisdiction. However, in any award issued in an arbitration conducted in accordance with this arbitration agreement, the arbitrator shall specify a reasonable time within which the final award shall be satisfied, and no party may seek to confirm the award until the time specified for satisfaction has expired. If the final award is satisfied during the specified time, no party shall seek to confirm the award.

ARBITRATION FEES AND COSTS. The fees that shall apply to arbitrations administered by ADR Services are set forth on ADR Services' website, available at https://www.adrservices.com/rate-fee-schedule/. Specifically, the fees set forth in ADR Services' Mass Employment Arbitration Fee Schedule shall apply when twenty (20) or more arbitration claims are filed which: (1) involve the same or similar parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, or events requiring the determination of

the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties. In all other circumstances, the fees set forth in ADR Services' General Fee Schedule shall apply, except that Fabletics will pay the portion of the initial case opening fees (if any) that exceeds the filing fee to file the case in a court of competent jurisdiction embracing the location of the arbitration. If the arbitrator finds that you cannot afford to pay ADR Services' filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from ADR Services, Fabletics will pay them for you.

Unless otherwise prohibited by law or the rules governing the arbitration, all disputes relating to or arising out of the payment of arbitration fees shall be decided only by a court of competent jurisdiction and not by an arbitrator or administrator, and the arbitration shall be stayed pending the resolution of such disputes by a court. Both parties agree not to oppose or interfere with any negotiations or agreements between the other party and the arbitration administrator, or individual arbitrator, relating to a party's portion of the fees. The arbitrator, however, may disallow any private agreement between an administrator, on the one hand, and the negotiating party, on the other hand, if the arbitrator believes that the private agreement undermines his or her neutrality as arbitrator.

If a party timely serves an offer of judgment under Federal Rule of Civil Procedure 68, and the judgment that the other party finally obtains is not more favorable than the unaccepted offer, then the other party shall pay the costs, including filing fees, incurred after the offer was made. Further, any finding by an arbitrator that a claim or counterclaim was filed for purposes of harassment or is frivolous under the standards set out in Federal Rule of Civil Procedure 11 shall entitle the other party to recover their attorneys' fees, costs, and expenses.

CLASS ACTION WAIVER (herein the "class action waiver"). Both you and Fabletics waive the right to bring any Dispute as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any such claim brought by anyone else. Nor shall the arbitrator have the authority or any jurisdiction to hear an arbitration as a class, consolidated, representative, or private attorney general action or to consolidate, join, or otherwise combine the claims of different persons into one proceeding. Consistent with their commitment to arbitrate all Disputes on an individualized basis, the parties also waive the right to bring any claims for public injunctive relief. To the extent applicable law prevents the parties from waiving a claim for public injunctive relief, all claims for public injunctive relief shall be heard by the arbitrator. Nothing in these Terms of Service prevent any party from participating in a settlement of a class, consolidated, representative, collective, or private attorney general action.

SEVERABILITY. Except as otherwise provided herein, if any portion of this arbitration agreement is found to be unenforceable or unlawful for any reason, (1) the unenforceable or unlawful provision will be severed from this arbitration agreement, (2) the remainder of the arbitration agreement will be given full force and effect, and (3) severance of the unenforceable or unlawful provision will have no impact on the remainder of the arbitration agreement or the parties' ability to compel arbitration of any remaining claims on an individual basis. In the event that a claim, cause of action or requested remedy is severed pursuant to this paragraph, then you and Fabletics agree that the claims, causes of action or requested remedies that are not subject to arbitration will be stayed until all arbitrable claims, causes of action and requested remedies are resolved by the arbitrator. If there is a final determination that applicable law precludes enforcement of the class action waiver as to any claim, cause of action or requested remedy, then that claim, cause of action or requested remedy will be severed and may be brought in a court of competent jurisdiction, but the waiver contained in this paragraph shall be enforced in arbitration on an individual basis as to all other claims, causes of action or requested remedies to the fullest extent possible.

**OPTING-OUT OF DISPUTE RESOLUTION PROCEDURE AND CLASS ACTION WAIVER**

You may elect to opt out (exclude yourself) from the final, binding arbitration procedure and the class action waiver specified in these Terms of Service by doing the following: within 15 days of setting up your Account, you must send a letter to Fabletics, LLC., c/o Legal Department, 800 Apollo Street, El Segundo, California 90245 that specifies (1) your name, (2) your account number or account member name, (3) your mailing address, and (4) your request to be excluded from the final, binding arbitration procedure and class action waiver specified in these Terms of Service. Each opt-out notice may opt out only one person; opt-out notices that attempt to opt out multiple people at the same time will be ineffective.

If you opt out of this arbitration agreement, all other Terms shall continue to apply to your Account, including the

requirement to participate in pre-dispute mediation. Opting out of this arbitration agreement has no effect on any previous, other, or future arbitration agreements that you may have with us. Notwithstanding any provision in these Terms of Service to the contrary, we agree that, if Fabletics makes any future change to the dispute resolution procedure and class action waiver provisions (other than a change to Fabletics' address), you may reject any such change by sending a letter to Fabletics within 15 days of the change to the address provided above. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this provision. Your letter must be postmarked by the applicable 15-day deadline to be effective. You are not required to send the letter by confirmed mail or return receipt requested, but it is recommended that you do so. Your request to be excluded will only be effective and enforceable if you can prove that the request was postmarked within the applicable 15-day deadline.

### NOTICE FOR CALIFORNIA USERS

Under California Civil Code sections 1798.83-1798.84, California residents are entitled to ask us for a notice describing what categories of personal customer information Fabletics shares with third parties or corporate affiliates for those third parties or corporate affiliates' direct marketing purposes. That notice will identify the categories of information shared and will include a list of the third parties and affiliates with which it was shared, along with their names and addresses. If you are a California resident and would like a copy of this notice, please submit a written request to the following address: General Counsel, 800 Apollo Street, El Segundo, CA, 90245. In your request, please specify that you want a "Your Fabletics California Privacy Rights Notice". Please allow 30 days for a response.

### SHIPPING

Shipping and handling charges are based on your subtotal order amount, calculated after applicable discounts and before sales tax. Rates are calculated as follows:

### Standard Shipping

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, Australia |
|---|---|---|
| $49.95 and over | FREE 6-14 Business Days | $9.00 6-14 Business Days |
| Under $49.95 | $5.95 Flat Rate 6-14 Business Days | $9.00 6-14 Business Days |

### Rush Shipping*

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, Australia |
|---|---|---|
| $49.95 and over | $15.95 2-3 Business Days | N/A |
| Under $49.95 | $15.95 2-3 Business Days | N/A |

* All delivery times above are based on average in-transit time. Orders shipped to Canada, P.O. Boxes and APOs/FPOs do not qualify for Rush Shipping.

Please note shipments arriving to Alaska, Hawaii, APO locations or Australia may be subject to longer transit times (up to 90 days) due to the carrier or location of station. At this time, expedited shipping is not available for Alaska, Hawaii, APO locations or Australia. All US orders are shipped FedEx via USPS and your order will be delivered by your local postal carrier. All Australia orders will be shipped via DHL.

As soon as your order ships, you will be provided with a tracking number via email. You can also find your order details and tracking information on the Order History tab within the My Account section.

## RETURNS & EXCHANGES

Fabletics strives to provide an amazing shopping experience and superior customer service. If for any reason you are not content with your order, we gladly accept returns and exchanges for US and Canada orders within 90 days from the date of shipment and in new, unused condition with original packaging. Exchanges are not available in Australia, and orders can only be returned. Some items purchased through special promotions may be final sale, and therefore not eligible for exchanges or returns (please refer to promotion disclaimers for the terms of each offer).

Click Here Updates Related to Covid-19

Accessories must be returned with all pieces included and intact, and apparel must also be returned unworn, with all tags still attached.

In the US and Canada, 3 easy return options are offered: (1) return for member credit or store credit for free; (2) exchange for another item for free; (3) return for a refund*. Return shipping and handling for Australia and non-contiguous US territories, including Alaska, Hawaii, Puerto Rico and APOs, is $9.00.

In Australia, 2 easy return options are offered: (1) return for member credit or store credit for free; (2) return for a refund. Exchanges are not offered in Australia. If you would like to exchange an item, please return the item and place a new order. Please note: new orders are subject to standard shipping rates.

Please note that any member credit or store credit used to pay for an order will be returned as store credit and will not be eligible for a refund to a credit card.

*Reward points associated with the purchase will be deducted from your account if you do choose a refund. Items redeemed through the rewards program are not eligible for returns or exchanges.

## Shipping Your Returns/Exchanges

Returns and exchanges are easy! Just print your free return label and return packing slip by visiting the Order History page under My Account or you can obtain return label by calling our Customer Service Representatives by dialing our toll free number at 1-844-Fabletics (1-844-322-5384). Our Customer Service Representatives will email you our pre-paid return shipping label.

Then follow these steps:

- Print label and return slip.
- Prepare package including return slip in the original, undamaged box and packaging.
- Attach the pre-paid return shipping label to your shipment.
- Drop it off at any USPS or FedEx location.

## GENERAL INFORMATION

These Terms of Service constitute the entire agreement between you and Fabletics and govern your use of the Fabletics Services, and they supersede any prior agreements between you and Fabletics. You also may be subject to additional terms and conditions that are applicable to certain parts of the Fabletics Services. Fabletics may terminate this Agreement and deny you access to the Fabletics Services at any time, immediately and without notice, if in Fabletics' sole discretion you fail to comply with any provision of these Terms of Service.

You agree that no joint venture, partnership, employment, or agency relationship exists between Fabletics and you as a result of this Agreement or your use of the Fabletics Services.

The failure of Fabletics to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision. The invalidity of any term, condition or provision in these Terms of Service shall not affect the enforceability of those portions of the Terms deemed enforceable by applicable courts of law.

You may not assign the Terms or any of your rights or obligations under the Terms without Fabletics' express written consent. The Terms inure to the benefit of Fabletics' successors, assigns and licensees. The section titles in these Terms of Service are for convenience only and have no legal or contractual effect.

Updated: April 12, 2022

# EXHIBIT F

# FABLETICS TERMS OF SERVICE, USE AND PURCHASE

Welcome to Fabletics! This website located at www.fabletics.com (this "Site") is owned and operated by Fabletics, LLC, a subsidiary of Fabletics, Inc. (the "Company") (collectively with the Company, "Fabletics"). Fabletics provides website features and other products and services to you when you visit, shop or purchase items from this Site, access this Site from your mobile devices, or use software provided by Fabletics in connection with any of the foregoing (collectively, "Fabletics Services"). Fabletics provides its products and services subject to these Terms of Service.

**By using the Fabletics Services, you agree to these conditions. Please read them carefully. These Terms of Service include a mutual arbitration agreement, class action waiver, and limitations on liability.**

By accessing or using this Site, mobile application or other Fabletics product or service on any computer, mobile phone, tablet, console or other device (collectively, "Device"), you acknowledge and agree that you have read, understand and agree to be bound by these Terms of Service and any other applicable law, whether or not you are a registered member of Fabletics. You must be at least 18 years old to use this Site or Services. Fabletics may change these Terms of Service at any time without notice. When we make changes, we will post them here. Your continued use of the Fabletics Services or enrollment as a Fabletics VIP Member shall be considered your acceptance to the revised Terms of Service. If you do not agree to these Terms of Service, please do not use this Site or any Fabletics Services and immediately cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or visiting us online to cancel.

## ELECTRONIC COMMUNICATIONS

When you use any Fabletics Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this Site or through the other Fabletics Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## SMS MESSAGING

When you provide your phone number and opt-in to Fabletics' text message marketing program (the "Messaging Service"), you agree to receive recurring automated promotional and personalized marketing text (e.g., SMS and MMS) messages (e.g., cart reminders) from Fabletics, including text messages that may be sent using an automatic telephone dialing system, to the mobile telephone number you provided when signing up or any other number that you designate. Consent to receive automated marketing text messages is not a condition of any purchase. Reply HELP for help and STOP to cancel. Message & Data rates may apply.

Message frequency will vary. Fabletics reserves the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. Fabletics also reserves the right to change the short code or phone number from which messages are sent and we will notify you when we do so.

Not all mobile devices or handsets may be supported and our messages may not be deliverable in all areas. Fabletics, its service providers and the mobile carriers supported by the program are not liable for delayed or undelivered messages.

We are able to deliver messages to the following mobile phone carriers: Major carriers: AT&T, Verizon Wireless, Sprint, T-Mobile, MetroPCS, U.S. Cellular, Alltel, Boost Mobile, Nextel, and Virgin Mobile. Minorcarriers: 1stPoint Communications, Aerialink, Alaska Communications Systems (ACS), Appalachian Wireless (EKN), Arctic Slope Telephone Cooperative Association, ATNI (Commnet/Choice Wireless), Bandwidth (Republic Wireless), Bell Mobility, Bluegrass Cellular, BreakAway Wireless, BrightlinkIP, Cambridge Telephone Company, Carolina West Wireless, Cellcom, Cellone Nation, Cellular One of East Central IL (ECIT), Cellular One of Northeast Arizona, Cellular One of Northeast Pennsylvania, Chariton Valley, Cincinnati Bell Wireless, Claro (Puerto Rico), Cooper

Valley, Coral Wireless (Mobi PCS), Cordova Wireless, COX, Cricket Wireless, Cross, C-Spire, Custer Tel, Digital Communications Consulting (DCC/OTZ Telecommunications), Duet, Element Mobile (Flat Wireless), Enflick (TextNow), Epic Touch (Elkhart Telephone), Fido Mobile, Fizz Mobile, Freedom Mobile, GCI, Golden State, Google Voice, GTA, Hawkeye (Chat Mobility), Hawkeye (NW Missouri), Illinois Valley Cellular, Indigo Wireless, Inland Cellular,Inteliquent (Layered/Onvoy/UNREAL/FreedomPop), iWireless (Iowa Wireless), James Valley, Keystone Wireless (Immix Wireless/PC Man), Mosaic (Consolidated or CTC Telecom), MTPCS, NE Colorado, Nemont CDMA (Sagebrush Cellular), Nemont UMTS, Nex-Tech Wireless, NTelos, Nucla-Naturita Tel, Open Mobile (Puerto Rico), Orange, Panhandle Communications, Peerless Networks, Pine Cellular, Pinger (Textfree), Pioneer, Plateau (Texas RSA 3 Ltd), Plivo, PTCI (Panhandle Telephone Coop.), PTI Pacifica (IT&E), Revol, RINA, Rogers Wireless, Sasktel, Simmetry (TMP Corporation), Shelcomm, Silver Star Communications, Snake River PCS (Eagle Tel), SouthernLINC, Standing Rock, Strata Networks, Telnyx, Telus Mobiity, TextMe, Thumb Cellular, Triangle Wireless, Trilogy, Truphone, TSG Global (Flextalk), Tychron, Union Wireless, United Wireless, Viaero Wireless, Videotron Mobile, Viva, Viya, Washington RSA No. 8, West Central (WCC or 5 Star Wireless), and Zipwhip.

Text the keyword STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode to cancel. After texting STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode you will receive one additional message confirming that your request has been processed. You acknowledge that our text message platform may not recognize and respond to unsubscribe requests that do not include the STOP, END, CANCEL, UNSUBSCRIBE or QUIT keyword commands and agree that Fabletics and its service providers will have no liability for failing to honor such requests. If you unsubscribe from one of our text message programs, you may continue to receive text messages from Fabletics through any other programs you have joined until you separately unsubscribe from those programs.Text the keyword HELP to our shortcode to return customer care contact information. If you are experiencing any problems with the Messaging Service, you may call us at 1-844-322-5384 or contact us through live chat available 9am - 9pm (EST), 7 days a week.

## FABLETICS MEMBERSHIP

Fabletics provides a monthly membership program that provides you access to the latest athletic wear trends and many other perks. To get started, simply take our Lifestyle Quiz. Next, you must register and create a member account through this Site ("Account"). After you have successfully created an Account, you will have the option to select your favorite item(s) from the 'My Outfits' section of your Account ("Outfits"). There is no registration fee and no obligation to purchase. Our Fabletics style experts will continue to determine which athletic wear outfits best match your workouts and style. If you choose to create an Account, you agree to provide and maintain true, accurate, current and complete information about yourself as prompted by the Fabletics registration form. Registration data and certain other information about you are governed by our Privacy Policy.

## VIP MEMBERSHIP PROGRAM

Fabletics offers members the opportunity to participate in its monthly membership program (the "VIP Membership Program"). To become a Fabletics VIP Member, you must checkout as a VIP member when making a Fabletics purchase on this Site or through an applicable Service. As a Fabletics VIP Member, our experts will send you a customized selection of Fabletics products on the 1st day of every month. You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience. As a valued Fabletics VIP Member, you will enjoy numerous perks and benefits such as exclusive VIP Member-only pricing, dedicated promotions, access to the Fabletics FIT app, free shipping on orders over $49.95, free returns and exchanges within 90 days and access to VIP events and parties. Fabletics VIP Members will also have access to Yitty VIP Membership perks, including VIP Member-only pricing on Yitty products. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or by using live chat or online cancel options in your Account.

## HOW VIP MEMBERSHIP WORKS

Upon enrollment in the VIP Membership Program, you will receive new monthly customized selections of merchandise on the first (1st) day of every month. You must log into your account and select the 'Skip the Month' option between the 1st and the 5th of each month. If you do not 'Skip the Month' between the 1st and the 5th of the

month your credit card or payment method will be charged an automatic monthly membership fee of $59.95 on the 6th (until you cancel) for enhanced monthly benefits, including a promotional member credit. All promotional member credits will expire 12 months after the date of issuance. Promotional membership credits are non-transferable and cannot be redeemed for cash or store credit. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384), or online, using live chat or visiting your Account page.

Each promotional member credit will be applied to your Account and can be redeemed for any individual item or two-piece outfits up to $100  in-store or on the Site, including www.yitty.fabletics.com (the "Yitty Site"). These outfits and items may be valued below or above $59.95. You may 'Skip' as many months as you like, there is no obligation to buy. Even if you decide to 'Skip' any month, you may return to your Account at any time to make a purchase. If you 'Skip' any month, you will not have access to certain exclusive benefits for the remainder of that month, including access to select styles, promotions and product pricing.

You may cancel your Fabletics VIP Membership Account at any time. If you wish to cancel your Account, simply call our Fashion Consultants at 1-844-Fabletics (1-844-322-5384), 7 days a week. You may also cancel your VIP Membership Account online by contacting us via online live chat or visiting your Account page. There is no cancellation fee. Any remaining promotional member credits on your Account will expire 12 months after the date on which they were issued. You may use any remaining unexpired promotional member credits after cancellation for any individual item or two-piece outfits up to $100 in-store or on the Fabletics or Yitty Sites , but you will no longer have access to discounted VIP member only pricing for any items purchased without a promotional member credit. Please be advised that your Account may only be canceled by the registered Fabletics VIP Member or the holder of the valid credit card or payment method on file related to your Account.

## VIP MEMBER PERKS - VIP PRICING

As a Fabletics VIP Member, you have access to perks such as 20 to 50% off retail pricing on almost all items, free shipping on orders over $49.95, access to the Fabletics FIT app (a $14.95 monthly value), free returns and exchanges within 90 days, access to VIP events and parties, a free magazine subscription with purchase over $60, and loyalty points on all orders.

Your Fabletics VIP Membership also includes access to Yitty VIP Membership perks including 20 to 50% off retail pricing on almost all Yitty items on www.yitty.fabletics.com, access to exclusive styles and offers, free shipping on Yitty orders over $49.95, free returns and exchanges within 90 days, and a free magazine subscription with a Yitty purchase over $60.

The monthly $59.95 membership fee charge also unlocks additional membership perks and benefits. The membership charge grants you access to an exclusive section of the Fabletics website with exclusive product offerings, a special dedicated customer service line and support, special promotions and sales, and a promotional credit that can be redeemed for any individual item or outfit up to $100 in-store or on the Fabletics or Yitty Sites. Free shipping also applies to any purchases made with promotional credits. Additional membership benefits related to the monthly membership charge coming soon!

You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience.

## FABLETICS AND YITTY MEMBERSHIPS

When you enroll in the Fabletics VIP Membership Program, you will also be given access to the VIP Membership and related perks on the Yitty Site. For instance, a Fabletics VIP Member will also be able to purchase shapewear on the Yitty Site at exclusive VIP Member pricing.

You may 'Skip the Month' through your Account between the 1st and the 5th of each month on either the Fabletics or Yitty Site and this will 'Skip' your Account for both the Fabletics and Yitty brands for that month. If you do not 'Skip the Month' between the 1st and the 5th of the month on either Sites your credit card or payment method will be charged an automatic monthly membership fee of $59.95 on the 6th (until you cancel) for enhanced monthly

benefits, including a promotional member credit. This promotional member credit can be used on either the Fabletics or Yitty Site or in-store and can be redeemed for any individual item or two-piece outfits up to $100. Promotional member credits will expire 12 months after the date on which they were issued.

You may cancel your Fabletics VIP Membership Account at any time by calling 1-844-322-5384 (available 24/7), contacting us via live chat or visiting your Account page. Please note that canceling your Fabletics VIP Membership will also cancel your Yitty VIP Membership and you will no longer have access to Yitty VIP Member perks.

## MOBILE APPLICATIONS

With your Fabletics VIP Membership, you may access the Fabletics Fitness App available at the Apple App Store. Access to the Fabletics Fitness App is contingent on maintaining an active VIP Membership. If you cancel your Fabletics or Yitty VIP Membership or your Fabletics or Yitty VIP Membership is terminated for any reason, you will no longer be able to use the services offered on the Apps. To use or access the Services through the Fabletics Fitness App, you will need a supported mobile device with adequate software. Fabletics cannot guarantee the Fabletics Fitness App will be compatible with, or available on, your device. It is your responsibility to ensure your mobile device's functionality. Further, your mobile phone company's normal messaging, data, and other rates and fees will still apply and you shall be responsible for any such charges. Please check with your Internet or mobile phone provider for information on possible data usage charges.

By downloading or using the Fabletics Fitness App, you expressly agree we may communicate with you regarding transactions you have initiated on the Services or respond to your communications to us through the Services by SMS, MMS, text message or other electronic means directed to your device and that certain information about your usage of the Fabletics Fitness App may be communicated to us automatically from your device. Fabletics will not send you direct marketing messages without your prior express consent and you can opt out of receiving any marketing messages at any time. In addition, Fabletics may require you to accept updates to the Fabletics Fitness App that you have installed on your mobile device. You acknowledge and agree that Fabletics may update the Apps and the Services without notification to you.

Fabletics hereby grants you a limited, personal, non-exclusive, non-transferable, non-sublicensable, revocable license to: (1) access and use the Fabletics Services and related content; (2) access and use the software and the Fabletics Fitness App downloaded directly from a legitimate marketplace solely for your personal use for lawful purposes. With respect to any open source code or software that may be incorporated in the Fabletics Fitness App, your license shall be subject to such open source or third-party license, if any, authorizing use of such code.

## APP STORE

The following terms apply to the third-party platform from which you accessed or downloaded the Fabletics Fitness App, e.g., the Apple App Store ("App Store"). You acknowledge that this Agreement is between you and Fabletics and not with the App Store. Fabletics, not the App Store, is solely responsible for the Services, the content thereof, maintenance, support services, and warranty therefor, and addressing any claims relating thereto.

## NOT MEDICAL ADVICE

You expressly acknowledge and agree that Fabletics is not providing medical advice via the Services. All content provided through the Services, whether provided by Fabletics or third parties including from any personal trainers, shall not be used as a substitute for professional medical consultation, advice, diagnosis or treatment from a physician or other healthcare professional. You should consult with your physician or other healthcare professional before engaging in any physical activity, exercise program or making any dietary changes. If you have any concerns or questions about your health, you should always consult with a physician or other healthcare professional.

To the extent permitted by applicable law, Fabletics is not responsible for any health problems, injuries or damages that may result from your use of, or inability to use, the Fabletics Services, which includes but is not limited to, any training programs, activities, dietary recommendations, consultations, products, events or other information you learn through the Fabletics Services. Do not ignore or delay in obtaining professional medical advice or treatment because of information accessed through the Site, the Fabletics Fitness App or Services. If think you are

experiencing a medical emergency, stop using the Fabletics Service and immediately contact a medical professional or your local emergency services.

You expressly acknowledge and agree that the exercise activities offered through the Services carry certain inherent and significant risks of property damage, bodily injury, or death. If you engage in any exercise programs or physical activity through the Fabletics Services, you agree that you do so at your own risk and that you voluntarily assume all known and unknown risks associated with these activities, even if caused in whole or part by the action, inaction, or negligence of Fabletics or by the action, inaction, or negligence of others. Fabletics assumes no responsibility for any act, omission, activity, product or service of any personal trainer featured through the Services. Fabletics does not guarantee any results in connection with the Services.

## RISK OF LOSS/TITLE

The risk of loss and title for products purchased on the Site or through the Fabletics Services passes to the purchaser upon our delivery to the carrier. Replacement of products and credits to your account for shipped merchandise claimed as not received are subject to our investigation. We will adjust your account at our discretion. Fabletics does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Fabletics does not take title to the refunded item. Certain products may be shipped from Mexico, and for such goods consumers consent to and authorize G-Broker, Inc., as the US customs broker and G-Broker, Inc., shall act as the consumers agent to transact business with U.S. Customs and Border Protection agency to clear merchandise and account for applicable duties and taxes.

## SALES & USE TAXES

Fabletics is not required by law to collect sales and/or use taxes in all states. However, Fabletics reserves the right to collect sales tax in any jurisdictions if it believes that such collection is required by law. Fabletics also reserves the right to collect fees associated with tariff taxes and surcharges.

For states imposing sales or use taxes, your purchase may be subject to use tax unless it is specifically exempt from taxation. Your purchase is not exempt merely because it is made over the Internet or by other remote means. Many states require purchasers to file a sales/use tax return at the end of the year reporting all of the taxable purchases that were not taxed and to pay tax on those purchases. You may have a tax obligation in states where Fabletics does not collect sales tax. Details of how to report these taxes may be found at the websites of your respective taxing authorities.

Effective July 1, 2022, Colorado imposes a non-refundable retail delivery fee of $0.27 on all deliveries by motor vehicle to a location in Colorado with at least one item of tangible personal property subject to state sales or use tax. Fabletics is liable to collect and remit the fee on each order to be delivered to a Colorado address. The fee applies to the entire order regardless of the number of items in an order and how many shipments are needed to deliver the items ordered. The retail delivery fee is not refundable on orders that are returned for a credit or refund including sales tax.

## PAYMENT INFORMATION

To make purchases through the Fabletics Services or to become a Fabletics VIP you must submit credit card information or another valid payment method that is acceptable to Fabletics. You represent and warrant to Fabletics that such information is true and that you are authorized to use the payment instrument. You will promptly update your Account information with any changes (for example, a change in your billing address or credit card expiration date) that may occur. You authorize Fabletics to use any updated credit card information submitted by your credit card company directly to Fabletics and if there is no updated credit card information Fabletics may use additional payment methods you have provided as a default payment option. If you dispute any charges, you must inform Fabletics within thirty (30) days upon receipt of Fabletics' invoice. We reserve the right to change Fabletics prices, fees or the number of Member Credits required to purchase items. Your continued use of the Fabletics Services after the price change becomes effective constitutes your agreement to pay the changed amount.

## ACCOUNT CONFIDENTIALITY AND ACCESS

You are solely responsible for maintaining the confidentiality of your Account, all activities occurring under your Account and all access to and use of the Fabletics Services by anyone using your Account, whether or not such activities and access are actually authorized by you, including but not limited to all communications, transactions and obligations. You agree to accept responsibility for all activities that occur under your account and password. Fabletics shall not be liable or responsible for any loss or damage arising from any unauthorized use, access or any other breach of security of your Account, including but not limited to your member sign-in password and email address. You acknowledge and accept that your use of the Fabletics Services is in compliance with these Terms of Service. You further acknowledge and accept that Fabletics shall have no obligation to investigate the authorization or source of any Account activity, including purchase activity following a proper log-in to this Site or any Services, which is defined as a matching and current member sign-in and user password. You shall notify Fabletics immediately of any unauthorized access to your Account or any other unauthorized use of any Fabletics Services.

You agree that Fabletics may, without prior notice, immediately terminate, limit your access to or suspend your Account based on any of the following: (a) breach or violation of these Terms of Service; (b) upon request by law enforcement; (c) unforeseeable technical or security issues or problems; (d) extended periods of inactivity; or (e) fraudulent, deceptive or illegal activity, or any other activity which Fabletics believes is harmful to its business interests; or (f) for no reason. You agree that any termination, limitation of access and/or suspension shall be made in the Fabletics' sole discretion and that Fabletics shall not be liable to you or any third party for the termination, limitation of access and/or suspension of your Account.

## PROHIBITED USES

Any and all Fabletics Services may be used only for lawful purposes and are available only for your personal, noncommercial use, which shall be limited to viewing this Site, using the Apps, purchasing products, providing information to Fabletics, and downloading product information for your personal review. You shall not use the Services to sell a product or service, increase traffic to your own website or a third-party website for commercial reasons or otherwise undertake any endeavor aimed at deriving revenue. You are responsible for your own communications, including the transmission, posting, and uploading of information and are responsible for the consequences of such communications. Fabletics specifically prohibits any use of the Fabletics Service, and requires all users to agree not to use the Fabletics Services, for any of the following:

• Posting any information which is incomplete, false, inaccurate or not your own;

• Creating multiple accounts for the same user;

• Accessing data not intended for you or logging on to a Fabletics server or account, which you are not authorized to access;

• Engaging in conduct that would constitute a criminal offense, giving rise to civil liability or otherwise violate any city, state, national or international law or regulation that would fail to comply with accepted Internet protocol;

• Communicating, transmitting, or posting material that is copyrighted or otherwise owned by a third party unless you are the copyright owner or have the permission of the owner to post it;

• Communicating, transmitting, or posting material that reveals trade secrets, unless you own them or have the permission of the owner;

• Communicating, transmitting, or posting material that infringes on any other intellectual property, privacy or publicity right of another;

• Communicating, transmitting, or transferring (by any means) information or software derived from the site to foreign countries or certain foreign nations in violation of any applicable export control laws;

• Attempting to interfere in any way with this Site's or the Apps' network security, or attempting to use this Site's or the Apps' service to gain unauthorized access to any other computer system;

• Communicating, transmitting, or posting material that is in violation of applicable laws or regulations;

• Attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization (or succeeding in such an attempt);

• Attempting to interfere or interfering with the operation of this Site, or the Apps, Fabletics' provision of services to any other visitors or users to this Site or the Apps, Fabletics hosting provider or networks, including, without limitation, via means of submitting a virus to this Site or the Apps, overloading, "flooding", "mailbombing" or "crashing" this Site or the Apps;

• Forging any TCP/IP packet header or any part of the header information in any e-mail or transmission or posting to this Site or the Apps.

## USER CONTENT

Any and all content, comments, feedback, advice, suggestions, ideas, concepts, photos, questions or other communications (collectively, "User Content") that you submit or post through any Fabletics Services shall be deemed non-confidential and non-proprietary. By submitting or posting any User Content, you grant to Fabletics and its affiliates a perpetual, irrevocable, royalty-free, worldwide, sublicensable and transferable license to copy, publish, translate, modify, create derivative works from, distribute, reproduce, display, or use the User Content in any commercial or non-commercial manner whatsoever. Fabletics will be free to use any ideas, concepts, know-how or techniques contained in such User Content for any purpose whatsoever, including but not limited to developing, manufacturing and marketing products that incorporate or otherwise rely upon such information. Fabletics shall have no obligation to monitor User Content, use or display User Content, compensate you for submitting User Content, or respond to any User Content. You are solely responsible for your use of any User Content you post, including the transmission, accuracy and completeness of the User Content. In addition, relying on any User Content by other users is at your own risk. To the extent permitted by applicable law, under no circumstances will Fabletics be responsible or liable for any loss or damage resulting from your reliance on information, advice or other User Content provided by any user of our Services. Fabletics retains the right, in its sole discretion and without prior notice, to remove, revise or refuse to post any User Content for any reason or no reason.

By connecting to Fabletics with a third-party service (e.g., Facebook or Twitter), you give us permission to access and use your information from that service as permitted by that service, and to store your log-in credentials for that service. For more information on the types of information we collect from these third-party services, please read our Privacy Policy.

If you utilize your Facebook account to access and use the social features available through the Fabletics Services, you can choose whether or not you wish to share content or information related to your Account on Facebook. You agree that Fabletics is not responsible for any content or information related to your Account once it is shared and posted on Facebook. If you use the Fabletics Services and its social features, you agree to respect other users of the Fabletics Services in your interactions with them. Fabletics reserves the right, in its absolute discretion, to disable your account if it believes that you are violating any term or condition set forth herein.

By submitting User Content, you represent and warrant that the User Content does not (i) contain false or misleading information, (ii) infringe on the intellectual property rights of any third party, (iii) contain any libelous, defamatory, obscene, offensive, threatening or otherwise harassing content, (iv) contain any addresses, email addresses, phone numbers or any contact information, or (v) contain computer viruses, worms or other harmful files. You are solely responsible for the User Content and you hereby agree to indemnify and hold Fabletics and its employees, agents and affiliates harmless from any and all damages, claims, expenses, costs or fees arising from or in connection with a breach of any of the foregoing representations or your violation of any law or rights of a third party.

## PRODUCT INFORMATION

Prices, descriptions and availability of products are subject to change without notice. Errors may be corrected when discovered, and Fabletics reserves the right to revoke any stated offer in order to correct any errors or inaccuracies.

Although Fabletics has made every effort to display our products and their colors as accurately as possible, the displayed colors of the products depend upon the monitor of the user, and Fabletics cannot guarantee that the user's monitor will accurately portray the actual colors of the products. Products displayed may be out-of-stock or discontinued, and prices are subject to change. Fabletics is not responsible for typographical errors regarding price or any other matter.

## PURCHASE CANCELLATIONS

All orders placed through any Fabletics Services are subject to Fabletics' acceptance. This means that Fabletics may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your credit card or payment method has already been charged for an order that is later cancelled, Fabletics will issue you a refund.

## INTELLECTUAL PROPERTY RIGHTS

All content, graphics, text, code and software used on or incorporated into this Site and/or any Fabletics Service, and the arrangement or integration of all such content, graphics, code and software, are subject to copyrights held by or licensed to Fabletics and all rights thereto are specifically reserved. As between you and Fabletics, (or any other company whose marks appear on any of the Fabletics Services), Fabletics (or the respective company) is the owner and/or authorized user of any registered or unregistered trademark, trade name and/or service mark appearing on any of the Fabletics Services, and is the copyright owner or licensee of the materials and content contained therein, unless otherwise indicated. The Fabletics logos, designs, titles, phrases, product names, photographs, images, videos and content and the copyrights, trademarks, service marks, trade dress and/or other intellectual property in such materials (collectively, "Intellectual Property") are owned by Fabletics and may be registered in the United States and internationally. You agree not to display or use the Fabletics Intellectual Property in any manner without Fabletics' prior written permission. Nothing contained on this Site or in any of the Fabletics Services should be construed to grant any license or right to use any Fabletics Intellectual Property without the prior written consent of Fabletics.

Except as otherwise provided herein, use of the Fabletics Services does not grant you a license to any materials, content or features you may access on this Site or via the Fabletics Services and you may not modify, rent, lease, loan, sell, distribute or create derivative works of such materials and content, features or materials, in whole or in part. Any commercial use of the Fabletics Services is strictly prohibited, except as otherwise approved by us. You may not download or save a copy of any of the materials and content or screens for any purpose except as otherwise provided by Fabletics. If you make use of the Fabletics Services, other than as provided herein, in doing so you may violate copyright and other laws of the United States and/or other countries, as well as applicable state laws, and you may be subject to liability for such unauthorized use. The information contained in the Fabletics Services including, without limitation, all site design, text, graphics, interfaces, and the selection and arrangements is protected by law including, but not limited to, copyright law.

## DISCLAIMER OF WARRANTIES; LIMITATION OF LIABILITY

Fabletics publishes information within the Fabletics Services as a convenience to its visitors. While Fabletics attempts to provide accurate and timely information, there may be inadvertent technical or factual inaccuracies and typographical errors. We reserve the right to make corrections and changes to the Fabletics Services at any time without notice. The Fabletics products described in the Fabletics Services may not be available in your region. Fabletics does not claim that the information on this Site or the Apps is appropriate to your jurisdiction or that the products described in the Fabletics Services will be available for purchase in all jurisdictions.

YOUR USE OF THE FABLETICS SERVICES ARE AT YOUR SOLE RISK. THE FABLETICS SERVICES AND THE PRODUCTS OFFERED THROUGH THE FABLETICS SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, FABLETICS DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF

MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

FABLETICS MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED, THAT THE OPERATION OF THIS SITE OR ANY OF THE FABLETICS SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE, THAT ANY DEFECTS WILL BE CORRECTED, OR THAT THE SITE, APPS OR THE SERVER THAT MAKES THE SITE AND APPS AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, OR AS TO THE INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH THIS SITE, OR ANY OF THE FABLETICS SERVICES, IN TERMS OF THEIR CORRECTNESS, ACCURACY, ADEQUACY, USEFULNESS, TIMELINESS, RELIABILITY OR OTHERWISE, UNLESS OTHERWISE SPECIFIED IN WRITING.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH FABLETICS, INCLUDING, BUT NOT LIMITED TO DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE AND CONSEQUENTIAL DAMAGES, INCLUDING WITHOUT LIMITATION FOR ANY LOST PROFITS, DATA, OR USE EVEN IF FABLETICS HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF, OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY INJURIES OR DAMAGES SUSTAINED FROM YOUR PHYSICAL ACTIVITIES, EVEN IF CAUSED IN WHOLE OR PART BY THE ACTION, INACTION OR NEGLIGENCE OF FABLETICS OR OTHERS.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF THIS SITE, THE APPS OR THE FABLETICS SERVICES ISSUED AGAINST YOU BY THIRD PARTY FINANICAL INSTITUTIONS SUCH AS BANKS OR CREDIT CARD COMPANIES. FABLETICS SHALL NOT BE LIABLE FOR ANY OVERDRAFT, LATE OR ANY OTHER CHARGES ISSUED AGAINST YOU BY A BANK OR CREDIT CARD.

CERTAIN STATE LAWS MAY NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU AND YOU MAY HAVE ADDITIONAL RIGHTS.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE FABLETICS SERVICES, OR WITH ANY OF THESE TERMS OF SERVICE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USE OF THE FABLETICS SERVICES. IF A PRODUCT OFFERED THROUGH THE FABLETICS SERVICES IS NOT AS DESCRIBED, YOUR SOLE REMEDY IS TO RETURN IT IN ACCORDANCE WITH THE RETURN POLICY SET FORTH IN DETAIL IN THESE TERMS OF SERVICE.

Fabletics makes no warranties of any kind regarding any third party sites to which you may be directed or hyperlinked from the Fabletics Services. Hyperlinks are included solely for your convenience, and Fabletics makes no representations or warranties with regard to the accuracy, availability, suitability or safety of information provided in such third party sites. Fabletics does not endorse, warrant or guarantee any products or services offered or provided by or on behalf of third parties through the Fabletics Services.

## INDEMNITY AND RELEASE

You agree to indemnify and hold Fabletics and its parent, subsidiaries, affiliates, officers, agents and employees harmless from any and all liabilities, claims, demands, actions, suits, losses, obligations, judgments, proceedings, damages, expenses and costs (including reasonable attorneys' fees), based upon, arising from or related to (a) information or content submitted, transmitted or otherwise made available on or through the Fabletics Services by you or any other person accessing the Fabletics Services using your Account; (b) the use of, or connection to, the Fabletics Services by you or any other person accessing this Site or the Apps using your Account (including

negligent or wrongful conduct); including any exercise activities provided by personal trainers or interaction with any users of the Service or (c) your breach or attempted breach of these Terms of Service.

## DISPUTE RESOLUTION AND MUTUAL ARBITRATION AGREEMENT

### GOVERNING LAW

Use of the Fabletics Services, membership in the Fabletics VIP Membership Program, any purchases made through the Fabletics Services, and any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics Services, Fabletics VIP Membership Program and/or your Account, or products purchased through the Fabletics Services (collectively, "Disputes") shall be governed by the laws of your home state of residence without respect to its choice (or conflict) of laws rules.

All Disputes between Fabletics and you must be commenced within one (1) year after the claim or cause of action arose.

### FORUM SELECTION/JURISDICTION

Jurisdiction and venue for all Disputes shall be in Los Angeles, California. Each party submits to personal jurisdiction and venue in that forum for any and all purposes.

### AGREEMENT TO PRE-ARBITRATION NOTIFICATION

These Terms of Service provide for final, binding arbitration of all Disputes (discussed immediately below). Fabletics and you agree, however, that it would be advantageous to discuss and hopefully resolve any Disputes before arbitration proceedings or any other proceedings authorized herein are initiated. In the event of a Dispute, the claimant whether you or Fabletics shall send a letter to the other side briefly summarizing the claim and the request for relief. If Fabletics is the claimant, the letter shall be sent, via email, to the email account listed in your Account. If you are the claimant, the letter shall be sent to Fabletics, LLC, Attn: General Counsel, 800 Apollo Street, El Segundo, California 90245. The parties agree that, before either party demands arbitration against the other, we will personally meet and confer, via telephone or videoconference, in a good-faith effort to resolve informally the Dispute. If you are represented by counsel, your counsel may participate in the conference, but you shall also fully participate in the conference. Engaging in this informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration. If the Dispute is not resolved within 60 days after the letter is sent, the claimant may proceed to initiate arbitration proceedings or any other proceedings authorized herein. The statute of limitations and any arbitration filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution process required by this paragraph.

### AGREEMENT TO ARBITRATE CLAIMS

Except to the limited extent noted below, all Disputes shall be resolved by final, binding, and bilateral arbitration between you and Fabletics.

The arbitration shall take place in Los Angeles County, California and be administered by ADR Services, Inc. and shall be subject to ADR Services' most current version of its Arbitration Rules, available at https://www.adrservices.com/services/arbitration-rules or by calling ADR Services at 310-201-0010. If ADR Services is not available to arbitrate, the parties will mutually select an alternative arbitral forum, and either Party may invoke 9 U.S.C. § 5 to request that a court appoint an arbitration provider. To the extent there is a dispute over which arbitration provider shall administer the arbitration, only a court (and not an arbitrator or arbitration administer) may resolve that dispute, and the arbitration shall be stayed pending the court's ruling.

The arbitration demand must include (1) the name, telephone number, mailing address, username and e-mail address of the party seeking arbitration; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); and (4) the

signature of the party seeking arbitration. Counsel for any party bringing an arbitration demand must also provide a certification that, to the best of counsel's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, (1) the demand for arbitration is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

This arbitration agreement is subject to the Federal Arbitration Act and is enforceable pursuant to its terms on a self-executing basis. The parties agree that these Terms of Service evidence transactions involving interstate commerce. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which you reside shall apply.

The arbitrator (and not a court) shall determine any and all challenges to the arbitrability of a claim, including disputes about the scope, applicability, enforceability, revocability, or validity of this arbitration agreement. However, all disputes related to the enforceability and applicability of the class action waiver (see below) shall be resolved by a court and not an arbitrator. In the event that the arbitration agreement is found not to apply to you or to a particular Dispute, either as a result of your decision to opt out of the agreement to arbitrate, or as a result of a decision by the arbitrator or a court order, you and Fabletics agree that that Dispute must be resolved exclusively by a state or federal court located in Los Angeles County, California. The parties agree that all related Disputes that can be arbitrated shall be arbitrated first, and any non-arbitrable Disputes shall be stayed until the completion of the arbitration.

Unless either party or the arbitrator requests a hearing, the parties will submit their arguments and evidence to the arbitrator in writing. The arbitrator will make an award based only on the documents. This is called a Desk Arbitration. If any party makes a written request for a hearing within ten days after ADR Services acknowledges receipt of a claimant's demand for arbitration (or the arbitrator requests a hearing), the parties shall participate in a telephone or video hearing. In no event shall the parties be required to travel to Los Angeles to participate in the arbitration. The arbitrator is authorized to hear motions for summary disposition. Notwithstanding any provision in the ADR Services' rules to the contrary, and with the exception of Desk Arbitrations, the Federal Rules of Evidence shall govern the admissibility of evidence in any arbitral proceeding.

The parties agree that all of the arbitration proceedings, including any discovery, hearings, and rulings, shall be confidential to the fullest extent permitted by law.

The award shall be binding only among the parties and shall have no preclusive effect in any other arbitration or other proceeding involving a different party. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have.

If at any time the arbitrator or arbitration administrator fails to enforce the terms of this arbitration agreement, either party may seek to enjoin the arbitration proceeding in a court of competent jurisdiction, and the arbitration shall automatically be stayed pending the outcome of that proceeding.

The arbitral award shall be judicially enforceable. Any court of competent jurisdiction may, and upon request shall, enter judgment on the arbitral award. Either party may seek confirmation (judgment on the award) and/or enforcement in any court of competent jurisdiction. However, in any award issued in an arbitration conducted in accordance with this arbitration agreement, the arbitrator shall specify a reasonable time within which the final award shall be satisfied, and no party may seek to confirm the award until the time specified for satisfaction has expired. If the final award is satisfied during the specified time, no party shall seek to confirm the award.

ARBITRATION FEES AND COSTS. The fees that shall apply to arbitrations administered by ADR Services are set forth on ADR Services' website, available at https://www.adrservices.com/rate-fee-schedule/. Specifically, the fees set forth in ADR Services' Mass Employment Arbitration Fee Schedule shall apply when twenty (20) or more arbitration claims are filed which: (1) involve the same or similar parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, or events requiring the determination of

the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties. In all other circumstances, the fees set forth in ADR Services' General Fee Schedule shall apply, except that Fabletics will pay the portion of the initial case opening fees (if any) that exceeds the filing fee to file the case in a court of competent jurisdiction embracing the location of the arbitration. If the arbitrator finds that you cannot afford to pay ADR Services' filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from ADR Services, Fabletics will pay them for you.

Unless otherwise prohibited by law or the rules governing the arbitration, all disputes relating to or arising out of the payment of arbitration fees shall be decided only by a court of competent jurisdiction and not by an arbitrator or administrator, and the arbitration shall be stayed pending the resolution of such disputes by a court. Both parties agree not to oppose or interfere with any negotiations or agreements between the other party and the arbitration administrator, or individual arbitrator, relating to a party's portion of the fees. The arbitrator, however, may disallow any private agreement between an administrator, on the one hand, and the negotiating party, on the other hand, if the arbitrator believes that the private agreement undermines his or her neutrality as arbitrator.

If a party timely serves an offer of judgment under Federal Rule of Civil Procedure 68, and the judgment that the other party finally obtains is not more favorable than the unaccepted offer, then the other party shall pay the costs, including filing fees, incurred after the offer was made. Further, any finding by an arbitrator that a claim or counterclaim was filed for purposes of harassment or is frivolous under the standards set out in Federal Rule of Civil Procedure 11 shall entitle the other party to recover their attorneys' fees, costs, and expenses.

CLASS ACTION WAIVER (herein the "class action waiver"). Both you and Fabletics waive the right to bring any Dispute as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any such claim brought by anyone else. Nor shall the arbitrator have the authority or any jurisdiction to hear an arbitration as a class, consolidated, representative, or private attorney general action or to consolidate, join, or otherwise combine the claims of different persons into one proceeding. Consistent with their commitment to arbitrate all Disputes on an individualized basis, the parties also waive the right to bring any claims for public injunctive relief. To the extent applicable law prevents the parties from waiving a claim for public injunctive relief, all claims for public injunctive relief shall be heard by the arbitrator. Nothing in these Terms of Service prevent any party from participating in a settlement of a class, consolidated, representative, collective, or private attorney general action.

SEVERABILITY. Except as otherwise provided herein, if any portion of this arbitration agreement is found to be unenforceable or unlawful for any reason, (1) the unenforceable or unlawful provision will be severed from this arbitration agreement, (2) the remainder of the arbitration agreement will be given full force and effect, and (3) severance of the unenforceable or unlawful provision will have no impact on the remainder of the arbitration agreement or the parties' ability to compel arbitration of any remaining claims on an individual basis. In the event that a claim, cause of action or requested remedy is severed pursuant to this paragraph, then you and Fabletics agree that the claims, causes of action or requested remedies that are not subject to arbitration will be stayed until all arbitrable claims, causes of action and requested remedies are resolved by the arbitrator. If there is a final determination that applicable law precludes enforcement of the class action waiver as to any claim, cause of action or requested remedy, then that claim, cause of action or requested remedy will be severed and may be brought in a court of competent jurisdiction, but the waiver contained in this paragraph shall be enforced in arbitration on an individual basis as to all other claims, causes of action or requested remedies to the fullest extent possible.

**OPTING-OUT OF DISPUTE RESOLUTION PROCEDURE AND CLASS ACTION WAIVER**

You may elect to opt out (exclude yourself) from the final, binding arbitration procedure and the class action waiver specified in these Terms of Service by doing the following: within 15 days of setting up your Account, you must send a letter to Fabletics, LLC., c/o Legal Department, 800 Apollo Street, El Segundo, California 90245 that specifies (1) your name, (2) your account number or account member name, (3) your mailing address, and (4) your request to be excluded from the final, binding arbitration procedure and class action waiver specified in these Terms of Service. Each opt-out notice may opt out only one person; opt-out notices that attempt to opt out multiple people at the same time will be ineffective.

If you opt out of this arbitration agreement, all other Terms shall continue to apply to your Account, including the

requirement to participate in pre-dispute mediation. Opting out of this arbitration agreement has no effect on any previous, other, or future arbitration agreements that you may have with us. Notwithstanding any provision in these Terms of Service to the contrary, we agree that, if Fabletics makes any future change to the dispute resolution procedure and class action waiver provisions (other than a change to Fabletics' address), you may reject any such change by sending a letter to Fabletics within 15 days of the change to the address provided above. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this provision. Your letter must be postmarked by the applicable 15-day deadline to be effective. You are not required to send the letter by confirmed mail or return receipt requested, but it is recommended that you do so. Your request to be excluded will only be effective and enforceable if you can prove that the request was postmarked within the applicable 15-day deadline.

## NOTICE FOR CALIFORNIA USERS

Under California Civil Code sections 1798.83-1798.84, California residents are entitled to ask us for a notice describing what categories of personal customer information Fabletics shares with third parties or corporate affiliates for those third parties or corporate affiliates' direct marketing purposes. That notice will identify the categories of information shared and will include a list of the third parties and affiliates with which it was shared, along with their names and addresses. If you are a California resident and would like a copy of this notice, please submit a written request to the following address: General Counsel, 800 Apollo Street, El Segundo, CA, 90245. In your request, please specify that you want a "Your Fabletics California Privacy Rights Notice". Please allow 30 days for a response.

## SHIPPING

Shipping and handling charges are based on your subtotal order amount, calculated after applicable discounts and before sales tax. Rates are calculated as follows:

### Standard Shipping

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, Australia |
|---|---|---|
| $49.95 and over | FREE 6-14 Business Days | $9.00 6-14 Business Days |
| Under $49.95 | $5.95 Flat Rate 6-14 Business Days | $9.00 6-14 Business Days |

### Rush Shipping*

| Subtotal Amount | 48 Contiguous United States | Alaska, Hawaii, Puerto Rico, Australia |
|---|---|---|
| $49.95 and over | $15.95 2-3 Business Days | N/A |
| Under $49.95 | $15.95 2-3 Business Days | N/A |

* All delivery times above are based on average in-transit time. Orders shipped to Canada, P.O. Boxes and APOs/FPOs do not qualify for Rush Shipping.

Please note shipments arriving to Alaska, Hawaii, APO locations or Australia may be subject to longer transit times (up to 90 days) due to the carrier or location of station. At this time, expedited shipping is not available for Alaska, Hawaii, APO locations or Australia. All US orders are shipped FedEx via USPS and your order will be delivered by your local postal carrier. All Australia orders will be shipped via DHL.

As soon as your order ships, you will be provided with a tracking number via email. You can also find your order details and tracking information on the Order History tab within the My Account section.

## RETURNS & EXCHANGES

Fabletics strives to provide an amazing shopping experience and superior customer service. If for any reason you are not content with your order, we gladly accept returns and exchanges for US and Canada orders within 90 days from the date of shipment and in new, unused condition with original packaging. Exchanges are not available in Australia, and orders can only be returned. Some items purchased through special promotions may be final sale, and therefore not eligible for exchanges or returns (please refer to promotion disclaimers for the terms of each offer).

Click Here Updates Related to Covid-19

Accessories must be returned with all pieces included and intact, and apparel must also be returned unworn, with all tags still attached.

In the US and Canada, 3 easy return options are offered: (1) return for member credit or store credit for free; (2) exchange for another item for free; (3) return for a refund*. Return shipping and handling for Australia and non-contiguous US territories, including Alaska, Hawaii, Puerto Rico and APOs, is $9.00.

In Australia, 2 easy return options are offered: (1) return for member credit or store credit for free; (2) return for a refund. Exchanges are not offered in Australia. If you would like to exchange an item, please return the item and place a new order. Please note: new orders are subject to standard shipping rates.

Please note that any member credit or store credit used to pay for an order will be returned as store credit and will not be eligible for a refund to a credit card.

*Reward points associated with the purchase will be deducted from your account if you do choose a refund. Items redeemed through the rewards program are not eligible for returns or exchanges.

## Shipping Your Returns/Exchanges

Returns and exchanges are easy! Just print your free return label and return packing slip by visiting the Order History page under My Account or you can obtain return label by calling our Customer Service Representatives by dialing our toll free number at 1-844-Fabletics (1-844-322-5384). Our Customer Service Representatives will email you our pre-paid return shipping label.

Then follow these steps:

- Print label and return slip.
- Prepare package including return slip in the original, undamaged box and packaging.
- Attach the pre-paid return shipping label to your shipment.
- Drop it off at any USPS or FedEx location.

## GENERAL INFORMATION

These Terms of Service constitute the entire agreement between you and Fabletics and govern your use of the Fabletics Services, and they supersede any prior agreements between you and Fabletics. You also may be subject to additional terms and conditions that are applicable to certain parts of the Fabletics Services. Fabletics may terminate this Agreement and deny you access to the Fabletics Services at any time, immediately and without notice, if in Fabletics' sole discretion you fail to comply with any provision of these Terms of Service.

You agree that no joint venture, partnership, employment, or agency relationship exists between Fabletics and you as a result of this Agreement or your use of the Fabletics Services.

The failure of Fabletics to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision. The invalidity of any term, condition or provision in these Terms of Service shall not affect the enforceability of those portions of the Terms deemed enforceable by applicable courts of law.

You may not assign the Terms or any of your rights or obligations under the Terms without Fabletics' express written consent. The Terms inure to the benefit of Fabletics' successors, assigns and licensees. The section titles in these Terms of Service are for convenience only and have no legal or contractual effect.

Updated: April 12, 2022

# EXHIBIT G

# FABLETICS TERMS OF SERVICE, USE AND PURCHASE

Welcome to Fabletics! This website located at www.fabletics.com (this "Site") is owned and operated by Fabletics, LLC, a subsidiary of Fabletics, Inc. (the "Company") and Fabletics GC, LLC ("FLGC") (collectively with the Company, "Fabletics"). Fabletics provides website features and other products and services to you when you visit, shop or purchase items from this Site, access this Site from your mobile devices, or use software provided by Fabletics in connection with any of the foregoing (collectively, "Fabletics Services"). Fabletics provides its products and services subject to these Terms of Service.

**By using the Fabletics Services, you agree to these conditions. Please read them carefully. These Terms of Service include a mutual arbitration agreement, class action waiver, and limitations on liability.**

By accessing or using this Site, mobile application or other Fabletics product or service on any computer, mobile phone, tablet, console or other device (collectively, "Device"), you acknowledge and agree that you have read, understand and agree to be bound by these Terms of Service and any other applicable law, whether or not you are a registered member of Fabletics. You must be at least 18 years old to use this Site or Services. Fabletics may change these Terms of Service at any time without notice. When we make changes, we will post them here. Your continued use of the Fabletics Services or enrollment as a Fabletics VIP Member shall be considered your acceptance to the revised Terms of Service. If you do not agree to these Terms of Service, please do not use this Site or any Fabletics Services and immediately cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or visiting us online to cancel.

## ELECTRONIC COMMUNICATIONS

When you use any Fabletics Service, or send e-mails to us, you are communicating with us electronically. You consent to receive communications from us electronically. We will communicate with you by e-mail or by posting notices on this Site or through the other Fabletics Services. You agree that all agreements, notices, disclosures and other communications that we provide to you electronically satisfy any legal requirement that such communications be in writing.

## SMS MESSAGING

When you provide your phone number and opt-in to Fabletics' text message marketing program (the "Messaging Service"), you agree to receive recurring automated promotional and personalized marketing text (e.g., SMS and MMS) messages (e.g., cart reminders) from Fabletics, including text messages that may be sent using an automatic telephone dialing system, to the mobile telephone number you provided when signing up or any other number that you designate. Consent to receive automated marketing text messages is not a condition of any purchase. Reply HELP for help and STOP to cancel. Message & Data rates may apply.

Message frequency will vary. Fabletics reserves the right to alter the frequency of messages sent at any time, so as to increase or decrease the total number of sent messages. Fabletics also reserves the right to change the short code or phone number from which messages are sent and we will notify you when we do so.

Not all mobile devices or handsets may be supported and our messages may not be deliverable in all areas. Fabletics, its service providers and the mobile carriers supported by the program are not liable for delayed or undelivered messages.

We are able to deliver messages to the following mobile phone carriers: Major carriers: AT&T, Verizon Wireless, Sprint, T-Mobile, MetroPCS, U.S. Cellular, Alltel, Boost Mobile, Nextel, and Virgin Mobile. Minorcarriers: 1stPoint Communications, Aerialink, Alaska Communications Systems (ACS), Appalachian Wireless (EKN), Arctic Slope Telephone Cooperative Association, ATNI (Commnet/Choice Wireless), Bandwidth (Republic Wireless), Bell Mobility, Bluegrass Cellular, BreakAway Wireless, BrightlinkIP, Cambridge Telephone Company, Carolina West Wireless, Cellcom, Cellone Nation, Cellular One of East Central IL (ECIT), Cellular One of Northeast Arizona, Cellular One of Northeast Pennsylvania, Chariton Valley, Cincinnati Bell Wireless, Claro (Puerto Rico), Cooper

Valley, Coral Wireless (Mobi PCS), Cordova Wireless, COX, Cricket Wireless, Cross, C-Spire, Custer Tel, Digital Communications Consulting (DCC/OTZ Telecommunications), Duet, Element Mobile (Flat Wireless), Enflick (TextNow), Epic Touch (Elkhart Telephone), Fido Mobile, Fizz Mobile, Freedom Mobile, GCI, Golden State, Google Voice, GTA, Hawkeye (Chat Mobility), Hawkeye (NW Missouri), Illinois Valley Cellular, Indigo Wireless, Inland Cellular,Inteliquent (Layered/Onvoy/UNREAL/FreedomPop), iWireless (Iowa Wireless), James Valley, Keystone Wireless (Immix Wireless/PC Man), Mosaic (Consolidated or CTC Telecom), MTPCS, NE Colorado, Nemont CDMA (Sagebrush Cellular), Nemont UMTS, Nex-Tech Wireless, NTelos, Nucla-Naturita Tel, Open Mobile (Puerto Rico), Orange, Panhandle Communications, Peerless Networks, Pine Cellular, Pinger (Textfree), Pioneer, Plateau (Texas RSA 3 Ltd), Plivo, PTCI (Panhandle Telephone Coop.), PTI Pacifica (IT&E), Revol, RINA, Rogers Wireless, Sasktel, Simmetry (TMP Corporation), Shelcomm, Silver Star Communications, Snake River PCS (Eagle Tel), SouthernLINC, Standing Rock, Strata Networks, Telnyx, Telus Mobiity, TextMe, Thumb Cellular, Triangle Wireless, Trilogy, Truphone, TSG Global (Flextalk), Tychron, Union Wireless, United Wireless, Viaero Wireless, Videotron Mobile, Viva, Viya, Washington RSA No. 8, West Central (WCC or 5 Star Wireless), and Zipwhip.

Text the keyword STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode to cancel. After texting STOP, END, CANCEL, UNSUBSCRIBE or QUIT to our shortcode you will receive one additional message confirming that your request has been processed. You acknowledge that our text message platform may not recognize and respond to unsubscribe requests that do not include the STOP, END, CANCEL, UNSUBSCRIBE or QUIT keyword commands and agree that Fabletics and its service providers will have no liability for failing to honor such requests. If you unsubscribe from one of our text message programs, you may continue to receive text messages from Fabletics through any other programs you have joined until you separately unsubscribe from those programs.Text the keyword HELP to our shortcode to return customer care contact information. If you are experiencing any problems with the Messaging Service, you may call us at 1-844-322-5384 or contact us through live chat available 9am - 9pm (EST), 7 days a week.

## FABLETICS MEMBERSHIP

Fabletics provides a monthly membership program that provides you access to the latest athletic wear trends and many other perks. To get started, simply take our Lifestyle Quiz. Next, you must register and create a member account through this Site ("Account"). After you have successfully created an Account, you will have the option to select your favorite item(s) from the 'My Outfits' section of your Account ("Outfits"). There is no registration fee and no obligation to purchase. Our Fabletics style experts will continue to determine which athletic wear outfits best match your workouts and style. If you choose to create an Account, you agree to provide and maintain true, accurate, current and complete information about yourself as prompted by the Fabletics registration form. Registration data and certain other information about you are governed by our Privacy Policy.

## VIP MEMBERSHIP PROGRAM

Fabletics offers members the opportunity to participate in its monthly membership program (the "VIP Membership Program"). To become a Fabletics VIP Member, you must checkout as a VIP member when making a Fabletics purchase on this Site or through an applicable Service. As a Fabletics VIP Member, our experts will send you a customized selection of Fabletics products on the 1st day of every month. You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience. As a valued Fabletics VIP Member, you will enjoy numerous perks and benefits such as exclusive VIP Member-only pricing, dedicated promotions, access to the Fabletics FIT app, free shipping on orders over $49.95, free returns and exchanges within 90 days and access to VIP events and parties. Fabletics VIP Members will also have access to Yitty VIP Membership perks, including VIP Member-only pricing on Yitty products. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384) or by using live chat or online cancel options in your Account.

## HOW VIP MEMBERSHIP WORKS

Upon enrollment in the VIP Membership Program, you will receive new monthly customized selections of merchandise on the first (1st) day of every month. You must log into your account and select the 'Skip the Month' option between the 1st and the 5th of each month. If you do not 'Skip the Month' between the 1st and the 5th of the

month your credit card or payment method will be charged an automatic monthly membership fee of $59.95 on the 6th (until you cancel) for enhanced monthly benefits, including a promotional member credit. All promotional member credits will expire 12 months after the date of issuance. Promotional membership credits are non-transferable and cannot be redeemed for cash or store credit. You may cancel your Fabletics VIP Membership by calling one of our customer service representatives at 1-844-Fabletics (1-844-322-5384), or online, using live chat or visiting your Account page.

Each promotional member credit will be applied to your Account and can be redeemed for any individual item or two-piece outfits up to $100  in-store or on the Site, including www.yitty.fabletics.com (the "Yitty Site"). These outfits and items may be valued below or above $59.95. You may 'Skip' as many months as you like, there is no obligation to buy. Even if you decide to 'Skip' any month, you may return to your Account at any time to make a purchase. If you 'Skip' any month, you will not have access to certain exclusive benefits for the remainder of that month, including access to select styles, promotions and product pricing.

You may cancel your Fabletics VIP Membership Account at any time. If you wish to cancel your Account, simply call our Fashion Consultants at 1-844-Fabletics (1-844-322-5384), 7 days a week. You may also cancel your VIP Membership Account online by contacting us via online live chat or visiting your Account page. There is no cancellation fee. Any remaining promotional member credits on your Account will expire 12 months after the date on which they were issued. You may use any remaining unexpired promotional member credits after cancellation for any individual item or two-piece outfits up to $100 in-store or on the Fabletics or Yitty Sites , but you will no longer have access to discounted VIP member only pricing for any items purchased without a promotional member credit. Please be advised that your Account may only be canceled by the registered Fabletics VIP Member or the holder of the valid credit card or payment method on file related to your Account.

## VIP MEMBER PERKS - VIP PRICING

As a Fabletics VIP Member, you have access to perks such as 20 to 50% off retail pricing on almost all items, free shipping on orders over $49.95, access to the Fabletics FIT app (a $14.95 monthly value), free returns and exchanges within 90 days, access to VIP events and parties, a free magazine subscription with purchase over $60, and loyalty points on all orders.

Your Fabletics VIP Membership also includes access to Yitty VIP Membership perks including 20 to 50% off retail pricing on almost all Yitty items on www.yitty.fabletics.com, access to exclusive styles and offers, free shipping on Yitty orders over $49.95, free returns and exchanges within 90 days, and a free magazine subscription with a Yitty purchase over $60.

The monthly $59.95 membership fee charge also unlocks additional membership perks and benefits. The membership charge grants you access to an exclusive section of the Fabletics website with exclusive product offerings, a special dedicated customer service line and support, special promotions and sales, and a promotional credit that can be redeemed for any individual item or outfit up to $100 in-store or on the Fabletics or Yitty Sites. Free shipping also applies to any purchases made with promotional credits. Additional membership benefits related to the monthly membership charge coming soon!

You will also receive emails, newsletters, special offers and other updates to maximize your shopping experience.

## FABLETICS AND YITTY MEMBERSHIPS

When you enroll in the Fabletics VIP Membership Program, you will also be given access to the VIP Membership and related perks on the Yitty Site. For instance, a Fabletics VIP Member will also be able to purchase shapewear on the Yitty Site at exclusive VIP Member pricing.

You may 'Skip the Month' through your Account between the 1st and the 5th of each month on either the Fabletics or Yitty Site and this will 'Skip' your Account for both the Fabletics and Yitty brands for that month. If you do not 'Skip the Month' between the 1st and the 5th of the month on either Sites your credit card or payment method will be charged an automatic monthly membership fee of $59.95 on the 6th (until you cancel) for enhanced monthly

benefits, including a promotional member credit. This promotional member credit can be used on either the Fabletics or Yitty Site or in-store and can be redeemed for any individual item or two-piece outfits up to $100. Promotional member credits will expire 12 months after the date on which they were issued.

You may cancel your Fabletics VIP Membership Account at any time by calling 1-844-322-5384 (available 24/7), contacting us via live chat or visiting your Account page. Please note that canceling your Fabletics VIP Membership will also cancel your Yitty VIP Membership and you will no longer have access to Yitty VIP Member perks.

## STORE CREDIT AND GIFT CARDS

From time to time, you may receive store credit from Fabletics. For instance, if you purchase an outfit with a promotional member credit and only return part of your order, you will receive store credit for the returned item(s). Also, if you use store credit to pay for an order, your return will be refunded as store credit to your Account.

Any store credit issued to you will be automatically converted into an electronic gift card if the store credit has not been used following twelve (12) months from the date of issuance. Such gift card will be sent to you at the email address registered on your Account. Gift cards can be used by you to purchase eligible merchandise at a price below the regular retail price if you are a VIP Member at the time of redemption or at the regular retail price if you are a Non-VIP Member. Gift cards can be broken and applied across multiple purchases on this Site or the Fabletics Services. Additionally, gift cards are freely transferrable until they have been added to an Account. Once added, gift cards cannot be transferred to another Account.

As of January 1, 2024, FLGC shall be the sole issuer and legal obligor with respect to all gift cards, including any store credit issued prior to such date and converted into gift cards. FLGC is responsible for the management and operation of the store credit conversation and gift card program. A converted store credit or gift card constitutes a contract between you and FLGC. By agreeing to be bound by these Terms of Service, you expressly release the Company from any liability with respect to your converted store credit and gift cards. You acknowledge that any such liability is the sole responsibility of FLGC.

Store credit and gift cards are not refundable or redeemable for cash, except to the extent required by law. Store credit and gift cards can only be used toward purchasing Fabletics or YITTY items on the Site or through the Fabletics Services. Store credit may be redeemed in multiple transactions and are non-transferrable. Gift cards may be redeemed in multiple transactions and are transferrable to another account prior to redemption. Please note, once you use a gift card, any remaining value from the gift card will be automatically credited back to your Account under the "store credit" section.

Your Account reflects the balance of your store credit. The Account balance will be adjusted as store credit is converted to gift cards. Gift cards do not expire, and there are no fees associated with any gift cards. You are responsible for safeguarding your gift card from unauthorized use. FLGC is not responsible if any gift card is lost, stolen, destroyed, or used without your permission. The risk of loss and title to such gift cards passes to the purchaser upon FLGC's electronic transmission to the recipient.

## FLGC LIMITATION OF LIABILITY

GIFT CARDS ARE PROVIDED ON AN 'AS IS' BASIS. TO THE FULLEST EXTENT PERMITTED BY LAW, FLGC MAKES NO WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO STORE CREDIT OR GIFT CARDS INCLUDING, WITHOUT LIMITATION, ANY EXPRESS OR IMPLIED WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN THE EVENT THAT A STORE CREDIT OR GIFT CARD IS NON-FUNCTIONAL, YOUR SOLE REMEDY, AND OUR SOLE LIABILITY, SHALL BE THE REPLACEMENT OF SUCH STORE CREDIT OR GIFT CARD. CERTAIN STATE LAWS DO NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE EXCLUSION OR LIMITATION OR CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS, OR LIMITATIONS MAY NOT APPLY TO YOU.

If you have any questions regarding our gift card policies please send all inquiries to Fabletics GC, LLC, 800 Apollo Street, CA 90245, Attention: General Counsel, or contact our representatives at 1-844-322-5384.

## MOBILE APPLICATIONS

With your Fabletics VIP Membership, you may access the Fabletics Fitness App available at the Apple App Store. Access to the Fabletics Fitness App is contingent on maintaining an active VIP Membership. If you cancel your Fabletics or Yitty VIP Membership or your Fabletics or Yitty VIP Membership is terminated for any reason, you will no longer be able to use the services offered on the Apps. To use or access the Services through the Fabletics Fitness App, you will need a supported mobile device with adequate software. Fabletics cannot guarantee the Fabletics Fitness App will be compatible with, or available on, your device. It is your responsibility to ensure your mobile device's functionality. Further, your mobile phone company's normal messaging, data, and other rates and fees will still apply and you shall be responsible for any such charges. Please check with your Internet or mobile phone provider for information on possible data usage charges.

By downloading or using the Fabletics Fitness App, you expressly agree we may communicate with you regarding transactions you have initiated on the Services or respond to your communications to us through the Services by SMS, MMS, text message or other electronic means directed to your device and that certain information about your usage of the Fabletics Fitness App may be communicated to us automatically from your device. Fabletics will not send you direct marketing messages without your prior express consent and you can opt out of receiving any marketing messages at any time. In addition, Fabletics may require you to accept updates to the Fabletics Fitness App that you have installed on your mobile device. You acknowledge and agree that Fabletics may update the Apps and the Services without notification to you.

Fabletics hereby grants you a limited, personal, non-exclusive, non-transferable, non-sublicensable, revocable license to: (1) access and use the Fabletics Services and related content; (2) access and use the software and the Fabletics Fitness App downloaded directly from a legitimate marketplace solely for your personal use for lawful purposes. With respect to any open source code or software that may be incorporated in the Fabletics Fitness App, your license shall be subject to such open source or third-party license, if any, authorizing use of such code.

## APP STORE

The following terms apply to the third-party platform from which you accessed or downloaded the Fabletics Fitness App, e.g., the Apple App Store ("App Store"). You acknowledge that this Agreement is between you and Fabletics and not with the App Store. Fabletics, not the App Store, is solely responsible for the Services, the content thereof, maintenance, support services, and warranty therefor, and addressing any claims relating thereto.

## NOT MEDICAL ADVICE

You expressly acknowledge and agree that Fabletics is not providing medical advice via the Services. All content provided through the Services, whether provided by Fabletics or third parties including from any personal trainers, shall not be used as a substitute for professional medical consultation, advice, diagnosis or treatment from a physician or other healthcare professional. You should consult with your physician or other healthcare professional before engaging in any physical activity, exercise program or making any dietary changes. If you have any concerns or questions about your health, you should always consult with a physician or other healthcare professional.

To the extent permitted by applicable law, Fabletics is not responsible for any health problems, injuries or damages that may result from your use of, or inability to use, the Fabletics Services, which includes but is not limited to, any training programs, activities, dietary recommendations, consultations, products, events or other information you learn through the Fabletics Services. Do not ignore or delay in obtaining professional medical advice or treatment because of information accessed through the Site, the Fabletics Fitness App or Services. If think you are experiencing a medical emergency, stop using the Fabletics Service and immediately contact a medical professional or your local emergency services.

You expressly acknowledge and agree that the exercise activities offered through the Services carry certain inherent and significant risks of property damage, bodily injury, or death. If you engage in any exercise programs or physical

**104**

activity through the Fabletics Services, you agree that you do so at your own risk and that you voluntarily assume all known and unknown risks associated with these activities, even if caused in whole or part by the action, inaction, or negligence of Fabletics or by the action, inaction, or negligence of others. Fabletics assumes no responsibility for any act, omission, activity, product or service of any personal trainer featured through the Services. Fabletics does not guarantee any results in connection with the Services.

## RISK OF LOSS/TITLE

The risk of loss and title for products purchased on the Site or through the Fabletics Services passes to the purchaser upon our delivery to the carrier. Replacement of products and credits to your account for shipped merchandise claimed as not received are subject to our investigation. We will adjust your account at our discretion. Fabletics does not take title to returned items until the item arrives at our fulfillment center. At our discretion, a refund may be issued without requiring a return. In this situation, Fabletics does not take title to the refunded item. Certain products may be shipped from Mexico, and for such goods consumers consent to and authorize G-Broker, Inc., as the US customs broker and G-Broker, Inc., shall act as the consumers agent to transact business with U.S. Customs and Border Protection agency to clear merchandise and account for applicable duties and taxes.

## SALES & USE TAXES

Fabletics reserves the right to collect sales tax in any jurisdictions if it believes that such collection is required by law. Fabletics also reserves the right to collect fees associated with tariff taxes and surcharges.

For states imposing sales or use taxes, your purchase may be subject to use tax unless it is specifically exempt from taxation. Your purchase is not exempt merely because it is made over the Internet or by other remote means. Many states require purchasers to file a sales/use tax return at the end of the year reporting all of the taxable purchases that were not taxed and to pay tax on those purchases. You may have a tax obligation in states where Fabletics does not collect sales tax. Details of how to report these taxes may be found at the websites of your respective taxing authorities.

## RETAIL DELIVERY FEE

Several states impose a non-refundable retail delivery fee on all deliveries by motor vehicle to a location within their respective state. Although the cost of the fee varies by state, it generally applies to any delivery with at least one item of tangible personal property subject to state sales or use tax. Fabletics is liable to collect and remit the fee on each order in accordance with state law. The fee applies to the entire order regardless of the number of items in an order and how many shipments are needed to deliver the items ordered. The retail delivery fee is not refundable on orders that are returned for a credit or refund including sales tax.

## PAYMENT INFORMATION

To make purchases through the Fabletics Services or to become a Fabletics VIP you must submit credit card information or another valid payment method that is acceptable to Fabletics. You represent and warrant to Fabletics that such information is true and that you are authorized to use the payment instrument. You will promptly update your Account information with any changes (for example, a change in your billing address or credit card expiration date) that may occur. You authorize Fabletics to use any updated credit card information submitted by your credit card company directly to Fabletics and if there is no updated credit card information Fabletics may use additional payment methods you have provided as a default payment option. If you dispute any charges, you must inform Fabletics within thirty (30) days upon receipt of Fabletics' invoice. We reserve the right to change Fabletics prices, fees or the number of Member Credits required to purchase items. Your continued use of the Fabletics Services after the price change becomes effective constitutes your agreement to pay the changed amount.

## ACCOUNT CONFIDENTIALITY AND ACCESS

You are solely responsible for maintaining the confidentiality of your Account, all activities occurring under your Account and all access to and use of the Fabletics Services by anyone using your Account, whether or not such

activities and access are actually authorized by you, including but not limited to all communications, transactions and obligations. You agree to accept responsibility for all activities that occur under your account and password. Fabletics shall not be liable or responsible for any loss or damage arising from any unauthorized use, access or any other breach of security of your Account, including but not limited to your member sign-in password and email address. You acknowledge and accept that your use of the Fabletics Services is in compliance with these Terms of Service. You further acknowledge and accept that Fabletics shall have no obligation to investigate the authorization or source of any Account activity, including purchase activity following a proper log-in to this Site or any Services, which is defined as a matching and current member sign-in and user password. You shall notify Fabletics immediately of any unauthorized access to your Account or any other unauthorized use of any Fabletics Services.

You agree that Fabletics may, without prior notice, immediately terminate, limit your access to or suspend your Account based on any of the following: (a) breach or violation of these Terms of Service; (b) upon request by law enforcement; (c) unforeseeable technical or security issues or problems; (d) extended periods of inactivity; or (e) fraudulent, deceptive or illegal activity, or any other activity which Fabletics believes is harmful to its business interests; or (f) for no reason. You agree that any termination, limitation of access and/or suspension shall be made in the Fabletics' sole discretion and that Fabletics shall not be liable to you or any third party for the termination, limitation of access and/or suspension of your Account.

## PROHIBITED USES

Any and all Fabletics Services may be used only for lawful purposes and are available only for your personal, noncommercial use, which shall be limited to viewing this Site, using the Apps, purchasing products, providing information to Fabletics, and downloading product information for your personal review. You shall not use the Services to sell a product or service, increase traffic to your own website or a third-party website for commercial reasons or otherwise undertake any endeavor aimed at deriving revenue. You are responsible for your own communications, including the transmission, posting, and uploading of information and are responsible for the consequences of such communications. Fabletics specifically prohibits any use of the Fabletics Service, and requires all users to agree not to use the Fabletics Services, for any of the following:

• Posting any information which is incomplete, false, inaccurate or not your own;

• Creating multiple accounts for the same user;

• Accessing data not intended for you or logging on to a Fabletics server or account, which you are not authorized to access;

• Engaging in conduct that would constitute a criminal offense, giving rise to civil liability or otherwise violate any city, state, national or international law or regulation that would fail to comply with accepted Internet protocol;

• Communicating, transmitting, or posting material that is copyrighted or otherwise owned by a third party unless you are the copyright owner or have the permission of the owner to post it;

• Communicating, transmitting, or posting material that reveals trade secrets, unless you own them or have the permission of the owner;

• Communicating, transmitting, or posting material that infringes on any other intellectual property, privacy or publicity right of another;

• Communicating, transmitting, or transferring (by any means) information or software derived from the site to foreign countries or certain foreign nations in violation of any applicable export control laws;

• Attempting to interfere in any way with this Site's or the Apps' network security, or attempting to use this Site's or the Apps' service to gain unauthorized access to any other computer system;

• Communicating, transmitting, or posting material that is in violation of applicable laws or regulations;

• Attempting to probe, scan or test the vulnerability of a system or network or to breach security or authentication measures without proper authorization (or succeeding in such an attempt);

• Attempting to interfere or interfering with the operation of this Site, or the Apps, Fabletics' provision of services to any other visitors or users to this Site or the Apps, Fabletics hosting provider or networks, including, without limitation, via means of submitting a virus to this Site or the Apps, overloading, "flooding", "mailbombing" or "crashing" this Site or the Apps;

• Forging any TCP/IP packet header or any part of the header information in any e-mail or transmission or posting to this Site or the Apps.

**USER CONTENT**

Any and all content, comments, feedback, advice, suggestions, ideas, concepts, photos, questions or other communications (collectively, "User Content") that you submit or post through any Fabletics Services shall be deemed non-confidential and non-proprietary. By submitting or posting any User Content, you grant to Fabletics and its affiliates a perpetual, irrevocable, royalty-free, worldwide, sublicensable and transferable license to copy, publish, translate, modify, create derivative works from, distribute, reproduce, display, or use the User Content in any commercial or non-commercial manner whatsoever. Fabletics will be free to use any ideas, concepts, know-how or techniques contained in such User Content for any purpose whatsoever, including but not limited to developing, manufacturing and marketing products that incorporate or otherwise rely upon such information. Fabletics shall have no obligation to monitor User Content, use or display User Content, compensate you for submitting User Content, or respond to any User Content. You are solely responsible for your use of any User Content you post, including the transmission, accuracy and completeness of the User Content. In addition, relying on any User Content by other users is at your own risk. To the extent permitted by applicable law, under no circumstances will Fabletics be responsible or liable for any loss or damage resulting from your reliance on information, advice or other User Content provided by any user of our Services. Fabletics retains the right, in its sole discretion and without prior notice, to remove, revise or refuse to post any User Content for any reason or no reason.

By connecting to Fabletics with a third-party service (e.g., Facebook or Twitter), you give us permission to access and use your information from that service as permitted by that service, and to store your log-in credentials for that service. For more information on the types of information we collect from these third-party services, please read our Privacy Policy.

If you utilize your Facebook account to access and use the social features available through the Fabletics Services, you can choose whether or not you wish to share content or information related to your Account on Facebook. You agree that Fabletics is not responsible for any content or information related to your Account once it is shared and posted on Facebook. If you use the Fabletics Services and its social features, you agree to respect other users of the Fabletics Services in your interactions with them. Fabletics reserves the right, in its absolute discretion, to disable your account if it believes that you are violating any term or condition set forth herein.

By submitting User Content, you represent and warrant that the User Content does not (i) contain false or misleading information, (ii) infringe on the intellectual property rights of any third party, (iii) contain any libelous, defamatory, obscene, offensive, threatening or otherwise harassing content, (iv) contain any addresses, email addresses, phone numbers or any contact information, or (v) contain computer viruses, worms or other harmful files. You are solely responsible for the User Content and you hereby agree to indemnify and hold Fabletics and its employees, agents and affiliates harmless from any and all damages, claims, expenses, costs or fees arising from or in connection with a breach of any of the foregoing representations or your violation of any law or rights of a third party.

**PRODUCT INFORMATION**

Prices, descriptions and availability of products are subject to change without notice. Errors may be corrected when discovered, and Fabletics reserves the right to revoke any stated offer in order to correct any errors or inaccuracies. Although Fabletics has made every effort to display our products and their colors as accurately as possible, the displayed colors of the products depend upon the monitor of the user, and Fabletics cannot guarantee that the user's monitor will accurately portray the actual colors of the products. Products displayed may be out-of-stock or

discontinued, and prices are subject to change. Fabletics is not responsible for typographical errors regarding price or any other matter.

## PURCHASE CANCELLATIONS

All orders placed through any Fabletics Services are subject to Fabletics' acceptance. This means that Fabletics may refuse to accept or may cancel any order, whether or not the order has been confirmed, for any or no reason, and without liability to you or anyone else. If your credit card or payment method has already been charged for an order that is later cancelled, Fabletics will issue you a refund.

## INTELLECTUAL PROPERTY RIGHTS

All content, graphics, text, code and software used on or incorporated into this Site and/or any Fabletics Service, and the arrangement or integration of all such content, graphics, code and software, are subject to copyrights held by or licensed to Fabletics and all rights thereto are specifically reserved. As between you and Fabletics, (or any other company whose marks appear on any of the Fabletics Services), Fabletics (or the respective company) is the owner and/or authorized user of any registered or unregistered trademark, trade name and/or service mark appearing on any of the Fabletics Services, and is the copyright owner or licensee of the materials and content contained therein, unless otherwise indicated. The Fabletics logos, designs, titles, phrases, product names, photographs, images, videos and content and the copyrights, trademarks, service marks, trade dress and/or other intellectual property in such materials (collectively, "Intellectual Property") are owned by Fabletics and may be registered in the United States and internationally. You agree not to display or use the Fabletics Intellectual Property in any manner without Fabletics' prior written permission. Nothing contained on this Site or in any of the Fabletics Services should be construed to grant any license or right to use any Fabletics Intellectual Property without the prior written consent of Fabletics.

Except as otherwise provided herein, use of the Fabletics Services does not grant you a license to any materials, content or features you may access on this Site or via the Fabletics Services and you may not modify, rent, lease, loan, sell, distribute or create derivative works of such materials and content, features or materials, in whole or in part. Any commercial use of the Fabletics Services is strictly prohibited, except as otherwise approved by us. You may not download or save a copy of any of the materials and content or screens for any purpose except as otherwise provided by Fabletics. If you make use of the Fabletics Services, other than as provided herein, in doing so you may violate copyright and other laws of the United States and/or other countries, as well as applicable state laws, and you may be subject to liability for such unauthorized use. The information contained in the Fabletics Services including, without limitation, all site design, text, graphics, interfaces, and the selection and arrangements is protected by law including, but not limited to, copyright law.

## DISCLAIMER OF WARRANTIES; LIMITATION OF LIABILITY

Fabletics publishes information within the Fabletics Services as a convenience to its visitors. While Fabletics attempts to provide accurate and timely information, there may be inadvertent technical or factual inaccuracies and typographical errors. We reserve the right to make corrections and changes to the Fabletics Services at any time without notice. The Fabletics products described in the Fabletics Services may not be available in your region. Fabletics does not claim that the information on this Site or the Apps is appropriate to your jurisdiction or that the products described in the Fabletics Services will be available for purchase in all jurisdictions.

YOUR USE OF THE FABLETICS SERVICES ARE AT YOUR SOLE RISK. THE FABLETICS SERVICES AND THE PRODUCTS OFFERED THROUGH THE FABLETICS SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND WITHOUT WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, FABLETICS DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

FABLETICS MAKES NO REPRESENTATIONS OR WARRANTIES OF ANY KIND, EXPRESS OR IMPLIED,

THAT THE OPERATION OF THIS SITE OR ANY OF THE FABLETICS SERVICES WILL BE
UNINTERRUPTED OR ERROR-FREE, THAT ANY DEFECTS WILL BE CORRECTED, OR THAT THE SITE,
APPS OR THE SERVER THAT MAKES THE SITE AND APPS AVAILABLE ARE FREE OF VIRUSES OR
OTHER HARMFUL COMPONENTS, OR AS TO THE INFORMATION, CONTENT, MATERIALS,
PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE MADE AVAILABLE TO YOU THROUGH
THIS SITE, OR ANY OF THE FABLETICS SERVICES, IN TERMS OF THEIR CORRECTNESS, ACCURACY,
ADEQUACY, USEFULNESS, TIMELINESS, RELIABILITY OR OTHERWISE, UNLESS OTHERWISE
SPECIFIED IN WRITING.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF,
OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY
INFORMATION, CONTENT, MATERIALS, PRODUCTS OR SERVICES INCLUDED ON OR OTHERWISE
MADE AVAILABLE TO YOU THROUGH FABLETICS, INCLUDING, BUT NOT LIMITED TO DIRECT,
INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE AND CONSEQUENTIAL DAMAGES, INCLUDING
WITHOUT LIMITATION FOR ANY LOST PROFITS, DATA, OR USE EVEN IF FABLETICS HAS BEEN
ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF,
OR THE INABILITY TO USE, THIS SITE, THE APPS OR THE FABLETICS SERVICES OR FROM ANY
INJURIES OR DAMAGES SUSTAINED FROM YOUR PHYSICAL ACTIVITIES, EVEN IF CAUSED IN
WHOLE OR PART BY THE ACTION, INACTION OR NEGLIGENCE OF FABLETICS OR OTHERS.

FABLETICS SHALL NOT BE LIABLE FOR ANY DAMAGES OF ANY KIND ARISING FROM THE USE OF
THIS SITE, THE APPS OR THE FABLETICS SERVICES ISSUED AGAINST YOU BY THIRD PARTY
FINANICAL INSTITUTIONS SUCH AS BANKS OR CREDIT CARD COMPANIES. FABLETICS SHALL NOT
BE LIABLE FOR ANY OVERDRAFT, LATE OR ANY OTHER CHARGES ISSUED AGAINST YOU BY A
BANK OR CREDIT CARD.

CERTAIN STATE LAWS MAY NOT ALLOW LIMITATIONS ON IMPLIED WARRANTIES OR THE
EXCLUSION OR LIMITATION OF CERTAIN DAMAGES. IF THESE LAWS APPLY TO YOU, SOME OR
ALL OF THE ABOVE DISCLAIMERS, EXCLUSIONS OR LIMITATIONS MAY NOT APPLY TO YOU AND
YOU MAY HAVE ADDITIONAL RIGHTS.

IF YOU ARE DISSATISFIED WITH ANY PORTION OF THE FABLETICS SERVICES, OR WITH ANY OF
THESE TERMS OF SERVICE, YOUR SOLE AND EXCLUSIVE REMEDY IS TO DISCONTINUE USE OF
THE FABLETICS SERVICES. IF A PRODUCT OFFERED THROUGH THE FABLETICS SERVICES IS NOT
AS DESCRIBED, YOUR SOLE REMEDY IS TO RETURN IT IN ACCORDANCE WITH THE RETURN
POLICY SET FORTH IN DETAIL IN THESE TERMS OF SERVICE.

Fabletics makes no warranties of any kind regarding any third party sites to which you may be directed or
hyperlinked from the Fabletics Services. Hyperlinks are included solely for your convenience, and Fabletics makes
no representations or warranties with regard to the accuracy, availability, suitability or safety of information
provided in such third party sites. Fabletics does not endorse, warrant or guarantee any products or services offered
or provided by or on behalf of third parties through the Fabletics Services.

## INDEMNITY AND RELEASE

You agree to indemnify and hold Fabletics and its parent, subsidiaries, affiliates, officers, agents and employees
harmless from any and all liabilities, claims, demands, actions, suits, losses, obligations, judgments, proceedings,
damages, expenses and costs (including reasonable attorneys' fees), based upon, arising from or related to (a)
information or content submitted, transmitted or otherwise made available on or through the Fabletics Services by
you or any other person accessing the Fabletics Services using your Account; (b) the use of, or connection to, the
Fabletics Services by you or any other person accessing this Site or the Apps using your Account (including
negligent or wrongful conduct); including any exercise activities provided by personal trainers or interaction with
any users of the Service or (c) your breach or attempted breach of these Terms of Service.

**DISPUTE RESOLUTION AND MUTUAL ARBITRATION AGREEMENT**

GOVERNING LAW

Use of the Fabletics Services, membership in the Fabletics VIP Membership Program, any purchases made through the Fabletics Services, and any controversy, claim or dispute arising out of or relating in any way to your use of the Fabletics Services, your membership in or purchases through the Fabletics Services, Fabletics VIP Membership Program and/or your Account, or products purchased through the Fabletics Services (collectively, "Disputes") shall be governed by the laws of your home state of residence without respect to its choice (or conflict) of laws rules.

All Disputes between Fabletics and you must be commenced within one (1) year after the claim or cause of action arose.

FORUM SELECTION/JURISDICTION

Jurisdiction and venue for all Disputes shall be in Los Angeles, California. Each party submits to personal jurisdiction and venue in that forum for any and all purposes.

AGREEMENT TO PRE-ARBITRATION NOTIFICATION

These Terms of Service provide for final, binding arbitration of all Disputes (discussed immediately below). Fabletics and you agree, however, that it would be advantageous to discuss and hopefully resolve any Disputes before arbitration proceedings or any other proceedings authorized herein are initiated. In the event of a Dispute, the claimant whether you or Fabletics shall send a letter to the other side briefly summarizing the claim and the request for relief. If Fabletics is the claimant, the letter shall be sent, via email, to the email account listed in your Account. If you are the claimant, the letter shall be sent to Fabletics, LLC, Attn: General Counsel, 800 Apollo Street, El Segundo, California 90245. The parties agree that, before either party demands arbitration against the other, we will personally meet and confer, via telephone or videoconference, in a good-faith effort to resolve informally the Dispute. If you are represented by counsel, your counsel may participate in the conference, but you shall also fully participate in the conference. Engaging in this informal dispute resolution conference is a requirement that must be fulfilled before commencing arbitration. If the Dispute is not resolved within 60 days after the letter is sent, the claimant may proceed to initiate arbitration proceedings or any other proceedings authorized herein. The statute of limitations and any arbitration filing fee deadlines shall be tolled while the parties engage in the informal dispute resolution process required by this paragraph.

AGREEMENT TO ARBITRATE CLAIMS

Except to the limited extent noted below, all Disputes shall be resolved by final, binding, and bilateral arbitration between you and Fabletics.

The arbitration shall take place in Los Angeles County, California and be administered by ADR Services, Inc. and shall be subject to ADR Services' most current version of its Arbitration Rules, available at https://www.adrservices.com/services/arbitration-rules or by calling ADR Services at 310-201-0010. If ADR Services is not available to arbitrate, the parties will mutually select an alternative arbitral forum, and either Party may invoke 9 U.S.C. § 5 to request that a court appoint an arbitration provider. To the extent there is a dispute over which arbitration provider shall administer the arbitration, only a court (and not an arbitrator or arbitration administer) may resolve that dispute, and the arbitration shall be stayed pending the court's ruling.

The arbitration demand must include (1) the name, telephone number, mailing address, username and e-mail address of the party seeking arbitration; (2) a statement of the legal claims being asserted and the factual bases of those claims; (3) a description of the remedy sought and an accurate, good-faith calculation of the amount in controversy, enumerated in United States Dollars (any request for injunctive relief or attorneys' fees shall not count toward the calculation of the amount in controversy unless such injunctive relief seeks the payment of money); and (4) the signature of the party seeking arbitration. Counsel for any party bringing an arbitration demand must also provide a certification that, to the best of counsel's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, (1) the demand for arbitration is not being presented for any improper purpose, such as to

**110**

harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (2) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.

This arbitration agreement is subject to the Federal Arbitration Act and is enforceable pursuant to its terms on a self-executing basis. The parties agree that these Terms of Service evidence transactions involving interstate commerce. If for whatever reason the rules and procedures of the FAA cannot apply, the state law governing arbitration agreements in the state in which you reside shall apply.

The arbitrator (and not a court) shall determine any and all challenges to the arbitrability of a claim, including disputes about the scope, applicability, enforceability, revocability, or validity of this arbitration agreement. However, all disputes related to the enforceability and applicability of the class action waiver (see below) shall be resolved by a court and not an arbitrator. In the event that the arbitration agreement is found not to apply to you or to a particular Dispute, either as a result of your decision to opt out of the agreement to arbitrate, or as a result of a decision by the arbitrator or a court order, you and Fabletics agree that that Dispute must be resolved exclusively by a state or federal court located in Los Angeles County, California. The parties agree that all related Disputes that can be arbitrated shall be arbitrated first, and any non-arbitrable Disputes shall be stayed until the completion of the arbitration.

Unless either party or the arbitrator requests a hearing, the parties will submit their arguments and evidence to the arbitrator in writing. The arbitrator will make an award based only on the documents. This is called a Desk Arbitration. If any party makes a written request for a hearing within ten days after ADR Services acknowledges receipt of a claimant's demand for arbitration (or the arbitrator requests a hearing), the parties shall participate in a telephone or video hearing. In no event shall the parties be required to travel to Los Angeles to participate in the arbitration. The arbitrator is authorized to hear motions for summary disposition. Notwithstanding any provision in the ADR Services' rules to the contrary, and with the exception of Desk Arbitrations, the Federal Rules of Evidence shall govern the admissibility of evidence in any arbitral proceeding.

The parties agree that all of the arbitration proceedings, including any discovery, hearings, and rulings, shall be confidential to the fullest extent permitted by law.

The award shall be binding only among the parties and shall have no preclusive effect in any other arbitration or other proceeding involving a different party. The arbitrator shall follow the applicable law. The arbitrator has the same authority to award relief on an individual basis that a judge in a court of law would have.

If at any time the arbitrator or arbitration administrator fails to enforce the terms of this arbitration agreement, either party may seek to enjoin the arbitration proceeding in a court of competent jurisdiction, and the arbitration shall automatically be stayed pending the outcome of that proceeding.

The arbitral award shall be judicially enforceable. Any court of competent jurisdiction may, and upon request shall, enter judgment on the arbitral award. Either party may seek confirmation (judgment on the award) and/or enforcement in any court of competent jurisdiction. However, in any award issued in an arbitration conducted in accordance with this arbitration agreement, the arbitrator shall specify a reasonable time within which the final award shall be satisfied, and no party may seek to confirm the award until the time specified for satisfaction has expired. If the final award is satisfied during the specified time, no party shall seek to confirm the award.

ARBITRATION FEES AND COSTS. The fees that shall apply to arbitrations administered by ADR Services are set forth on ADR Services' website, available at https://www.adrservices.com/rate-fee-schedule/. Specifically, the fees set forth in ADR Services' Mass Employment Arbitration Fee Schedule shall apply when twenty (20) or more arbitration claims are filed which: (1) involve the same or similar parties; (2) are based on the same or similar claims which arise from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact; and (3) involve the same or coordinated counsel for the parties. In all other circumstances, the fees set forth in ADR Services' General Fee Schedule shall apply, except that Fabletics will pay the portion of the initial case opening fees (if any) that exceeds the filing fee to file the case in a

court of competent jurisdiction embracing the location of the arbitration. If the arbitrator finds that you cannot afford to pay ADR Services' filing, administrative, hearing and/or other fees and cannot obtain a waiver of fees from ADR Services, Fabletics will pay them for you.

Unless otherwise prohibited by law or the rules governing the arbitration, all disputes relating to or arising out of the payment of arbitration fees shall be decided only by a court of competent jurisdiction and not by an arbitrator or administrator, and the arbitration shall be stayed pending the resolution of such disputes by a court. Both parties agree not to oppose or interfere with any negotiations or agreements between the other party and the arbitration administrator, or individual arbitrator, relating to a party's portion of the fees. The arbitrator, however, may disallow any private agreement between an administrator, on the one hand, and the negotiating party, on the other hand, if the arbitrator believes that the private agreement undermines his or her neutrality as arbitrator.

If a party timely serves an offer of judgment under Federal Rule of Civil Procedure 68, and the judgment that the other party finally obtains is not more favorable than the unaccepted offer, then the other party shall pay the costs, including filing fees, incurred after the offer was made. Further, any finding by an arbitrator that a claim or counterclaim was filed for purposes of harassment or is frivolous under the standards set out in Federal Rule of Civil Procedure 11 shall entitle the other party to recover their attorneys' fees, costs, and expenses.

CLASS ACTION WAIVER (herein the "class action waiver"). Both you and Fabletics waive the right to bring any Dispute as a class, consolidated, representative, collective, or private attorney general action, or to participate in a class, consolidated, representative, collective, or private attorney general action regarding any such claim brought by anyone else. Nor shall the arbitrator have the authority or any jurisdiction to hear an arbitration as a class, consolidated, representative, or private attorney general action or to consolidate, join, or otherwise combine the claims of different persons into one proceeding. Consistent with their commitment to arbitrate all Disputes on an individualized basis, the parties also waive the right to bring any claims for public injunctive relief. To the extent applicable law prevents the parties from waiving a claim for public injunctive relief, all claims for public injunctive relief shall be heard by the arbitrator. Nothing in these Terms of Service prevent any party from participating in a settlement of a class, consolidated, representative, collective, or private attorney general action.

SEVERABILITY. Except as otherwise provided herein, if any portion of this arbitration agreement is found to be unenforceable or unlawful for any reason, (1) the unenforceable or unlawful provision will be severed from this arbitration agreement, (2) the remainder of the arbitration agreement will be given full force and effect, and (3) severance of the unenforceable or unlawful provision will have no impact on the remainder of the arbitration agreement or the parties' ability to compel arbitration of any remaining claims on an individual basis. In the event that a claim, cause of action or requested remedy is severed pursuant to this paragraph, then you and Fabletics agree that the claims, causes of action or requested remedies that are not subject to arbitration will be stayed until all arbitrable claims, causes of action and requested remedies are resolved by the arbitrator. If there is a final determination that applicable law precludes enforcement of the class action waiver as to any claim, cause of action or requested remedy, then that claim, cause of action or requested remedy will be severed and may be brought in a court of competent jurisdiction, but the waiver contained in this paragraph shall be enforced in arbitration on an individual basis as to all other claims, causes of action or requested remedies to the fullest extent possible.

**OPTING-OUT OF DISPUTE RESOLUTION PROCEDURE AND CLASS ACTION WAIVER**

You may elect to opt out (exclude yourself) from the final, binding arbitration procedure and the class action waiver specified in these Terms of Service by doing the following: within 15 days of setting up your Account, you must send a letter to Fabletics, LLC., c/o Legal Department, 800 Apollo Street, El Segundo, California 90245 that specifies (1) your name, (2) your account number or account member name, (3) your mailing address, and (4) your request to be excluded from the final, binding arbitration procedure and class action waiver specified in these Terms of Service. Each opt-out notice may opt out only one person; opt-out notices that attempt to opt out multiple people at the same time will be ineffective.

If you opt out of this arbitration agreement, all other Terms shall continue to apply to your Account, including the requirement to participate in pre-dispute mediation. Opting out of this arbitration agreement has no effect on any previous, other, or future arbitration agreements that you may have with us. Notwithstanding any provision in these Terms of Service to the contrary, we agree that, if Fabletics makes any future change to the dispute resolution

**112**

procedure and class action waiver provisions (other than a change to Fabletics' address), you may reject any such change by sending a letter to Fabletics within 15 days of the change to the address provided above. By rejecting any future change, you are agreeing that you will arbitrate any Dispute between us in accordance with the language of this provision. Your letter must be postmarked by the applicable 15-day deadline to be effective. You are not required to send the letter by confirmed mail or return receipt requested, but it is recommended that you do so. Your request to be excluded will only be effective and enforceable if you can prove that the request was postmarked within the applicable 15-day deadline.

### NOTICE FOR CALIFORNIA USERS

Under California Civil Code sections 1798.83-1798.84, California residents are entitled to ask us for a notice describing what categories of personal customer information Fabletics shares with third parties or corporate affiliates for those third parties or corporate affiliates' direct marketing purposes. That notice will identify the categories of information shared and will include a list of the third parties and affiliates with which it was shared, along with their names and addresses. If you are a California resident and would like a copy of this notice, please submit a written request to the following address: General Counsel, 800 Apollo Street, El Segundo, CA, 90245. In your request, please specify that you want a "Your Fabletics California Privacy Rights Notice". Please allow 30 days for a response.

### GENERAL INFORMATION

These Terms of Service constitute the entire agreement between you and Fabletics and govern your use of the Fabletics Services, and they supersede any prior agreements between you and Fabletics. You also may be subject to additional terms and conditions that are applicable to certain parts of the Fabletics Services. Fabletics may terminate this Agreement and deny you access to the Fabletics Services at any time, immediately and without notice, if in Fabletics' sole discretion you fail to comply with any provision of these Terms of Service.

You agree that no joint venture, partnership, employment, or agency relationship exists between Fabletics and you as a result of this Agreement or your use of the Fabletics Services.

The failure of Fabletics to exercise or enforce any right or provision of these Terms of Service shall not constitute a waiver of such right or provision. The invalidity of any term, condition or provision in these Terms of Service shall not affect the enforceability of those portions of the Terms deemed enforceable by applicable courts of law.

You may not assign the Terms or any of your rights or obligations under the Terms without Fabletics' express written consent. The Terms inure to the benefit of Fabletics' successors, assigns and licensees. The section titles in these Terms of Service are for convenience only and have no legal or contractual effect.

Updated: August 13, 2024

# EXHIBIT H

Error Screen if Membership Terms are not accepted



**SHIPPING INFORMATION**

TEST TEST
800 Apollo St
El Segundo, CA 90245
United States
(310) 683-0940

**EDIT SHIPPING INFO**

**SELECT DELIVERY METHOD**

| ● | Standard (6-10 business days) | $4.95 |
| ○ | Expedited (2-3 business days) | $15.95 |

**PAYMENT INFORMATION**
All transactions are secure and encrypted

**PAYMENT METHOD**
amex ending in ▮▮▮

**BILLING ADDRESS**
Same as Shipping

**EDIT PAYMENT INFO**

**REVIEW ORDER**

| Subtotal | $139.90 |
| **Discounts** | **-$115.90** |
| Shipping | $4.95 |
| Tax (Sales) ⓘ | $2.28 |
| **Order Total** | **$31.23** |

◈ **VIP Membership Program**
This order enrolls me in a paid VIP membership program. I acknowledge that my credit card will be charged $59.95 for a member credit each month until I cancel if I do not "Skip the Month" between the 1st and the 5th of the month. I have the right to skip as many months as I want online and to not be charged. Credits expire after 12 months. I may cancel my membership at any time online or by calling 1-844-322-5384.

☐ I accept the terms of the Fabletics VIP Membership Program.

☞ Earning **48 rewards points** with this order

🔒 **PLACE ORDER**

❗ To continue, you must accept our Terms & Conditions.

🔒 **SECURE PAYMENT**
This is a 128-bit SSL encrypted payment.

⚠️ **WARNING:** This product can expose you to chemicals including lead, which is known to the State of California to cause cancer and/or birth defects or other reproductive harm. For more information go to www.P65Warnings.ca.gov

# EXHIBIT I

**Page Vault**

| | |
|---|---|
| Document title: | Fabletics Retail Store \| Fabletics |
| Capture URL: | https://www.fabletics.com/store-locations |
| Page loaded at (UTC): | Fri, 16 May 2025 16:13:27 GMT |
| Capture timestamp (UTC): | Fri, 16 May 2025 16:14:33 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 22 |
| Capture ID: | uAgs8i9WjGVRCNzvxwL6YN |
| Display Name: | whk |



**SAVE BIG WHEN YOU BECOME A VIP!**  PRICES BELOW INCLUDE NEW VIP DISCOUNT    Terms

FABLETICS   *yitty*                    Help & Contact   🛒 Our Stores

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    🔍 Search    Already a member? _Sign In_

## VISIT US IN STORE

Stop by one of our **100+ RETAIL STORES** and enjoy special events, workouts, and a personalized shopping experience.

---

**Filter by State:**          **109 Stores in North America**

_Show All_

Alabama

Arizona

California

Colorado

Connecticut

Delaware

Florida

Georgia

Hawaii

Iowa

Idaho

Illinois

Indiana

Kansas

Kentucky

Massachusetts

Maryland

Michigan

Minnesota

Missouri

North Carolina

Nebraska

New Jersey

New Mexico

Nevada

| **The Summit At Birmingham**  Scrubs Available In-Store |  |  |
| --- | --- | --- |
| Birmingham, AL | Monday | 10:00AM - 9:00PM |
|  | Tuesday | 10:00AM - 9:00PM |
|  | Wednesday | 10:00AM - 9:00PM |
| 200 Summit Blvd, 110 | Thursday | 10:00AM - 9:00PM |
| Birmingham, AL 35243 | **Friday** | **10:00AM - 9:00PM** |
| (205) 506-2554 | Saturday | 10:00AM - 9:00PM |
| _Get Directions_ | Sunday | 11:00AM - 06:00PM |

| **Chandler Fashion Center**  Scrubs Available In-Store |  |  |
| --- | --- | --- |
| Chandler, AZ | Monday | 10:00AM - 9:00PM |
|  | Tuesday | 10:00AM - 9:00PM |
|  | Wednesday | 10:00AM - 9:00PM |
| 3111 West Chandler Blvd., Suite 1042 | Thursday | 10:00AM - 9:00PM |
| Chandler, AZ 85226 | **Friday** | **10:00AM - 9:00PM** |
| (480) 847-6915 | Saturday | 10:00AM - 9:00PM |
| _Get Directions_ | Sunday | 11:00AM - 6:00PM |

| **Arrowhead Towne Center**  Coming Soon! May 2025 |  |  |
| --- | --- | --- |
| Glendale, AZ | Monday | closed - closed |
|  | Tuesday | closed - closed |
|  | Wednesday | closed - closed |
| 7700 West Arrowhead Towne Center, Suite 1061 | Thursday | closed - closed |
| Glendale, AZ 85308 | **Friday** | **closed - closed** |
| 623-224-8727 | Saturday | closed - closed |
| _Get Directions_ | Sunday | closed - closed |

| **Scottsdale Fashion Square**  Scrubs Available In-Store |  |  |
| --- | --- | --- |
| Scottsdale, AZ | Monday | 10:00AM - 9:00PM |
|  | Tuesday | 10:00AM - 9:00PM |
|  | Wednesday | 10:00AM - 9:00PM |

F

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    🔍 Search    Already a member? Sign In

New Jersey
New Mexico
Nevada
New York
Ohio
Oklahoma
Oregon
Pennsylvania
Tennessee
Texas
Utah
Virginia
Washington
Wisconsin
Pop-Up Shop Locations

**Scottsdale Fashion Square**  Scrubs Available In-Store
Scottsdale, AZ

7014 Camelback Road, Space 2041
Scottsdale, AZ 85251
(480) 485-9019

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

**Scottsdale Quarter**
Scottsdale, AZ

15169 N. Scottsdale Road,
Scottsdale, AZ 85254
(602) 767-7081

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 6:00PM |

**Santa Anita**
Arcadia, CA

400 Baldwin Ave., Suite D6A
Arcadia, CA 91007
(626) 509-3438

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

**Brea Mall**  Scrubs Available In-Store
Brea, CA

1065 Brea Mall, Space 1140C
Brea, CA 92821
(619) 614-6423

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

**Desert Hills Premium Outlets**  Scrubs Available In-Store
Cabazon, CA

48400 Seminole Dr.,
Cabazon, CA 92230
(951) 502-1726

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 10:00AM - 8:00PM |

**Los Cerritos Center**  Scrubs Available In-Store
Cerritos, CA

239 Los Cerritos Ctr , Space D21
Cerritos, CA 90703
(562) 449 2990

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

⬆ TOP

(562) 449 2990

Friday        10:00AM - 9:00PM
Saturday      10:00AM - 9:00PM
Sunday        11:00AM - 7:00PM

Get Directions

---

**Corte Madera**   Scrubs Available In-Store
Corte Madera, CA

1812 Redwood Hwy,
Corte Madera, CA 94925

(628) 254-7421

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 7:00PM |
| Sunday | 11:00AM - 6:00PM |

---

**Westfield Culver City**   Now Open!
Culver City, CA

6000 Sepulveda Blvd. , Suite 1660
Culver City, CA 90230

(310) 944-6185

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 09:00PM |
| Tuesday | 10:00AM - 09:00PM |
| Wednesday | 10:00AM - 09:00PM |
| Thursday | 10:00AM - 09:00PM |
| **Friday** | **10:00AM - 09:00PM** |
| Saturday | 10:00AM - 09:00PM |
| Sunday | 10:00AM - 08:00PM |

---

**Glendale Galleria**   Scrubs Available In-Store
Glendale, CA

2114 Glendale Galleria,
Glendale, CA 91210

(747) 322-3657

Get Directions

| | |
|---|---|
| Monday | 11:00AM - 8:00PM |
| Tuesday | 11:00AM - 8:00PM |
| Wednesday | 11:00AM - 8:00PM |
| Thursday | 11:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

---

**Irvine Spectrum**   Scrubs Available In-Store
Irvine, CA

780 Spectrum Center Drive,
Irvine, CA 92618

(424) 341-4450

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 10:00PM |
| Sunday | 10:00AM - 9:00PM |

---

**The Shops At Mission Viejo**   Scrubs Available In-Store
Mission Viejo, CA

555 The Shops Blvd, Suite 928B
Mission Viejo, CA 92691

(619) 614-6453

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 06:00PM |

---

**Fashion Island**   Scrubs Available In-Store
Newport Beach, CA

1083-A Newport Center Drive,
Newport Beach, CA 92660

(949) 220-2187

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |

⬆ TOP

WOMEN     MEN     SCRUBS     YITTY     MEMBERSHIP     ABOUT US     🔍 Search     Already a member? Sign In

**Fashion Island**  Scrubs Available In-Store
Newport Beach, CA

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 6:00PM |

1083-A Newport Center Drive,
Newport Beach, CA 92660
(949) 220-2187

Get Directions

---

**Stoneridge Shopping Center**  Scrubs Available In-Store
Pleasanton, CA

| | |
|---|---|
| Monday | 10:00AM - 7:00PM |
| Tuesday | 10:00AM - 7:00PM |
| Wednesday | 10:00AM - 7:00PM |
| Thursday | 10:00AM - 7:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 08:00PM |

2351 Stoneridge Mall Road, Space D201A
Pleasanton, CA 94588
(323) 484-4854

Get Directions

---

**Victoria Gardens**
Rancho Cucamonga, CA

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

12509 North Main St ,
Rancho Cucamonga, CA 91739
(909) 243-1717

Get Directions

---

**Galleria At Roseville**  Scrubs Available In-Store
Roseville, CA

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

1151 Galleria Blvd, 163
Roseville, CA 95678
279 895 7261

Get Directions

---

**Fashion Valley**  Scrubs Available In-Store
San Diego, CA

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 07:00PM |

7007 Friars Road, Space 810
San Diego, CA 92108
(619) 614-6422

Get Directions

---

**Westfield Utc**  Coming Soon June 2025!
San Diego, CA

| | |
|---|---|
| Monday | closed - closed |
| Tuesday | closed - closed |
| Wednesday | closed - closed |
| Thursday | closed - closed |
| **Friday** | **closed - closed** |
| Saturday | closed - closed |
| Sunday | closed - closed |

4525 LaJolla Drive, Suite D14
San Diego, CA 92122
858 704 6381

Get Directions

↑
TOP

---

**Westfield Valley Fair**  Scrubs Available In-Store

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    Search    Already a member? Sign In

Get Directions                                                    Sunday        closed - closed

**Westfield Valley Fair**  Scrubs Available In-Store        Monday        10:00AM - 9:00PM
Santa Clara, CA                                            Tuesday       10:00AM - 9:00PM
                                                          Wednesday     10:00AM - 9:00PM
2855 Stevens Creek Blvd, Space 2200                       Thursday      10:00AM - 9:00PM
Santa Clara, CA 95050
(619) 614-6424                                            **Friday**    **10:00AM - 9:00PM**
                                                          Saturday      10:00AM - 9:00PM
Get Directions                                            Sunday        11:00AM - 8:00PM

**Del Amo Fashion Center**  Scrubs Available In-Store       Monday        10:00AM - 9:00PM
Torrance, CA                                               Tuesday       10:00AM - 9:00PM
                                                          Wednesday     10:00AM - 9:00PM
21712 Hawthorne Blvd, #216v                               Thursday      10:00AM - 9:00PM
Torrance, CA 90503
(424) 352-1586                                            **Friday**    **10:00AM - 9:00PM**
                                                          Saturday      10:00AM - 9:00PM
Get Directions                                            Sunday        10:00AM - 7:00PM

**Broadway Plaza**  Scrubs Available In-Store              Monday        10:00AM - 8:00PM
Walnut Creek, CA                                           Tuesday       10:00AM - 8:00PM
                                                          Wednesday     10:00AM - 8:00PM
81 Broadway Ln, Suite 1058                                Thursday      10:00AM - 8:00PM
Walnut Creek, CA 94596
(925) 202-0757                                            **Friday**    **10:00AM - 8:00PM**
                                                          Saturday      10:00AM - 8:00PM
Get Directions                                            Sunday        11:00AM - 6:00PM

**Topanga Village**                                       Monday        10:00AM - 8:00PM
Woodland Hills, CA                                         Tuesday       10:00AM - 8:00PM
                                                          Wednesday     10:00AM - 8:00PM
6316 Topanga Canyon Blvd, Suite 1160                      Thursday      10:00AM - 8:00PM
Woodland Hills, CA 91367
(747) 261-0038                                            **Friday**    **10:00AM - 9:00PM**
                                                          Saturday      10:00AM - 9:00PM
Get Directions                                            Sunday        11:00AM - 7:00PM

**Outlets At Castle Rock**  Scrubs Available In-Store       Monday        10:00AM - 8:00PM
Castle Rock, CO                                            Tuesday       10:00AM - 8:00PM
                                                          Wednesday     10:00AM - 8:00PM
5050 Factory Shops Blvd., Suite 205                       Thursday      10:00AM - 8:00PM
Castle Rock, CO 80108
(720) 952-9626                                            **Friday**    **10:00AM - 8:00PM**
                                                          Saturday      10:00AM - 8:00PM
Get Directions                                            Sunday        11:00AM - 06:00PM

**The Promenade Shops At Briargate**                      Monday        10:00AM - 8:00PM
Colorado Springs, CO                                       Tuesday       10:00AM - 8:00PM
                                                          Wednesday     10:00AM - 8:00PM
1645 Briargate Pkwy., C-320                               Thursday      10:00AM - 8:00PM
Colorado Springs, CO 80920
(719) 309-9185                                            **Friday**    **10:00AM - 8:00PM**
                                                          Saturday      10:00AM - 8:00PM       ↑
                                                          Sunday        11:00AM - 07:00PM     TOP
Get Directions

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    🔍 Search    Already a member? Sign In

---

1645 Briargate Pkwy., C-320
Colorado Springs, CO 80920

(719) 309-9185

Get Directions

| | |
|---|---|
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 07:00PM |

---

**Cherry Creek Shopping Center**   Scrubs Available In-Store
Denver, CO

3000 E 1st Ave, Suite 178
Denver, CO 80206

(720) 779-2348

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

---

**Park Meadows**   Scrubs Available In-Store
Lone Tree, CO

8505 Park Meadows Center Drive, Space 2075
Lone Tree, CO 80124

(720) 617-9071

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 6:00PM |

---

**Westfarms**   Scrubs Available In-Store
West Hartford, CT

1500 New Britain Ave, Ste #102
West Hartford, CT 06110

(860) 969-0221

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 06:00PM |

---

**Christiana Mall**   Scrubs Available In-Store
Newark, DE

109 Christiana Mall,
Newark, DE 19702

(302) 319-9143

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 6:00PM |

---

**Town Center At Boca Raton**   Scrubs Available In-Store
Boca Raton, FL

6000 Glades Road, Space 1157
Boca Raton, FL 33431

(561) 425-9855

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 07:00PM |

---

**St. Johns Town Center**   Scrubs Available In-Store
Jacksonville, FL

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |

↑
TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    🔍 Search    Already a member? Sign In

**St. Johns Town Center**  Scrubs Available In-Store
Jacksonville, FL

4751 River City Drive, Space P07
Jacksonville, FL 32246
(904) 539-9715

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 06:00PM |

**Disney Springs**
Lake Buena Vista , FL

1668 E. Buena Vista Drive , #10
Lake Buena Vista , FL 32830
(689) 206-9347

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 11:00PM |
| Tuesday | 10:00AM - 11:00PM |
| Wednesday | 10:00AM - 11:00PM |
| Thursday | 10:00AM - 11:00PM |
| **Friday** | **10:00AM - 11:00PM** |
| Saturday | 10:00AM - 11:30PM |
| Sunday | 10:00AM - 11:30PM |

**Dadeland Mall**  Scrubs Available In-Store
Miami, FL

7535 N Kendall Dr, Space 1010
Miami, FL 33156
(786) 648-4735

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

**The Mall At Millenia**  Scrubs Available In-Store
Orlando, FL

4200 Conroy Road, Space L-209
Orlando, FL 32839
(321) 209-6932

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 9:00AM - 9:00PM |
| Sunday | 11:00AM - 07:00PM |

**The Gardens**  Scrubs Available In-Store
Palm Beach, FL

3101 PGA Blvd, Suite B133
Palm Beach, FL 33140
(786) 292-0843

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 08:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 12:00PM - 06:00PM |

**The Mall At University Town Center**  Scrubs Available In-Store
Sarasota, FL

140 University Town Center Dr, Suite 144
Sarasota, FL 34243
(941) 263-1320

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

↑ TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    Search    Already a member? Sign In

Sarasota, FL 34243

(941) 263-1320

|  |  |
|---|---|
| Friday | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

Get Directions

---

**Sawgrass Mills Outlets**   Scrubs Available In-Store
Sunrise, FL

12801 W. Sunrise Blvd. ,
Sunrise, FL 33323
7542188785

Get Directions

|  |  |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| Friday | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 8:00PM |

---

**International Plaza And Bay Street**   Scrubs Available In-Store
Tampa, FL

2223 N Westshore Blvd, Suite 240
Tampa, FL 33607
(321) 754-9471

Get Directions

|  |  |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| Friday | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

---

**Shops At Wiregrass**   Scrubs Available In-Store
Wesley Chapel, FL

28211 Paseo Drive, Suite 160
Wesley Chapel, FL 33543
(813) 683-7237

Get Directions

|  |  |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| Friday | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

---

**Perimeter Mall**   Scrubs Available In-Store
Atlanta, GA

4400 Ashford Dunwoody Rd, Space 2580
Atlanta, GA 30346
(470) 579-3648

Get Directions

|  |  |
|---|---|
| Monday | 11:00AM - 8:00PM |
| Tuesday | 11:00AM - 8:00PM |
| Wednesday | 11:00AM - 8:00PM |
| Thursday | 11:00AM - 8:00PM |
| Friday | **11:00AM - 8:00PM** |
| Saturday | 11:00AM - 8:00PM |
| Sunday | 12:00PM - 6:00PM |

---

**Lenox Square**
Atlanta, GA

3393 Peachtree Rd NE , Ste 4046F
Atlanta, GA 30326
(404) 618-4616

Get Directions

|  |  |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| Friday | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 12:00PM - 07:00PM |

---

**Outlet Shoppes Of Atlanta**   Coming Soon! July 2025
Woodstock, GA

915 Ridgewalk Pkwy, Suite 433
Woodstock, GA 30188

|  |  |
|---|---|
| Monday | closed - closed |
| Tuesday | closed - closed |
| Wednesday | closed - closed |
| Thursday | closed - closed |
| Friday | **closed - closed** |

↑ TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    🔍 Search    Already a member? Sign In

**Outlet Shoppes Of Atlanta**  Coming Soon! July 2025
Woodstock, GA

915 Ridgewalk Pkwy, Suite 433
Woodstock, GA 30188

Get Directions

| | |
|---|---|
| Monday | closed - closed |
| Tuesday | closed - closed |
| Wednesday | closed - closed |
| Thursday | closed - closed |
| **Friday** | **closed - closed** |
| Saturday | closed - closed |
| Sunday | closed - closed |

**International Market Place**  Scrubs Available In-Store
Honolulu, HI

2330 Kalakaua Ave, Suite 240
Honolulu, HI 96815

(808) 762-1956

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 10:00AM - 9:00PM |

**Jordan Creek Town Center**  Scrubs Available In-Store
West Des Moines, IA

101 Jordan Creek Pkwy Ste 11260, Suite 11260
West Des Moines, IA 50266

(515) 957-7780

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

**Boise Towne Square**  Coming Soon! July 2025
Boise, ID

350 North Milwaukee St, Suite 1168
Boise, ID 83704

Get Directions

| | |
|---|---|
| Monday | closed - closed |
| Tuesday | closed - closed |
| Wednesday | closed - closed |
| Thursday | closed - closed |
| **Friday** | **closed - closed** |
| Saturday | closed - closed |
| Sunday | closed - closed |

**Oakbrook Center**
Oak Brook, IL

423 Oakbrook Center, Suite 423
Oak Brook, IL 60523

(331) 310-0646

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

**Woodfield Mall**  Scrubs Available In-Store
Schaumburg, IL

5 Woodfield Mall, Room F333B
Schaumburg, IL 60173

(224) 303-4574

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

**Westfield Old Orchard**  Scrubs Available In-Store
Skokie, IL

| | |
|---|---|
| Monday | 11:00AM - 08:00PM |
| Tuesday | 11:00PM - 08:00PM |

↑ TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    Search    Already a member? Sign In

---

**Westfield Old Orchard**  Scrubs Available In-Store
Skokie, IL

4905 Old Orchard Ship Center East Ring Rd, Suite F86
Skokie, IL 60077
(224) 303-4582

Get Directions

| | |
|---|---|
| Monday | 11:00AM - 08:00PM |
| Tuesday | 11:00PM - 08:00PM |
| Wednesday | 11:00AM - 8:00PM |
| Thursday | 11:00AM - 8:00PM |
| **Friday** | **11:00AM - 8:00PM** |
| Saturday | 11:00AM - 08:00PM |
| Sunday | 11:00AM - 06:00PM |

---

**The Fashion Mall At Keystone**  Scrubs Available In-Store
Indianapolis, IN

8702 Keystone Crossing, Space 166C
Indianapolis, IN 46240
(463) 900-4233

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 6:00PM |

---

**Town Center Crossing**  Scrubs Available In-Store
Leawood, KS

4343 W. 119th St., A137
Leawood, KS 66209
913 374 0248

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 7:00PM |
| Tuesday | 10:00AM - 7:00PM |
| Wednesday | 10:00AM - 7:00PM |
| Thursday | 10:00AM - 7:00PM |
| **Friday** | **10:00AM - 7:00PM** |
| Saturday | 10:00AM - 7:00PM |
| Sunday | 12:00PM - 5:00PM |

---

**The Summit At Fritz Farm**  Scrubs Available In-Store
Lexington, KY

120 Summit at Fritz Farm, Ste 175
Lexington, KY 40517
(859) 488-6232

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 6:00PM |

---

**Oxmoor Center**  Scrubs Available In-Store
Louisville, KY

7900 Shelbyville Rd., #E07
Louisville, KY 40222
(502) 206-5107

Get Directions

| | |
|---|---|
| Monday | 11:00AM - 08:00PM |
| Tuesday | 11:00AM - 08:00PM |
| Wednesday | 11:00AM - 08:00PM |
| Thursday | 11:00AM - 08:00PM |
| **Friday** | **11:00AM - 08:00PM** |
| Saturday | 11:00AM - 08:00PM |
| Sunday | 12:00PM - 6:00PM |

---

**Burlington Mall**  Scrubs Available In-Store
Burlington, MA

75 Middlesex Turnpike,
Burlington, MA 01803
(817) 865-3919

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

TOP

---

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    Search    Already a member? Sign In

79 Middlesex Turnpike,
Burlington, MA 01803

(617) 865-3919

Get Directions

| | Thursday | 10:00AM - 8:00PM |
| | **Friday** | **10:00AM - 9:00PM** |
| | Saturday | 10:00AM - 9:00PM |
| | Sunday | 11:00AM - 6:00PM |

---

**Natick Mall**   Scrubs Available In-Store
Natick, MA

1245 Worcester Street, Space 2078
Natick, MA 01760

(617) 865-3918

Get Directions

| | Monday | 11:00AM - 7:00PM |
| | Tuesday | 11:00AM - 7:00PM |
| | Wednesday | 11:00AM - 7:00PM |
| | Thursday | 11:00AM - 7:00PM |
| | **Friday** | **10:00AM - 9:00PM** |
| | Saturday | 10:00AM - 9:00PM |
| | Sunday | 11:00AM - 06:00PM |

---

**Montgomery Mall**   Scrubs Available In-Store
Bethesda, MD

7101 Democracy Blvd.,
Bethesda, MD 20817

3019414640

Get Directions

| | Monday | 10:00AM - 9:00PM |
| | Tuesday | 10:00AM - 9:00PM |
| | Wednesday | 10:00AM - 9:00PM |
| | Thursday | 10:00AM - 9:00PM |
| | **Friday** | **10:00AM - 9:00PM** |
| | Saturday | 10:00AM - 9:00PM |
| | Sunday | 11:00AM - 7:00PM |

---

**The Mall In Columbia**
Columbia, MD

10300 Little Patuxent Parkway, Suite 1850
Columbia, MD 21044

(443) 305-8127

Get Directions

| | Monday | 10:00AM - 8:00PM |
| | Tuesday | 10:00AM - 8:00PM |
| | Wednesday | 10:00AM - 8:00PM |
| | Thursday | 10:00AM - 8:00PM |
| | **Friday** | **10:00AM - 8:00PM** |
| | Saturday | 10:00AM - 8:00PM |
| | Sunday | 12:00PM - 6:00PM |

---

**Twelve Oaks Mall**
Novi, MI

27500 Novi Rd, Space A115
Novi, MI 48377

(231) 282-9223

Get Directions

| | Monday | 10:00AM - 8:00PM |
| | Tuesday | 10:00AM - 8:00PM |
| | Wednesday | 10:00AM - 8:00PM |
| | Thursday | 10:00AM - 8:00PM |
| | **Friday** | **10:00AM - 9:00PM** |
| | Saturday | 10:00AM - 9:00PM |
| | Sunday | 11:00AM - 6:00PM |

---

**Somerset Collection**   Scrubs Available In-Store
Troy, MI

2800 West Big Beaver Road North, U209
Troy, MI 48084

9472180711

Get Directions

| | Monday | 10:00AM - 8:00PM |
| | Tuesday | 10:00AM - 8:00PM |
| | Wednesday | 10:00AM - 8:00PM |
| | Thursday | 10:00AM - 8:00PM |
| | **Friday** | **10:00AM - 8:00PM** |
| | Saturday | 10:00AM - 8:00PM |
| | Sunday | 12:00PM - 6:00PM |

---



**Mall Of America**   Scrubs Available In-Store
Bloomington, MN

134 West Market, W134
Bloomington, MN 55425

| | Monday | 10:00AM - 9:00PM |
| | Tuesday | 10:00AM - 9:00PM |
| | Wednesday | 10:00AM - 9:00PM |
| | Thursday | 10:00AM - 9:00PM |

TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    Search    Already a member? Sign In

**Mall Of America**  Scrubs Available In-Store
Bloomington, MN

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 07:00PM |

134 West Market, W134
Bloomington, MN 55425
(651) 432-4231

Get Directions

**Ridgedale Center**
Minnetonka, MN

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 06:00PM |

12401 Wayzata Blvd., Suite 205
Minnetonka, MN 55305
(763) 888-9954

Get Directions

**Saint Louis Galleria**  Scrubs Kiosk Here
St Louis, MO

| | |
|---|---|
| Monday | 10:00AM - 7:00PM |
| Tuesday | 10:00AM - 7:00PM |
| Wednesday | 10:00AM - 7:00PM |
| Thursday | 10:00AM - 7:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 7:00PM |
| Sunday | 11:00AM - 6:00PM |

1155 Saint Louis Galleria, Suite 2412
St. Louis, MO 63117
(314) 499-1516

Get Directions

**West County Center**  Coming Soon June 2025!
St. Louis, MO

| | |
|---|---|
| Monday | closed - closed |
| Tuesday | closed - closed |
| Wednesday | closed - closed |
| Thursday | closed - closed |
| **Friday** | **closed - closed** |
| Saturday | closed - closed |
| Sunday | closed - closed |

42 W. County Center Dr., Suite 1150
St. Louis, MO 63131
3145263015

Get Directions

**Southpark**  Scrubs Available In-Store
Charlotte, NC

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 6:00PM |

4400 Sharon Rd, Suite 019A
Charlotte, NC 28211
(980) 296-5666

Get Directions

**The Streets At Southpoint**  Scrubs Available In-Store
Durham, NC

| | |
|---|---|
| Monday | 11:00AM - 7:00PM |
| Tuesday | 11:00AM - 7:00PM |
| Wednesday | 11:00AM - 7:00PM |
| Thursday | 11:00AM - 7:00PM |
| **Friday** | **11:00AM - 9:00PM** |
| Saturday | 11:00AM - 9:00PM |
| Sunday | 12:00PM - 6:00PM |

6910 Fayetteville Rd., 175
Durham, NC 27713
(984) 263-9351

Get Directions

TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US

Search

Already a member? Sign In

| | | Saturday | 11:00AM - 9:00PM |
| | | Sunday | 12:00PM - 6:00PM |

Get Directions

**Crabtree Valley Mall**  Scrubs Available In-Store
Raleigh, NC

4325 Glenwood Ave., Suite 1018
Raleigh, NC 27612
(984) 206-5350

Get Directions

| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 5:30PM |

**Village Pointe**  Scrubs Available In-Store
Omaha, NE

17110 Davenport St, Suite 103
Omaha, NE 68118
(402) 503-9632

Get Directions

| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 5:00PM |

**Bridgewater Commons**  Scrubs Available In-Store
Bridgewater, NJ

400 Commons Way, Suite 2450
Bridgewater, NJ 08807
(609) 453-2794

Get Directions

| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

**American Dream**  Scrubs Available In-Store
East Rutherford, NJ

1 American Dream Way, Space D231
East Rutherford, NJ 07073
(862) 338-9030

Get Directions

| Monday | 11:00AM - 9:00PM |
| Tuesday | 11:00AM - 9:00PM |
| Wednesday | 11:00AM - 9:00PM |
| Thursday | 11:00AM - 9:00PM |
| **Friday** | **11:00AM - 10:00PM** |
| Saturday | 11:00AM - 10:00PM |
| Sunday | 11:00AM - 7:00PM |

**Westfield Garden State Plaza**  Scrubs Available In-Store
Paramus, NJ

1 Garden State Plaza, Space 2138
Paramus, NJ 07652
(201) 201-1402

Get Directions

| Monday | 10:00AM - 09:00PM |
| Tuesday | 10:00AM - 09:00PM |
| Wednesday | 10:00AM - 09:00PM |
| Thursday | 10:00AM - 09:00PM |
| **Friday** | **10:00AM - 09:30PM** |
| Saturday | 10:00AM - 09:30PM |
| Sunday | closed - closed |

**Abq Uptown**
Albuquerque, NM

2261 Q Street NE,
Albuquerque, NM 87110
(505) 375-9314

| Monday | 10:00AM - 7:00PM |
| Tuesday | 10:00AM - 7:00PM |
| Wednesday | 10:00AM - 7:00PM |
| Thursday | 10:00AM - 7:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |

↑ TOP

Albuquerque, NM

|  |  |
| --- | --- |
| Tuesday | 10:00AM - 7:00PM |
| Wednesday | 10:00AM - 7:00PM |
| Thursday | 10:00AM - 7:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 6:00PM |

2261 Q Street NE,
Albuquerque, NM 87110
(505) 375-9314

Get Directions

---

**Downtown Summerlin**    Scrubs Available In-Store
Las Vegas, NV

|  |  |
| --- | --- |
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 07:00PM |

2115 Festival Plaza Dr, Suite 110
Las Vegas, NV 89135
(702) 901-5103

Get Directions

---

**Fashion Show Mall**    Scrubs Available In-Store
Las Vegas, NV

|  |  |
| --- | --- |
| Monday | 11:00AM - 8:00PM |
| Tuesday | 11:00AM - 8:00PM |
| Wednesday | 11:00AM - 8:00PM |
| Thursday | 11:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

3200 S. Las Vegas Blvd, Suite 1500
Las Vegas, NV 89109
(702) 850-7531

Get Directions

---

**Las Vegas N. Premium Outlets**    Scrubs Available In-Store
Las Vegas, NV

|  |  |
| --- | --- |
| Monday | 10:00AM - 08:00PM |
| Tuesday | 10:00AM - 08:00PM |
| Wednesday | 10:00AM - 08:00PM |
| Thursday | 10:00AM - 08:00PM |
| **Friday** | **10:00AM - 08:00PM** |
| Saturday | 10:00AM - 08:00PM |
| Sunday | 10:00AM - 07:00PM |

795 S. Grand Central Pkwy., 2287
Las Vegas, NV 89135
(725) 444-1762

Get Directions

---

**Roosevelt Field**    Scrubs Available In-Store
Garden City, NY

|  |  |
| --- | --- |
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

630 Old Country Road, Space 2035
Garden City, NY 11530
(929) 229-5213

Get Directions

---

**Flatiron**    Scrubs Available In-Store
New York, NY

|  |  |
| --- | --- |
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 6:00PM |

168 5th Ave.,
New York, NY 10010
(646) 517-1899

Get Directions

---

**Eastview Mall**    Coming Soon! August 2025
Victor, NY

|  |  |
| --- | --- |
| Monday | closed - closed |
| Tuesday | closed - closed |

↑ TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    Search    Already a member? Sign In

**Eastview Mall** Coming Soon! August 2025
Victor, NY

162 Eastview Mall, Suite B9-A
Victor, NY 14564

Get Directions

| | |
|---|---|
| Monday | closed - closed |
| Tuesday | closed - closed |
| Wednesday | closed - closed |
| Thursday | closed - closed |
| **Friday** | **closed - closed** |
| Saturday | closed - closed |
| Sunday | closed - closed |

**The Westchester** Scrubs Available In-Store
White Plains, NY

125 Westchester Ave, Suite 2290A
White Plains, NY 10601
(914) 265-1179

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 08:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 09:00PM |
| Sunday | 12:00PM - 06:00PM |

**The Greene Town Center**
Beavercreek, OH

4417 Cedar Park Dr, Space 0120
Beavercreek, OH 45440
(937) 373-2221

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

**Kenwood Towne Centre** Scrubs Available In-Store
Cincinnati, OH

7875 Montgomery Rd, Space 0081
Cincinnati, OH 45236
(513) 577-2279

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 6:00PM |

**Pinecrest** Scrubs Available In-Store
Orange Village, OH

300 Park Ave, Space #161
Orange Village, OH 44122
(216) 243-2548

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 06:00PM |

**Crocker Park** Scrubs Available In-Store
Westlake , OH

112 Main street, Suite 1005
Westlake , OH 44145
(440) 219-0538

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 6:00PM |

↑
TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    🔍 Search    Already a member? Sign In

---

Westlake , OH 44145

(440) 219-0538

Get Directions

| | | |
|---|---|---|
| | Friday | **10:00AM - 9:00PM** |
| | Saturday | 10:00AM - 9:00PM |
| | Sunday | 11:00AM - 6:00PM |

---

**Tulsa Premium Outlets**   Scrubs Available In-Store
Jenks, OK

801 East Outlet Dr. , Suite 7175
Jenks, OK 74037

(918) 324-0768

Get Directions

| | | |
|---|---|---|
| | Monday | 10:00AM - 09:00PM |
| | Tuesday | 10:00AM - 09:00PM |
| | Wednesday | 10:00AM - 09:00PM |
| | Thursday | 10:00AM - 09:00PM |
| | Friday | **10:00AM - 09:00PM** |
| | Saturday | 10:00AM - 09:00PM |
| | Sunday | 12:00PM - 06:00PM |

---

**Classen Curve**   Scrubs Available In-Store
Oklahoma City, OK

5850 N. Classen Blvd., Suite 1
Oklahoma City, OK 73118

(405) 335-1172

Get Directions

| | | |
|---|---|---|
| | Monday | 10:00AM - 7:00PM |
| | Tuesday | 10:00AM - 7:00PM |
| | Wednesday | 10:00AM - 7:00PM |
| | Thursday | 10:00AM - 7:00PM |
| | Friday | **10:00AM - 7:00PM** |
| | Saturday | 10:00AM - 7:00PM |
| | Sunday | 12:00PM - 6:00PM |

---

**Washington Square**   Scrubs Available In-Store
Portland, OR

9585 SW Washington Square Rd, C06
Portland, OR 97223

(971) 384-0004

Get Directions

| | | |
|---|---|---|
| | Monday | 10:00AM - 9:00PM |
| | Tuesday | 10:00AM - 9:00PM |
| | Wednesday | 10:00AM - 9:00PM |
| | Thursday | 10:00AM - 9:00PM |
| | Friday | **10:00AM - 9:00PM** |
| | Saturday | 10:00AM - 9:00PM |
| | Sunday | 11:00AM - 7:00PM |

---

**South Hills Village**   Scrubs Available In-Store
Bethel Park, PA

301 S Hills Village, Space 1215D
Bethel Park, PA 15241

(412) 426-5242

Get Directions

| | | |
|---|---|---|
| | Monday | 10:00AM - 8:00PM |
| | Tuesday | 10:00AM - 8:00PM |
| | Wednesday | 10:00AM - 8:00PM |
| | Thursday | 10:00AM - 8:00PM |
| | Friday | **10:00AM - 9:00PM** |
| | Saturday | 10:00AM - 9:00PM |
| | Sunday | 11:00AM - 6:00PM |

---

**King Of Prussia**   Scrubs Available In-Store
King of Prussia, PA

160 N Gulph Road, Space 1172D
King of Prussia, PA 19406

(267) 857-4261

Get Directions

| | | |
|---|---|---|
| | Monday | 10:00AM - 8:00PM |
| | Tuesday | 10:00AM - 8:00PM |
| | Wednesday | 10:00AM - 8:00PM |
| | Thursday | 10:00AM - 8:00PM |
| | Friday | **10:00AM - 9:00PM** |
| | Saturday | 10:00AM - 9:00PM |
| | Sunday | 11:00AM - 6:00PM |

---

**Ross Park Mall**   Scrubs Available In-Store
Pittsburgh, PA

1000 Ross Park Mall Dr, Space #0G02B
Pittsburgh, PA 15237

| | | |
|---|---|---|
| | Monday | 10:00AM - 8:00PM |
| | Tuesday | 10:00AM - 8:00PM |
| | Wednesday | 10:00AM - 8:00PM |
| | Thursday | 10:00AM - 8:00PM |

↑ TOP

---

WOMEN   MEN   SCRUBS   YITTY   MEMBERSHIP   ABOUT US    Q Search                Already a member? Sign In

**Ross Park Mall**  Scrubs Available In-Store
Pittsburgh, PA

1000 Ross Park Mall Dr, Space #0G02B
Pittsburgh, PA 15237
(412) 664-5104

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 06:00PM |

**Saddle Creek**
Germantown, TN

7615 West Farmington, Suite 24
Germantown, TN 38138
(901) 203-5901

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 6:00PM |

**Mall At Green Hills**  Scrubs Available In-Store
Nashville, TN

2126 Abbott Martin Road, Space 211
Nashville, TN 37215
629-215-8685

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 6:00PM |

**Domain Northside**
Austin, TX

11624 Rock Rose Ave, Suite 110
Austin, TX 78758
(737) 400-5052

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 06:00PM |

**Barton Creek Square**
Austin, TX

2901 S. Capital of Texas Hwy, Space H07B
Austin, TX 78746
(512) 710-1611

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 06:00PM |

**Houston Premium Outlets**  Scrubs Available In-Store
Cypress, TX

29300 Hempstead Rd., Suite 120
Cypress, TX 77433
(281) 984-1289

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 6:00PM |

↑
TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US

Q Search

Already a member? Sign In

Saturday                    10:00AM - 9:00PM
Sunday                      12:00PM - 6:00PM

---

**Northpark Center** Coming Soon! June 2025
Dallas, TX

8687 N. Central Exp., Suite 2242
Dallas, TX 75225

Get Directions

| | |
|---|---|
| Monday | closed - closed |
| Tuesday | closed - closed |
| Wednesday | closed - closed |
| Thursday | closed - closed |
| **Friday** | **closed - closed** |
| Saturday | closed - closed |
| Sunday | closed - closed |

---

**Baybrook Lifestyle & Power Ctr** Scrubs Kiosk Here
Friendswood, TX

700 Baybrook Mall, Suite B113
Friendswood, TX 77546
(713) 379-3477

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 07:00PM |

---

**University Park Village**
Ft. Worth, TX

1612 S. University Drive,
Ft. Worth, TX 76102
(682) 207-6347

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 12:00PM - 6:00PM |

---

**The Galleria** Scrubs Available In-Store
Houston, TX

5135 West Alabama St, Space 5250A
Houston, TX 77056
(346) 704-2379

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 7:00PM |

---

**Legacy West**
Plano, TX

7400 Windrose Ave, Ste #B120
Plano, TX 75024
(469) 998-6232

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 06:00PM |

---

**The Shops At La Cantera** Scrubs Available In-Store
San Antonio, TX

15900 La Cantera Pkwy, Suite 6630
San Antonio, TX 78256
(726) 245-2200

Get Directions

| | |
|---|---|
| Monday | 11:00AM - 8:00PM |
| Tuesday | 11:00AM - 8:00PM |
| Wednesday | 11:00AM - 8:00PM |
| Thursday | 11:00AM - 8:00PM |
| **Friday** | **11:00AM - 9:00PM** |
| Saturday | 11:00AM - 9:00PM |
| Sunday | 12:00PM - 06:00PM |

↑ TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    Search    Already a member? Sign In

15900 La Cantera Pkwy, Suite 6630
San Antonio, TX 78256

(726) 245-2200

Get Directions

| | |
|---|---|
| Wednesday | 11:00AM - 8:00PM |
| Thursday | 11:00AM - 8:00PM |
| **Friday** | **11:00AM - 9:00PM** |
| Saturday | 11:00AM - 9:00PM |
| Sunday | 12:00PM - 06:00PM |

**San Marcos Premium Outlets**  Scrubs Available In-Store
San Marcos, TX

3939 IH 35 South, Suite 930A
San Marcos, TX 78666

7376669572

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 08:00PM |
| Tuesday | 10:00AM - 08:00PM |
| Wednesday | 10:00AM - 08:00PM |
| Thursday | 10:00AM - 08:00PM |
| **Friday** | **10:00AM - 09:00PM** |
| Saturday | 10:00AM - 09:00PM |
| Sunday | 11:00AM - 07:00PM |

**Southlake**  Scrubs Available In-Store
Southlake, TX

110 State Street, Suite 100
Southlake, TX 76092

(682) 268-4898

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 12:00PM - 6:00PM |

**Market Street Woodlands**  Scrubs Available In-Store
The Woodlands, TX

9595 Six Pines Drive, 690
The Woodlands, TX 77380

(346) 708-7882

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 12:00PM - 06:00PM |

**Fashion Place**  Scrubs Available In-Store
Murray, UT

6191 S. State Street, #N103
Murray, UT 84107

(385) 799-6456

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 12:00PM - 06:00PM |

**City Creek Center**
Salt Lake City, UT

50 Main St, Suite 265
Salt Lake City, UT 84101

(385) 301-2987

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | closed - closed |

**Short Pump**
Richmond, VA

| | |
|---|---|
| Monday | 11:00AM - 8:00PM |
| Tuesday | 11:00AM - 8:00PM |
| Wednesday | 11:00AM - 8:00PM |

TOP

WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    🔍 Search    Already a member? Sign In

**Short Pump**
Richmond, VA

11800 W. Broad Street, Space 1412
Richmond, VA 23233
(434) 255-0103

Get Directions

| | |
|---|---|
| Monday | 11:00AM - 8:00PM |
| Tuesday | 11:00AM - 8:00PM |
| Wednesday | 11:00AM - 8:00PM |
| Thursday | 11:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 6:00PM |

**Tysons Corner**  Scrubs Available In-Store
Tysons Corner, VA

1961 Chain Bridge Road, Space H3U
Tysons Corner, VA 22102
(571) 314-0993

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

**Bellevue Square**
Bellevue, WA

278 Bellevue Square, Level C
Bellevue, WA 98004
(360) 515-7866

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 9:00PM |
| Tuesday | 10:00AM - 9:00PM |
| Wednesday | 10:00AM - 9:00PM |
| Thursday | 10:00AM - 9:00PM |
| **Friday** | **10:00AM - 9:00PM** |
| Saturday | 10:00AM - 9:00PM |
| Sunday | 11:00AM - 7:00PM |

**Southcenter Mall**  Coming Soon! August 2025
Tukwaila, WA

817 SouthCenter Mall, Suite 1460
Tukwaila, WA 98188

Get Directions

| | |
|---|---|
| Monday | closed - closed |
| Tuesday | closed - closed |
| Wednesday | closed - closed |
| Thursday | closed - closed |
| **Friday** | **closed - closed** |
| Saturday | closed - closed |
| Sunday | closed - closed |

**Mayfair Mall**  Scrubs Available In-Store
Wauwatosa, WI

2500 N. Mayfair Rd., Suite 352
Wauwatosa, WI 53226
(414) 268-9744

Get Directions

| | |
|---|---|
| Monday | 10:00AM - 8:00PM |
| Tuesday | 10:00AM - 8:00PM |
| Wednesday | 10:00AM - 8:00PM |
| Thursday | 10:00AM - 8:00PM |
| **Friday** | **10:00AM - 8:00PM** |
| Saturday | 10:00AM - 8:00PM |
| Sunday | 11:00AM - 8:00PM |

Cant find a location near you?
**Good thing our styles are right at your fingertips.**

SHOP THE SITE

Need help? Call us at 1-844-Fabletics (1-844-322-5384) - Available 24 hours a day, everyday.

Join the Fabletics Retail Team! View our open positions


TOP

 WOMEN    MEN    SCRUBS    YITTY    MEMBERSHIP    ABOUT US    Search    Already a member? Sign In

Cant find a location near you?

**Good thing our styles are right at your fingertips.**

SHOP THE SITE

Need help? Call us at **1-844-Fabletics (1-844-322-5384)** - Available 24 hours a day, everyday.

Join the Fabletics Retail Team! View our open positions

## Designed With An Approach to Reduce Our Environmental Impact:

At Fabletics, our focus on environmental sustainability drives us to innovate continuously, with over 50% of our fabrics crafted from more sustainable and recycled materials.

### Ethical & Inclusive Practices

We invest in independent audits to ensure that every Fabletics factory follows the highest standards of care.

LEARN MORE

 **Carbon Neutral**

Since 2021, we have been a certified Scope 1 & 2 CarbonNeutral® company in accordance with The CarbonNeutral® Protocol, the leading global framework for carbon neutrality.

LEARN MORE

 **Recycled Materials**

All of our polybags, mailers, cartons and tissue packaging are made from recycled materials.

LEARN MORE



*Free shipping on all orders over $49.95 in the contiguous U.S.

**SHOP WOMEN'S**
Outfits
Tops
Bras
Accessories
Bottoms

**SHOP MEN'S**
Tops
Bottoms
Underwear
Accessories

**GIFT CARDS**
Purchase
Redeem

**MEMBER SERVICES**
Cookie Settings
Help & Contact
Shipping & Returns
Privacy Policy
Terms of Service
Accessibility
Enable Accessibility Options
Your Privacy Choices ✔✗

**ABOUT**
VIP Membership
Our Story
Careers
Affiliate Program
Sustainability
Corporate Responsibility
International Inquiries
Fabletics Cares
California Transparency Act

**KNOWLEDGE**
Fabric Guide
Women's Size Guide
Men's Size Guide
Care Guide

**OUR STORES**
Store Locations

**REGION**
United States
Canada
Deutschland
España
France
United Kingdom
Nederland
Sverige
Danmark

Fabletics 800 Apollo St. El Segundo, CA 90245—© 2025 TechStyle Fashion Group or its affiliates