1  Frank S. Hedin (SBN 291289)
2  Hedin LLP
   535 Mission Street, 14th Floor
3  San Francisco, CA 94105
4  Telephone:  (305) 357-2107
   Facsimile:   (305) 200-8801
5  E-Mail:      fhedin@hedinllp.com

6  *Counsel for Plaintiffs and
   the Putative Class*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | DENNIS BATEMAN, CHRISTIAN BURES, MEGAN CARTER, JOHN FORGAS, LANCE GOBLE, DANIEL GOLEZ, ELIZABETH GOSEIN-VASQUEZ, THOMAS HAMILTON, KELLI LANGTON, JESSICA SIAS, and MAX REINISCH, individually and on behalf of all others similarly situated, | Case No. 2:25-cv-2200

**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO EXTEND BRIEFING SCHEDULE**

Complaint Filed: March 12, 2025
Amended Complaint: June 9, 2025

Current Hearing Date: July 28, 2025
New Hearing Date: Sept. 8, 2025

Plaintiffs' Current Deadline: July 7, 2025
Plaintiff's New Deadline: August 6, 2025

Defendant's Reply Deadline: Aug 13, 2025
Defendant's New Deadline: Aug 27, 2025

District Judge: Hon. Stephen V. Wilson

Plaintiffs,
v.

FABLETICS, INC.,

Defendant.

Plaintiffs Dennis Bateman, Christian Bures, Megan Carter, John Forgas, Lance Goble, Daniel Golez, Elizabeth Gosein-Vasquez, Thomas Hamilton, Kelli Langton, Jessica Sias, and Max Reinisch ("Plaintiffs") and Defendant Fabletics, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, on March 12, 2025, Plaintiffs commenced this putative class action against Defendant (ECF No. 1);

WHEREAS, on March 20, 2025, Defendant was served with a copy of the Complaint and Summons and agreed to a waiver of formal service (ECF No. 10);

WHEREAS, on May 19, 2025, Defendant filed a motion to compel arbitration (ECF No. 11);

WHEREAS, on June 9, 2025, Plaintiffs filed an amended complaint (ECF No. 14);

WHEREAS, on June 20, 2025, Defendant filed a motion to compel arbitration based on the amended pleading (the, "Motion") (ECF No. 16);

WHEREAS, Plaintiffs requested that the Motion hearing scheduled on July 28, 2025 be continued to September 8, 2025, Plaintiff's response deadline be extended by 30 days from July 7, 2025 to August 6, 2025, and that Defendant's reply deadline be extended from August 13, 2025 to August 27, 2025.  This extension will provide Plaintiffs' counsel with additional time to investigate the arguments made in the Motion in light of several intervening holidays, prescheduled travel by Plaintiffs' counsel to attend a funeral, and the press of other matters.  The extension will also appropriately move Defendant's deadline to prepare its reply brief in support of the Motion;

WHEREAS, Defendant does not oppose Plaintiffs' request;

WHEREAS, the requested continuance and extension are made in a timely fashion, in good faith, and not for any purpose of delay. Granting this request for a continuance and extensions of time will not prejudice any party to this matter;

WHEREAS, this is the Parties' first request for a continuance and an extension of time with respect to the Motion hearing and the deadlines for Plaintiffs' opposition and Defendant's reply briefs related to the Motion; and

WHEREFORE, given the foregoing, Plaintiffs and Defendant have conferred and agree that good cause exists to continue the hearing and extend the Parties' deadlines to file their response and reply related to the Motion.

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties that:

1. The hearing on Defendant's Motion to Dismiss is continued to September 8, 2025 at 10:00 AM;

2. Plaintiffs' deadline to file a response to the Motion is extended from July 7, 2025 to August 6, 2025.

3. Defendant's deadline to file a reply is extended from August 13, 2025 to August 27, 2025.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of the Parties.

Dated: June 27, 2025

Respectfully submitted,

/s/ Frank S. Hedin
Frank S. Hedin
**HEDIN LLP**
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

fhedin@hedinllp.com

*Counsel for Plaintiffs and the Putative Class*