Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Counsel for Plaintiffs and
the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BATEMAN, CHRISTIAN BURES, MEGAN CARTER, JOHN FORGAS, LANCE GOBLE, DANIEL GOLEZ, ELIZABETH GOSEIN-VASQUEZ, THOMAS HAMILTON, KELLI LANGTON, JESSICA SIAS, and MAX REINISCH, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br> v.<br><br>FABLETICS, INC.,<br><br>　　　　Defendant. | Case No. 2:25-cv-2200<br><br>**DECLARATION OF FRANK S. HEDIN IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO EXTEND BRIEFING SCHEDULE** |

## DECLARATION OF FRANK S. HEDIN

I, Frank S. Hedin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a member in good standing of the California Bar and of this Court. I am the name partner of Hedin LLP, and I am one of the attorneys representing Plaintiffs in this matter. I make this Declaration in support of the Joint Stipulation.

2. Plaintiffs commenced this action on March 12, 2025.

3. Defendant filed a motion to compel arbitration (the "Motion") on June 20, 2025.

4. On June 23, 2025, the Parties conferred regarding an extension of the briefing schedule and hearing. Specifically, Plaintiffs requested to continue the Motion hearing scheduled on July 28, 2025 to September 8, 2025, to extend Plaintiff's response deadline by 30 days from July 7, 2025 to August 6, 2025, and to extend Defendant's reply deadline from August 13, 2025 to August 27, 2025.

5. Good cause exists to grant this stipulation in light of this being Plaintiffs' first request, the press of other matters given the intervening holidays, and the associate I assigned to this case must travel and attend funeral services for a close relative several states away.

6. This extension is not sought to delay this action, but rather to provide adequate time for Plaintiffs to prepare an appropriate response to the Motion and for Defendant to prepare an appropriate reply.

7. Additionally, Defendant has indicated that it does not oppose this request.

8. I declare, under penalty of perjury, pursuant to the laws of the United States of America, that the foregoing is true and correct.

9. Executed this 27th day of June 2025 in Miami, Florida.

*/s/ Frank S. Hedin*
Frank S. Hedin

2
DECLARATION OF FRANK S. HEDIN