UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BATEMAN, CHRISTIAN BURES, MEGAN CARTER, JOHN FORGAS, LANCE GOBLE, DANIEL GOLEZ, ELIZABETH GOSEIN-VASQUEZ, THOMAS HAMILTON, KELLI LANGTON, JESSICA SIAS, and MAX REINISCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FABLETICS, INC.,<br><br>Defendant. | Case No. 2:25-cv-2200<br><br>**PROPOSED ORDER ALLOWING STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO EXTEND BRIEFING SCHEDULE**<br><br>District Judge: Hon. Stephen V. Wilson |

### ORDER

THIS CAUSE is before the Court on the Parties' Joint Stipulation to Continue Hearing on Defendant's Motion to Compel Arbitration and to Extend Briefing Schedule. For good cause appearing, the Stipulation is GRANTED. The hearing on Defendant's Motion is continued to September 8, 2025 at 1:30 PM, Plaintiffs' deadline to file a response to the Motion is extended to August 6, 2025, and Defendants' deadline to file a reply is extended to August 27, 2025.

**IT IS SO ORDERED.**

Dated: _____         _____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE