1  Frank S. Hedin (SBN 291289)
2  Hedin LLP
   535 Mission Street, 14th Floor
3  San Francisco, CA 94105
   Telephone:  (305) 357-2107
4  Facsimile:  (305) 200-8801
5  E-Mail:       fhedin@hedinllp.com

6  *Counsel for Plaintiffs and*
   *the Putative Class*
7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11 DENNIS     BATEMAN,     CHRISTIAN        Case No. 2:25-cv-2200
   BURES,    MEGAN    CARTER,    JOHN
12 FORGAS,   LANCE   GOBLE,   DANIEL
13 GOLEZ,     ELIZABETH     GOSEIN-        **NOTICE OF SETTLEMENT**
   VASQUEZ,    THOMAS    HAMILTON,
14 KELLI LANGTON, JESSICA SIAS, and
15 MAX REINISCH, individually and on behalf
   of all others similarly situated,
16
17          Plaintiffs,
    v.
18
19 FABLETICS, INC.,
20
            Defendant.
21
22
23
24
25
26
27
28

Plaintiffs Dennis Bateman, Christian Bures, Megan Carter, John Forgas, Lance Goble, Daniel Golez, Elizabeth Gosein-Vasquez, Thomas Hamilton, Kelli Langton, Jessica Sias, and Max Reinisch ("Plaintiffs") provide notice that the above-captioned matter has been settled.  Plaintiffs request that the Court grant sixty (60) days from the date of this filing for Plaintiffs to file and effectuate all dispositional documents and settlement documents.

Dated: August 7, 2025                    Respectfully submitted,

                                         /s/ Frank S. Hedin
                                         Frank S. Hedin
                                         **HEDIN LLP**
                                         535 Mission Street, 14th Floor
                                         San Francisco, CA 94105
                                         Telephone: (305) 357-2107
                                         Facsimile: (305) 200-8801
                                         fhedin@hedinllp.com

                                         *Counsel for Plaintiffs and the Putative Class*

PLAINTIFFS' NOTICE OF SETTLEMENT